```
 1  DANIEL J. HERLING (SBN 103711)
    LINA M. BRENNER (SBN 191075)
 2  JESSICA E. LA LONDE (SBN 235744)
    DUANE MORRIS LLP
 3  One Market, Spear Tower, Suite 2000
    San Francisco, CA 94105-1104
 4  Telephone: 415.957.3000
    Facsimile: 415.957.3001
 5  E-Mail:    djherling@duanemorris.com
               lmbrenner@duanemorris.com
 6             jelalonde@duanemorris.com

 7  Attorneys for Defendant
    WIRELESS NETWORKS, INC.
```

ORIGINAL

FILED
AUG 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

EDL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES M. BROWN, an individual,

    Plaintiff,

    v.

WIRELESS NETWORKS, INC., a Delaware corporation,

    Defendant.

Case No. C 07 4301

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441 (DIVERSITY) TO FEDERAL COURT; DEMAND FOR JURY TRIAL**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO EACH PARTY AND THEIR ATTORNEY OF RECORD:**

    **PLEASE TAKE NOTICE THAT** defendant Wireless Networks, Inc. ("WNI"), by and through its undersigned attorneys of record, hereby removes this action from the San Mateo County Superior Court, to the United States District Court, Northern District of California. This Notice of Removal of Action Under 28 U.S.C. section 1441 ("Notice") is based upon the following:

///

///

///

///

DM1\1175011.1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441 (DIVERSITY) TO FEDERAL COURT   CASE NO.

1. On or about July 19, 2007, an action was commenced in the San Mateo County Superior Court, entitled *Charles M. Brown v. Wireless Networks, Inc.*, as Case Number CIV 464574 (the "State Court Action"). The Complaint in the State Court Action was served on WNI's registered agent for service or process on July 23, 2007. In this Complaint, Plaintiff sought damages of $51,617.32 for breach of contract, and $3,351.00 for common counts. The attached documents in Exhibit A constitute the process, pleadings, and notices originally served on WNI in the State Court Action.

2. Upon information and belief, Plaintiff filed a First Amended Complaint on or about August 13, 2007, which was never served on WNI.

3. On August 20, 2007, Plaintiff moved for an *ex parte* application for writ of attachment, which WNI opposed, and which was denied. The attached documents in Exhibit B constitute the documents relevant to Plaintiff's application and WNI's opposition.

4. On August 20, 2007, Plaintiff hand-served WNI with a Second Amended Complaint, attached hereto as Exhibit C. The Second Amended Complaint seeks damages of $51,617.32 for breach of contract and $46,876.60 for common counts, for a total of $98,493.92. (*See* Exhibit C.)

5. **JURISDICTION.** The State Court Action may be removed pursuant to 28 U.S.C. § 1441, based on the Court's original jurisdiction under 28 U.S.C. § 1332, as there exists complete diversity of citizenship between Plaintiff and Defendant WNI, and the amount in controversy exceeds $75,000. Specifically:

   a. Defendant WNI is informed and believes that Plaintiff Brown is a resident of Woodside, California.

   b. Defendant WNI is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in Sao Paulo, Brazil.[1] Defendant WNI is the only named defendant in this action, and is, upon information and belief, the only defendant that has been served with the Second Amended Complaint in this action.

///

---

[1] Plaintiff's complaints incorrectly state that WNI's principal place of business is California.

   c. The amount in controversy in the State Court Action exceeds $75,000, as indicated in Plaintiff's prayer for relief, wherein he seeks "damages of: $98,653.92." (*See* Exhibit C, page 2, paragraph 10.)

  6. **INTRADISTRICT ASSIGNMENT.** Pursuant to Northern District Local Rules 3-2(d), Defendant WNI respectfully requests an "Intradistrict Assignment" to the San Francisco Division, as this is a civil action that Plaintiff states arose in the county of San Mateo, and therefore in accordance with Local Rule 3-2(d) may be assigned to the San Francisco Division.

  7. Pursuant to 28 U.S.C. section 1446(a), the attached exhibits A, B, and C, and D are those pleadings and other documents that have been served on WNI, and which WNI is therefore required to submit to the Court in support of this Notice of Removal.

Dated: August 21, 2007      **DUANE MORRIS LLP**

             By: _____
               Daniel J. Herling
               Lina M. Brenner
               Jessica E. La Londe
               Attorneys for Defendant
               Wireless Networks, Inc.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and the United States District Court for the Northern District of California Local Rule 3-6, Defendant hereby demands a jury trial.

Dated: August 21, 2007

**DUANE MORRIS LLP**

By: _____
Daniel J. Herling
Lina M. Brenner
Jessica E. La Londe
Attorneys for Defendant
Wireless Networks, Inc.