C

Case 3:07-cv-04301-EDL  Document 1-4  Filed 08/21/2007  Page 1 of 5

C

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| JEFFREY F. RYAN, ESQ. (SBN 129079)<br>RYAN & STEINER<br>An Association of Attorneys<br>455 North Whisman Road, Suite 200<br>Mountain View, CA 94045<br>　TELEPHONE NO: (650) 691-1430　FAX NO. *(Optional):* (650) 968-2685<br>E-MAIL ADDRESS *(Optional):*<br>　ATTORNEY FOR *(Name):* Plaintiff, CHARLES M. BROWN | RECEIVED<br><br>AUG 2 0 2007<br><br>DUANE MORRIS |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
　STREET ADDRESS: 400 County Center
　MAILING ADDRESS: (formerly 401 Marshall Street)
　CITY AND ZIP CODE: Redwood City, California, 94063
　BRANCH NAME: SOUTHERN

PLAINTIFF: CHARLES M. BROWN

DEFENDANT: WIRELESS NETWORKS, INC.

　X　DOES 1 TO　50

　　BREACH OF　　　　CONTRACT
　__ COMPLAINT　　X AMENDED COMPLAINT *(Number):*　TWO (2)
　__ CROSS-COMPLAINT　__ AMENDED CROSS-COMPLAINT *(Number):*

| Jurisdiction *(check all that apply):* | CASE NUMBER: |
|---|---|
| __ ACTION IS A LIMITED CIVIL CASE<br>　Amount demanded　__ does not exceed $10,000<br>　　　　　　　　　　__ exceeds $10,000, but does not exceed $25,000<br>X ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>__ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>　　__ from limited to unlimited<br>　　__ from unlimited to limited | CIV 464574 |

1. **Plaintiff*** *(name or names):*　CHARLES M. BROWN

   alleges causes of action against **defendant*** *(name or names):*　WIRELESS NETWORKS, INC., a Delaware corporation with its principal place of business in San Mateo County, CA

2. This pleading, including attachments and exhibits, consists of the following number of pages: 17

3. a. Each plaintiff named above is a competent adult
　　__ except plaintiff *(name):*

　　　(1) __ a corporation qualified to do business in California
　　　(2) __ an unincorporated entity *(describe):*
　　　(3) __ other *(specify):*

　b. __ Plaintiff *(name):*
　　a. __ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

　　b. __ has complied with all licensing requirements as a licensed *(specify):*

　c. __ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
　　X except defendant *(name):*　WIRELESS NETWORKS, INC.　　　　except defendant *(name):*
　　　(1) __ a business organization, form unknown　　(1) __ a business organization, form unknown
　　　(2) X a corporation　　　　　　　　　　　　　　　　(2) __ a corporation
　　　(3) __ an unincorporated entity *(describe):*　　　　(3) __ an unincorporated entity *(describe):*

　　　(4) __ a public entity *(describe):*　　　　　　　　　(4) __ a public entity *(describe):*

　　　(5) __ other *(specify):*　　　　　　　　　　　　　　(5) __ other *(specify):*

---
* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: BROWN v. WIRELESS NETWORKS, INC. | CASE NUMBER: CIV 464574 |

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ___ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ___ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
   c. ___ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ___ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ___ Plaintiff is required to comply with a claims statute, **and**
   a. ___ has complied with applicable claims statutes, *or*
   b. ___ is excused from complying because *(specify):*

6. ___ This action is subject to ___ Civil Code section 1812.10 ___ Civil Code section 2984.4.
7. This court is the proper court because
   a. _X_ a defendant entered into the contract here.
   b. ___ a defendant lived here when the contract was entered into.
   c. ___ a defendant lives here now.
   d. _X_ the contract was to be performed here.
   e. _X_ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ___ real property that is the subject of this action is located here.
   g. ___ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   _X_ Breach of Contract
   _X_ Common Counts
   _X_ Other *(specify):* wages due

9. ___ Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. _x_ damages of: $ 98,653.92
    b. ___ interest on the damages
       (1) ___ according to proof
       (2) _x_ at the rate of *(specify):* 10.00 percent per year from *(date):* July 19, 2007
    c. ___ attorney's fees
       (1) ___ of: $ 0.00
       (2) ___ according to proof.
    d. ___ other *(specify):*

