Case 3:07-cv-04301-EDL   Document 1-6   Filed 08/21/2007   Page 1 of 6

D

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JEFFREY F. RYAN, ESQ. (SBN 129079)<br>RYAN & STEINER<br>An Association of Attorneys<br>455 North Whisman Road, Suite 200<br>Mountain View, CA 94043<br>TELEPHONE NO.: (650) 691-1430  FAX NO. (Optional): (650) 968-2685<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff, CHARLES M. BROWN | RECEIVED<br>AUG 17 2007<br>DUANE … |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 County Center
MAILING ADDRESS: (formerly 401 Marshall Street)
CITY AND ZIP CODE: Redwood City, CA 94063
BRANCH NAME: SOUTHERN

CASE NAME: BROWN v. WIRELESS NETWORKS, INC.

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>CIV 464574 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): CHARLES M. BROWN   makes the following substitution:
1. Former legal representative  [X] Party represented self  [ ] Attorney (name):
2. New legal representative  [ ] Party is representing self  [X] Attorney JEFFREY F. RYAN, ESQ.
   a. Name:  JEFFREY F. RYAN       b. State Bar No. (if applicable): 129079
   c. Address (number, street, city, ZIP, and law firm name, if applicable): RYAN & STEINER, An Association of Attorneys, 455 North Whisman Road, Suite 200, Mountain View, CA 94043
   d. Telephone No. (include area code): (650) 691-1430
3. The party making this substitution is a  [X] plaintiff [ ] defendant [ ] petitioner [ ] respondent [ ] other (specify):

---

**NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: August 15, 2007
   CHARLES M. BROWN
   (TYPE OR PRINT NAME)           (SIGNATURE OF PARTY)

5. [ ] I consent to this substitution.
   Date:
   (TYPE OR PRINT NAME)           (SIGNATURE OF FORMER ATTORNEY)

6. [X] I consent to this substitution.
   Date: August 15, 2007
   JEFFREY F. RYAN, ESQ. (SBN 129079)
   (TYPE OR PRINT NAME)           (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)     Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2007]

SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order)

Legal Solutions Plus

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362

# PROOF OF SERVICE

I am employed in the County of Santa Clara, California, the County. I, the undersigned, declare that I am over the age of 18 years and not a party to this action. My business address is 455 North Whisman Road, Suite 200, Mountain View, California 94043-5721. I am employed as a paralegal by Ryan & Steiner, an Association of Attorneys. On **August 16, 2007**, I served the attached document(s):

**SUBSTITUTION OF ATTORNEY**

Person(s) Served:

| Attorney for Defendant: | Attorney for Agent for Service of Process: |
|---|---|
| Daniel J. Herling, Esq.<br>DUANE MORRIS LLP<br>One Market Street, Spear Tower, Suite 2000<br>San Francisco, CA 94105-1104<br>Telephone:    (415 957-3000<br>Facsimile      (415) 957-3001 | Margaret Wilson, Authorized Agent<br>CT CORPORATION<br>818 West Seventh Street<br>Los Angeles, CA 90017<br>(213) 457-0596 |

| | |
|---|---|
| X | **By Mail:** I caused such envelope with postage thereon fully prepaid, to be placed in the United States Mail this day at Mountain View, California. I am "readily familiar" with the firm's practice of collecting and processing mail. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. |
| | **By Facsimile** Transmission: I caused such document(s) to be transmitted to the addressee(s)' facsimile number noted above. |
| | **By Federal Express:** I caused such document(s) to be deposited in a box or other facility regularly maintained by Federal Express, or delivered to an authorized courier or driver authorized by Federal Express to receive documents, in an envelope or package designated by Federal Express with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's residence. The deposit was made on **August 16, 2007** at Mountain View, California. |
| | **By Hand Delivery:** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand served in accordance with C.C.P. §1011(a). |
| | **By Personal Delivery:** I caused such document(s) to be personally delivered to the addressee(s) listed herein or if upon a party, and not otherwise provided, then in accordance with C.C.P. §1011(b). |

1
PROOF OF SERVICE
BROWN V. WIRELESS NETWORKS, INC.                                                                       CASE NO. CIV 464574

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct. Executed on **August 16, 2007** at Mountain View, California.
3
4  *[signature]*
   Virginia L. Fernandez
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

2
PROOF OF SERVICE

BROWN V. WIRELESS NETWORKS, INC.                              CASE NO. CIV 464574

1  JEFFREY F. RYAN, ESQ. SBN 129079
   RYAN & STEINER
2  An Association of Attorneys
   455 North Whisman Road, Suite 200
3  Mountain View, CA 94043-5721
4  Telephone:   (650) 691-1430
   Facsimile:   (650) 968-2685
5
   Attorneys for Plaintiff,
6  CHARLES M. BROWN

7           SUPERIOR COURT OF CALIFORNIA

8                COUNTY OF SANTA CLARA

9

10 CHARLES M. BROWN,                    Case No.: CIV 464574

11         Plaintiff,                   **NOTICE OF RELATED CASE**

12     vs.

13 WIRELESS NETWORKS, INC., a Delaware
   corporation, and DOES 1 THROUGH 50,
14
15         Defendants.

16

17     TO WIRELESS NETWORKS, INC. AND ITS ATTORNEYS OF RECORD:

18     Plaintiff CHARLES M. BROWN hereby gives notice that the case titled, *"The Hagan

19 Law Firm v. Wireless Networks, Inc,."* San Mateo County Superior Court case no. CIV 464141,

20 is a related matter to this case.

21

22                                      RYAN & STEINER
                                        An Association of Attorneys
23

24
25 Dated: August 20, 2007         BY: _____
                                        JEFFREY F. RYAN, Attorneys for Plaintiff
26                                      CHARLES M. BROWN
27

28

---

1
NOTICE OF RELATED CASE
BROWN V. WIRELESS NETWORKS, INC.                              CASE NO.   CIV 464574