ORIGINAL

FILED
AUG 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | DANIEL J. HERLING (SBN 103711)
LINA M. BRENNER (SBN 191075)
2 | JESSICA E. LA LONDE (SBN 235744)
**DUANE MORRIS LLP**
3 | One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
4 | Telephone: 415.957.3000
Facsimile: 415.957.3001
5 | E-Mail:   djherling@duanemorris.com
              lmbrenner@duanemorris.com
6 |           jelalonde@duanemorris.com

7 | Attorneys for Defendant
WIRELESS NETWORKS, INC.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDL

CHARLES M. BROWN, an individual,

Case No. C 07 4301

Plaintiff,

v.

WIRELESS NETWORKS, INC., a Delaware corporation,

Defendant.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT WIRELESS NETWORKS, INC.**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. MRG International Inc. – the majority shareholder of Defendant Wireless Networks, Inc. ("WNI").

///

///

///

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT WIRELESS NETWORKS, INC.   CASE NO.

2. Ruy Rothschild de Souza – the principal of MRG International Inc.

3. Wireless Networks do Brasil, LTDA – a subsidiary of WNI.

Dated: August 21, 2007

**DUANE MORRIS LLP**

By: _____
Daniel J. Herling
Lina M. Brenner
Jessica E. La Londe
Attorneys for Defendant
Wireless Networks, Inc.