ORIGINAL

1 | DANIEL J. HERLING (SBN 103711)
  | LINA M. BRENNER (SBN 191075)
2 | JESSICA E. LA LONDE (SBN 235744)
  | **DUANE MORRIS LLP**
3 | One Market, Spear Tower, Suite 2000
  | San Francisco, CA 94105-1104
4 | Telephone: 415.957.3000
  | Facsimile: 415.957.3001
5 | E-Mail:    djherling@duanemorris.com
  |           lmbrenner@duanemorris.com
6 |           jelalonde@duanemorris.com

7 | Attorneys for Defendant
  | WIRELESS NETWORKS, INC.

FILED
AUG 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

EDL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES M. BROWN, an individual,

Plaintiff,

v.

WIRELESS NETWORKS, INC., a Delaware corporation,

Defendant.

Case No. C 07 4301

**PROOF OF SERVICE**

**PROOF OF SERVICE**

*Charles M. Brown v. Wireless Networks, Inc.*

United States District Court, Northern District of California (San Francisco)

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is Duane Morris LLP, One Market Plaza, Spear Tower, Suite 2000, San Francisco, California 94105. On the date set forth below, I served the following document(s):

**CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT WIRELESS NETWORKS, INC.;**

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441 (DIVERSITY) TO FEDERAL COURT; DEMAND FOR JURY TRIAL**

on the interested party(ies) in this action in the following manner:

[X]   **BY FACSIMILE:** On the date set forth below, at San Francisco, California, I caused the foregoing document(s) to be transmitted by facsimile transmission. I am readily familiar with the firm's business practice regarding facsimile transmissions. According to that practice, the document(s) will be transmitted by facsimile from the offices of Duane Morris that same day to the law office(s) stated below to their known business facsimile number(s) and/or to the facsimile number(s) maintained by the addressee(s) designated below at the facsimile machine telephone number as last given by that person on any document which he or she has filed in the cause and served on the party making the service. The transmission(s) was(were) reported as complete and without error. A copy of the transmission report(s) properly issued by one or more of Duane Morris' four Canon Laser Class facsimile machine(s) is(are) attached hereto.

[X]   **BY OVERNIGHT DELIVERY:** On the date set forth below, at San Francisco, California, I placed the document(s) for overnight delivery in a box or location regularly maintained by Federal Express (or other express courier service) at my office, or I delivered the document(s) to an authorized courier or driver authorized by Federal Express (or other express courier service) to receive documents. The document(s) was(were) placed in a sealed envelope(s) or package(s) designated by Federal Express (or other express courier service), with delivery fees paid or provided for, addressed as set forth below to the person(s) to whom the document(s) should be delivered, at the office address(es) as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

Jeffrey F. Ryan
Ryan & Steiner
455 N. Whisman Avenue, Suite 200
Mountain View, CA 94043-5721
T: 650.691.1430
F: 650.968.2685

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on <u>August 21, 2007</u>, at San Francisco, California.

BETH COFFEY

DM1\1178546.1