DANIEL J. HERLING (SBN 103711)
LINA M. BRENNER (SBN 191075)
JESSICA E. LA LONDE (SBN 235744)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   djherling@duanemorris.com
          lmbrenner@duanemorris.com
          jelalonde@duanemorris.com

Attorneys for Defendant
WIRELESS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. BROWN, an individual, | Case No. C07 4301 EDL |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| WIRELESS NETWORKS, INC., a Delaware corporation, | |
| Defendant. | |

## PROOF OF SERVICE

*Charles M. Brown v. Wireless Networks, Inc.*

United States District Court, Northern District of California (San Francisco)

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is Duane Morris LLP, One Market Plaza, Spear Tower, Suite 2000, San Francisco, California 94105. On the date set forth below, I served the following document(s):

WELCOME TO THE U.S. DISTRICT COURT;

ECF REGISTRATION INFORMATION HANDOUT

PUBLIC NOTICE – MAGISTRATE JUDGE INFORMATION

NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

on the interested party(ies) in this action in the following manner:

[X]    BY FACSIMILE: On the date set forth below, at San Francisco, California, I caused the foregoing document(s) to be transmitted by facsimile transmission. I am readily familiar with the firm's business practice regarding facsimile transmissions. According to that practice, the document(s) will be transmitted by facsimile from the offices of Duane Morris that same day to the law office(s) stated below to their known business facsimile number(s) and/or to the facsimile number(s) maintained by the addressee(s) designated below at the facsimile machine telephone number as last given by that person on any document which he or she has filed in the cause and served on the party making the service. The transmission(s) was(were) reported as complete and without error. A copy of the transmission report(s) properly issued by one or more of Duane Morris' four Canon Laser Class facsimile machine(s) is(are) attached hereto.

Jeffrey F. Ryan
Ryan & Steiner
455 N. Whisman Avenue, Suite 200
Mountain View, CA 94043-5721
T: 650.691.1430
F: 650.968.2685

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 22, 2007, at San Francisco, California.

_____
BETH COFFEY

```
                         *********************
                         ***   TX REPORT   ***
                         *********************

     TRANSMISSION OK

     TX/RX NO                 1751
     CONNECTION TEL           7#00001#16509682685#
     SUBADDRESS
     CONNECTION ID
     ST. TIME                 08/22 10:08
     USAGE T                  04'17
     PGS. SENT                   18
     RESULT                   OK
```

---

# DuaneMorris®

DUANE MORRIS LLP
ONE MARKET, SPEAR TOWER, SUITE 2000
SAN FRANCISCO, CA 94105-1104
PHONE: 415.957.3000
FAX: 415.957.3001

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** | Jeffrey F. Ryan |
| **FIRM/COMPANY:** | Ryan & Steiner |
| **FACSIMILE NUMBER:** | 650.968.2685 |
| **CONFIRMATION TELEPHONE:** | 650.691.1430 |
| **FROM:** | Beth M. Coffey for Daniel J. Herling |
| **DIRECT DIAL:** | 415.957.3055 |
| **DATE:** | August 22, 2007 |
| **USER NUMBER:** | 5828 |
| **FILE NUMBER:** | R1237-00001 |
| **TOTAL # OF PAGES:** (INCLUDING COVERSHEET) | 18 |