UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Charles M. Brown

        Plaintiff(s),

   v.

Wireless Networks, Inc., a Delaware corporation, and DOES 1 THROUGH 50,

        Defendant(s).
_____/

No. C 07-4301 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 23, 2007

Jessica E. La Londe

Signature

Counsel for Defendant Wireless Networks
(Plaintiff, Defendant or indicate "pro se")