FILED

07 AUG 22 PM 2:28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Jeffrey F Ryan, Esq SB 129079
2  Ryan Steiner
3  An Association of Attorneys
4  455 North Whisman Rd, Suite 200
5  Mountain View, CA 94043-5721

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Charles M. Brown,

    Plaintiff(s),

v.

Wireless Network, Inc. uk

    Defendant(s).

No. C07-4301 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 22, 2007

Signature: Jeffrey F Ryan

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")

1  JEFFREY F. RYAN, ESQ. SBN 129079
   RYAN & STEINER
2  An Association of Attorneys
   455 North Whisman Road, Suite 200
3  Mountain View, CA 94043-5721
4  Telephone:  (650) 691-1430
   Facsimile:  (650) 968-2685
5
   Attorneys for Plaintiff,
6  CHARLES M. BROWN

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 CHARLES M. BROWN,                  Case No.: C07-4302 EDL

11         Plaintiff,                 **PROOF OF SERVICE**

12     vs.

13 WIRELESS NETWORKS, INC., a Delaware
   corporation, and DOES 1 THROUGH 50,
14
15         Defendants.

16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE
BROWN V. WIRELESS NETWORKS, INC.                         CASE NO. C07-4302 EDL

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the County of Santa Clara, California, the County. I, the undersigned, |
| 3 | declare that I am over the age of 18 years and not a party to this action. My business address is |
| 4 | 455 North Whisman Road, Suite 200, Mountain View, California 94043-5721. I am employed |
| 5 | as a paralegal by Ryan & Steiner, an Association of Attorneys. On **August 22, 2007**, I served |
| 6 | the attached document(s): |
| 7 | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| 8 | |
| 9 | Person(s) Served: |

| **ATTORNEY FOR DEFENDANT:** | |
|---|---|
| Daniel J. Herling, Esq.<br>DUANE MORRIS LLP<br>One Market Street, Spear Tower, Suite 2000<br>San Francisco, CA 94105-1104<br>Telephone:  (415) 957-3000<br>Facsimile   (415) 957-3001 | |

| | | |
|---|---|---|
| X | **By Mail:** | I caused such envelope with postage thereon fully prepaid, to be placed in the United States Mail this day at Mountain View, California. I am "readily familiar" with the firm's practice of collecting and processing mail. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. |
| X | **By Facsimile** Transmission: | I caused such document(s) to be transmitted to the addressee(s)' facsimile number noted above. |
| | **By Federal Express:** | I caused such document(s) to be deposited in a box or other facility regularly maintained by Federal Express, or delivered to an authorized courier or driver authorized by Federal Express to receive documents, in an envelope or package designated by Federal Express with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's residence. The deposit was made on **August 22, 2007** at Mountain View, California. |
| | **By Hand Delivery:** | By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand served in accordance with C.C.P. §1011(a). |
| | **By Personal Delivery:** | I caused such document(s) to be personally delivered to the addressee(s) listed herein or if upon a party, and not otherwise provided, then in accordance with C.C.P. §1011(b). |

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct. Executed on **August 22, 2007** at Mountain View, California.

Virginia L. Fernandez

2
PROOF OF SERVICE
BROWN V. WIRELESS NETWORKS, INC.                                    CASE NO. CIV 464574

08/22/2007 10:11 FAX 4159573001    DUANE MORRIS LLP SF    ☑012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C

Plaintiff(s),

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

v.

Defendant(s).

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____

Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")