IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M BROWN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WIRELESS NETWORKS INC,<br><br>　　　　　Defendant.<br>_____/ | No. C-07-04301 EDL<br><br>**ORDER GRANTING PLAINTIFF'S EMERGENCY EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER PURSUANT TO FED. R. CIV. P. 64, CAL. CODE CIV. PROC. 483.010, 485.010, 485.210 AND 572** |

　　　　The Court, having reviewed Plaintiff's ex parte application for a right to attach order, hereby grants Plaintiff the authorization to attach, and deposit into this Court, the Source Code DVD disks which are currently on deposit with the Superior Court of California, County of San Mateo, as security in another pending matter entitled *The Hagan Law Firm v. Wireless Networks, Inc.*, Case No. CIV-464141, as soon as they are released from deposit by the Superior Court, pending further order of this Court.

　　　　It is further ordered that:

　　　　Defendant may file an opposition to Plaintiff's ex parte application by August 28, 2007.

　　　　Plaintiff may file a reply to the opposition by August 29, 2007.

　　　　The Court will hold a further hearing on this matter on August 31, 2007, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:　August 24, 2007

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge