JEFFREY F. RYAN, ESQ. SBN 129079
RYAN & STEINER
An Association of Attorneys
455 North Whisman Road, Suite 200
Mountain View, CA 94043-5721
Telephone:     (650) 691-1430
Facsimile:     (650) 968-2685

Attorneys for Plaintiff,
CHARLES M. BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. BROWN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation, and DOES 1 THROUGH 50,<br><br>　　　　　Defendants. | Case No.: C-07-04301 EDL<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am employed in the County of Santa Clara, California, the County. I, the undersigned, declare that I am over the age of 18 years and not a party to this action. My business address is 455 North Whisman Road, Suite 200, Mountain View, California 94043-5721. I am employed as a paralegal by Ryan & Steiner, an Association of Attorneys. On **August 24, 2007**, I served the attached document(s):

**ORDER GRANTING PLAINTIFF'S EMERGENCY EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER PURSUANT TO FED R. CIV. PROC. 64, CAL. CODE CIV. PROC. 483.010, 485.010, 485.210 AND 572**

Person(s) Served:

| SUPERIOR COURT OF SAN MATEO: | ATTORNEYS FOR DEFENDANT: |
|---|---|
| San Mateo County Courthouse<br>400 County Center<br>(formerly 401 Marshall Street)<br>Redwood City, California, 94063<br><br>VIA HAND DELIVERY | Daniel J. Herling, Esq.<br>DUANE MORRIS LLP<br>One Market Street, Spear Tower, Suite 2000<br>San Francisco, CA 94105-1104<br>Telephone:   (415) 957-3000<br>Facsimile    (415) 957-3001<br><br>VIA FACSIMILE AND U.S. MAIL |
| PARTY OF INTEREST:<br><br>James Hagan, Esq.<br>350 Cambridge Avenue, Suite 150<br>Palo Alto, CA 94306<br><br>VIA FACSIMILE AND U.S. MAIL | |

| X | **By Mail:** I caused such envelope with postage thereon fully prepaid, to be placed in the United States Mail this day at Mountain View, California. I am "readily familiar" with the firm's practice of collecting and processing mail. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. |
|---|---|
| X | **By Facsimile** Transmission: I caused such document(s) to be transmitted to the addressee(s)' facsimile number noted above. |

| | | |
|---|---|---|
| 1 | | **By Federal Express:** I caused such document(s) to be deposited in a box or other facility regularly maintained by Federal Express, or delivered to an authorized courier or driver authorized by Federal Express to receive documents, in an envelope or package designated by Federal Express with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's residence. The deposit was made on **August 24, 2007** at Mountain View, California. |
| 2 | X | **By Hand Delivery:** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand served in accordance with C.C.P. §1011(a). |
| 3 | | **By Personal Delivery:** I caused such document(s) to be personally delivered to the addressee(s) listed herein or if upon a party, and not otherwise provided, then in accordance with C.C.P. §1011(b). |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 24, 2007** at Mountain View, California.

*/s/ Virginia L. Fernandez*
Virginia L. Fernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>WIRELESS NETWORKS INC,<br><br>    Defendant. | No. C-07-04301 EDL<br><br>**ORDER GRANTING PLAINTIFF'S EMERGENCY EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER PURSUANT TO FED. R. CIV. P. 64, CAL. CODE CIV. PROC. 483.010, 485.010, 485.210 AND 572** |

The Court, having reviewed Plaintiff's ex parte application for a right to attach order, hereby grants Plaintiff the authorization to attach, and deposit into this Court, the Source Code DVD disks which are currently on deposit with the Superior Court of California, County of San Mateo, as security in another pending matter entitled *The Hagan Law Firm v. Wireless Networks, Inc.*, Case No. CIV-464141, as soon as they are released from deposit by the Superior Court, pending further order of this Court.

It is further ordered that:

Defendant may file an opposition to Plaintiff's ex parte application by August 28, 2007.

Plaintiff may file a reply to the opposition by August 29, 2007.

The Court will hold a further hearing on this matter on August 31, 2007, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: August 24, 2007

                                          ELIZABETH D. LAPORTE<br>
                                          United States Magistrate Judge