**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: August 24, 2007

Case No: **C-07-4301 EDL**

Case Name: **CHARLES M. BROWN v WIRELESS NETWORKS, INC.**

| | |
|---|---|
| Attorneys:    Pltf:   Jeff Ryan | Deft: Jessica La Londe |
| Deputy Clerk:  Lili M. Harrell | FTR Digital Recorder: 9:03am - 9:20am |

**PROCEEDINGS:**
Telephonic Conference Call re Plaintiff's Emergency Ex Parte Application - Held

**ORDERED AFTER HEARING:**
Court grants the ex parte application for a right to attach order pending further order.
Defendant's opposition shall be filed by 8/28/07.
Plaintiff's reply shall be filed by 8/29/07.
Further hearing set for 8/31/07 at 10:00 am.

**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**   for

**Notes:**

cc: