DANIEL J. HERLING (SBN 103711)
LINA M. BRENNER (SBN 191075)
JESSICA E. LA LONDE (SBN 235744)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   djherling@duanemorris.com
          lmbrenner@duanemorris.com
          jelalonde@duanemorris.com

Attorneys for Defendant
WIRELESS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. BROWN, an individual,<br><br>         Plaintiff,<br><br>   v.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>         Defendant. | Case No. 3:07-CV-04301 EDL<br><br>**DECLARATION OF JESSICA E. LA LONDE IN SUPPORT OF THE OPPOSITION OF DEFENDANT WIRELESS NETWORKS, INC.'S TO PLAINTIFF'S *EX PARTE* APPLICATION FOR RIGHT TO ATTACH ORDER**<br><br>Date:  August 31, 2007<br>Time:  10:00 a.m.<br>Dept:  Courtroom E, 15th Floor<br><br>Judge: Magistrate Elizabeth D. Laporte |

I, Jessica E. La Londe, declare as follows:

1. I am an attorney duly licensed to practice in all of the courts of the State of California and am an associate of Duane Morris LLP, attorneys of record for defendant herein. The following matters are of my own personal knowledge, and if called as a witness in this matter, I could and would competently testify thereto.

2. This declaration is submitted in support of the Opposition of Defendant Wireless Network, Inc. to Plaintiff's *Ex Parte* Application for Right to Attach Order.

3. Attached as Exhibit A hereto are true and correct copies of relevant excerpts from the Deposition of Charles Brown in *The Hagan Law Firm, Inc. v. Wireless Networks, Inc.*, Case No. CIV 464141, San Mateo Superior Court.

4. Attached as Exhibit B hereto is the Complaint and related documents in *The Hagan Law Firm, Inc. v. Wireless Networks, Inc.*, Case No. CIV 464141, San Mateo Superior Court

5. Attached as Exhibit C hereto is the Application for Right to Attach Order and Order for Issuance of Writ of Attachment, and related documents, in *The Hagan Law Firm, Inc. v. Wireless Networks, Inc.*, Case No. CIV 464141, San Mateo Superior Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this was executed on August 28, 2007 in San Francisco, California.

                                                   /s/ Jessica E. La Londe
                                                   Jessica E. La Londe