EXHIBIT B

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| James Hagan, Esq., SBN 037149<br>350 Cambridge Avenue, Suite 150<br>Palo Alto, CA 94306<br>TELEPHONE NO: 650-322-8498  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | **ENDORSED FILED**<br>SAN MATEO COUNTY<br>JUN 29 2007<br>Clerk of the Superior Court<br>By A. De Leon<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Mateo
STREET ADDRESS: 400 County Center
MAILING ADDRESS: 400 County Center
CITY AND ZIP CODE: Redwood City, CA 94063
BRANCH NAME:

PLAINTIFF: The Hagan Law Firm, Inc.

DEFENDANT: Wireless Networks, Inc.

☐ DOES 1 TO _____

**CONTRACT**
☑ COMPLAINT    ☐ AMENDED COMPLAINT (Number):
☐ CROSS-COMPLAINT    ☐ AMENDED CROSS-COMPLAINT (Number):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded  ☐ does not exceed $10,000
                   ☐ exceeds $10,000 but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER: CIV 464141

1. Plaintiff* (name or names):
   The Hagan Law Firm, Inc.
   alleges causes of action against defendant* (name or names):
   Wireless Networks, Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4

3. a. Each plaintiff named above is a competent adult
     ☑ except plaintiff (name): The Hagan Law Firm, Inc.
       (1) ☑ a corporation qualified to do business in California
       (2) ☐ an unincorporated entity (describe):
       (3) ☐ other (specify):

   b. ☐ Plaintiff (name): The Hagan Law Firm, Inc.
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
      b. ☑ has complied with all licensing requirements as a licensed (specify): professional corporation
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
     ☑ except defendant (name): Wireless Networks, Inc.    ☐ except defendant (name):
       (1) ☐ a business organization, form unknown    (1) ☐ a business organization, form unknown
       (2) ☑ a corporation                             (2) ☐ a corporation
       (3) ☐ an unincorporated entity (describe):      (3) ☐ an unincorporated entity (describe):
       (4) ☐ a public entity (describe):               (4) ☐ a public entity (describe):
       (5) ☐ other (specify):                          (5) ☐ other (specify):

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12
American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: Hagan Law Firm vs. Wireless Networks | CASE NUMBER: |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, and
      a. ☐ has complied with applicable claims statutes, or
      b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to   ☐ Civil Code section 1812.10   ☐ Civil Code section 2984.4.
7. This court is the proper court because
   a. ☐ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☐ the contract was to be performed here.
   e. ☑ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   ☑ Breach of Contract
   ☑ Common Counts
   ☐ Other *(specify):*

9. ☐ Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☑ damages of: $ 44,909.00
    b. ☐ interest on the damages
       (1) ☐ according to proof
       (2) ☐ at the rate of *(specify):*     percent per year from *(date):*
    c. ☐ attorney's fees
       (1) ☐ of: $
       (2) ☐ according to proof.
    d. ☑ other *(specify):*
       Court costs in the amount of $320.00.

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: June 28, 2007

James Hagan, Esq., as Plaintiff's attorney
(TYPE OR PRINT NAME)

▶ *James Hagan* (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]          COMPLAINT—Contract          Page 2 of 2

| SHORT TITLE: Hagan Law Firm vs. Wireless Networks | CASE NUMBER: |
|---|---|

First _____ CAUSE OF ACTION—Breach of Contract
(number)

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name)*: The Hagan Law Firm, Inc.

alleges that on or about *(date)*: December 15, 2002
a [✓] written  [ ] oral  [ ] other *(specify)*:
agreement was made between *(name parties to agreement)*:
The Hagan Law Firm, Inc., and Wireless Networks, Inc.
  [ ] A copy of the agreement is attached as Exhibit A, or
  [✓] The essential terms of the agreement  [ ] are stated in Attachment BC-1  [✓] are as follows *(specify)*:
Plaintiff agreed to perform legal services for Defendant and Defendant agreed to pay Plaintiff therefor at Plaintiff's standard billing rates.