11. ___ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: AUGUST 17, 2007

JEFFREY F. RYAN, ESQ. (SBN 129079)
(TYPE OR PRINT NAME)

▶ /s/ Jeffrey F Ryan
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]    **COMPLAINT—Contract**    Page 2 of 2

PLD-C-001(1)

| SHORT TITLE: BROWN v. WIRELESS NETWORKS, INC. | CASE NUMBER: CIV 464574 |
|---|---|

## CAUSE OF ACTION—Breach of Contract

<u>SECOND AMENDED FIRST</u> (number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1.  Plaintiff *(name)*: CHARLES M. BROWN

alleges that on or about *(date)*: June 30, 2003
a [X] written  [ ] oral  [ ] other *(specify)*:
agreement was made between *(name parties to agreement)*: CHARLES M. BROWN and WIRELESS NETWORKS, INC.

[X] A copy of the agreement is attached as Exhibit A, or
[ ] The essential terms of the agreement  [ ] are stated in Attachment BC-1  [ ] are as follows *(specify)*:

Those agreements (promissory notes) were expressly affirmed by the Board of Directors of WIRELESS NETWORKS, INC., on April 19, 2005 (See Exhibit "B").

BC-2.  On or about *(dates)*: April 19, 2007
defendant breached the agreement by  [ ] the acts specified in Attachment BC-2  [X] the following acts *(specify)*:

WIRELESS NETWORKS, INC.'S and its controlling shareholder, Ruy Rothschild de Souza, refused to pay Plaintiff the sums owed him after repeated demands therefore.

BC-3.  Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4.  Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[ ] as stated in Attachment BC-4  [X] as follows *(specify)*:

$51,617.32

BC-5.  [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
[ ] of $ 0.00
[ ] according to proof.

BC-6.  Other:

Page _____
Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-C-001(2)

| SHORT TITLE: BROWN v. WIRELESS NETWORKS, INC. | CASE NUMBER: CIV 464574 |
|---|---|

__SECOND AMENDED SECOND__   **CAUSE OF ACTION—Common Counts**
(number)

ATTACHMENT TO   _X_ Complaint   ___ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):* CHARLES M. BROWN

alleges that defendant *(name):* WIRELESS NETWORKS, INC., a Delaware corporation

became indebted to _X_ plaintiff ___ other *(name):*

a. ___ within the last four years
   (1) ___ on an open book account for money due.
   (2) ___ because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. _X_ within the last _X_ two years ___ four years
   (1) ___ for money had and received by defendant for the use and benefit of plaintiff.
   (2) _X_ for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
      _X_ the sum of $ 46,876.60
      ___ the reasonable value.
   (3) ___ for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
      ___ the sum of $ 0.00
      ___ the reasonable value.
   (4) ___ for money lent by plaintiff to defendant at defendant's request.
   (5) _X_ for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
   (6) _X_ other *(specify):*

      Defendant WIRELESS NETWORK, INC. has also failed to pay accounts due which were charged to Plaintiff. Extra Storage Redwood City issued a Preliminary Lien Notice in the amount of $160.00 which Plaintiff had to pay on behalf of WIRELESS NETWORK, INC. Plaintiff has made demand upon Defendant but Defendant has refused to pay the accounts. (See Exhibits "C" and "D").

CC-2. $ 50,442.65 , which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest ___ according to proof _X_ at the rate of 10.00 percent per year from *(date):* July 19, 2007

CC-3. _X_ Plaintiff is entitled to attorney fees by an agreement or a statute
   ___ of $ 0.00
   _X_ according to proof.

CC-4. _X_ Other: Labor Code 218.5 -- In any action brought for the nonpayment of wages, fringe benefits, or health and welfare or pension fund contributions, the court shall award reasonable attorney's fees and costs to the prevailing party if any party to the action requests attorney's fees and costs upon the initiation of the action. This section shall not apply to an action brought by the Labor Commissioner. This section shall not apply to a surety issuing a bond pursuant to Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code or to an action to enforce a mechanics lien brought under Chapter 2 (commencing with Section 3109) of Title 15 of Part 4 of Division 3 of the Civil Code.

This section does not apply to any action for which attorney's fees are recoverable under Section 1194.

Page ____
Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—Common Counts**

Legal Solutions Plus

Code of Civil Procedure, § 425.12