BC-2. On or about *(dates)*: January, 2004,
defendant breached the agreement by  [ ] the acts specified in Attachment BC-2  [✓] the following acts *(specify)*:
Failing and refusing to pay Plaintiff's bills for services performed.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
  [ ] as stated in Attachment BC-4  [✓] as follows *(specify)*:
in the amount of $44,909.00.

BC-5. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
  [ ] of $
  [ ] according to proof.
BC-6. [ ] Other:

Page ___3___

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

CAUSE OF ACTION—Breach of Contract

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: Hagan Law Firm vs. Wireless Networks | CASE NUMBER: |
|---|---|

__Second__ CAUSE OF ACTION—Common Counts
(number)

ATTACHMENT TO [✓] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):* The Hagan Law Firm, Inc.,

alleges that defendant *(name):* Wireless Networks, Inc.

became indebted to    [✓] plaintiff    [ ] other *(name):*

- a. [✓] within the last four years
  - (1) [ ] on an open book account for money due.
  - (2) [✓] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

- b. [✓] within the last  [ ] two years  [✓] four years
  - (1) [ ] for money had and received by defendant for the use and benefit of plaintiff.
  - (2) [✓] for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
    - [✓] the sum of $ 44,909.00
    - [ ] the reasonable value.
  - (3) [ ] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
    - [ ] the sum of $
    - [ ] the reasonable value.
  - (4) [ ] for money lent by plaintiff to defendant at defendant's request.
  - (5) [ ] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
  - (6) [ ] other *(specify):*

CC-2. $ 44,909.00 , which is the reasonable value, is due and unpaid despite plaintiff's demand,
plus prejudgment interest    [ ] according to proof    [ ] at the rate of _____ percent per year
from *(date):*

CC-3. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
  - [ ] of $
  - [ ] according to proof.

CC-4. [ ] Other:

Page __4__

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—Common Counts

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>James Hagan, Esq., SBN 037149<br>150 Cambridge Avenue, Suite 150<br>Palo Alto, CA 93206<br>TELEPHONE NO.: 650-322-8498    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 County Center
MAILING ADDRESS: 400 County Center
CITY AND ZIP CODE: Redwood City, CA 94063
BRANCH NAME: Southern Branch

PLAINTIFF/PETITIONER: The Hagan Law Firm, Inc.
DEFENDANT/RESPONDENT: Wireless Networks, Inc.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>CIV 464141 |
|---|---|

*(insert name of party being served)*: Wireless Networks, Inc.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: June 29, 2007

JOHN K. FAULL
(TYPE OR PRINT NAME)

▶ *[signature]*
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other *(specify)*:
   Notice of Case Management Conference and Case Management Statement, ADR Stipulation and Evaluation Instructions, Appropriate Dispute Resolution Information Sheet, Stipulation and Order to Appropriate Dispute Resolution, Division II of Superior Court Rules for Court Management, Chapters 1 through 7, and instructions for Courtcall Telephonic Appearances

*(To be completed by recipient)*:

Date this form is signed: July 2, 2007

Charles Brown as President of Wireless Networks, Inc.
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ *[signature]* as President of Wireless Network
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Page 1 of 1<br>Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.USCourtForms.com |

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO):
WIRELESS NETWORKS, INC.

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
THE HAGAN LAW FIRM, INC.

ENDORSED FILED
SAN MATEO COUNTY

JUN 29 2007

Clerk of the Superior Court
By _____A. De Leon_____
DEPUTY CLERK

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

The name and address of the court is:
(El nombre y dirección de la corte es):

SUPERIOR COURT IN THE COUNTY OF SAN MATEO
400 County Center
Redwood City, CA 94063

CASE NUMBER: (Número del Caso): CIV 464141

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

James Hagan, Esq.
450 Cambridge Ave., Suite 150, Palo Alto, CA 94306 || 650-322-8498

DATE: JUN 29 2007    JOHN C. FITTON    Clerk, by _____A. De LEON_____, Deputy
(Fecha)                (Secretario)                                  (Adjunto)

For proof of service of this summons, use Proof of Service of Summons (form POS-010).
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☑ on behalf of (specify): Wireless Networks, Inc.

   under: ☑ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):

4. ☑ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com