DANIEL J. HERLING (SBN 103711)
LINA M. BRENNER (SBN 191075)
JESSICA E. LA LONDE (SBN 235744)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:    djherling@duanemorris.com
           lmbrenner@duanemorris.com
           jelalonde@duanemorris.com

Attorneys for Defendant
WIRELESS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. BROWN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:07-CV-04301 EDL<br><br>**OBJECTIONS TO EVIDENCE IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION**<br><br>Date:    August 31, 2007<br>Time:    10:00 a.m.<br>Dept:    Courtroom E, 15th Floor<br>Judge:   Magistrate Elizabeth D. Laporte |

Defendant Wireless Networks, Inc. ("WNI") hereby objects to and moves to strike certain

portions of the declaration of Charles M. Brown and exhibits thereto as follows:

| | Document: | Objectionable Evidence: | Objections: |
|---|---|---|---|
| 1. | Declaration of Charles M. Brown, ¶ 7 at p. 7:16-17. | "He did not know Mr. de Souza but what he did know of him he did not like, and felt uncomfortable continuing." | Inadmissible hearsay (Federal rule of Evidence ("FRE") 801, 802). |
| 2. | Declaration of Charles M. Brown, ¶ 17 at p. 7:25-27. | "Further, I received various reports from former and current employees about their dissatisfaction with the management of the Company, including his current top lieutenant who used to call me at home at nights." | Inadmissible hearsay (FRE 801, 802). |

| | | | |
|---|---|---|---|
| 3. | Declaration of Charles M. Brown, ¶ 17 at p. 8:2-4 | "I was told by former and current employees about their dissatisfaction with the situation and how on occasion they had been told that communicating with me in any form would result in the termination of their employment.  They would implore me to do something about it." | Inadmissible hearsay (FRE 801, 802). |
| 4. | Declaration of Charles M. Brown, ¶ 17 at p. 8:7. | "The people were afraid of losing their jobs." | Inadmissible hearsay (FRE 801, 802); Lack of foundation (FRE 602); Improper speculation (FRE 402). |
| 5. | Declaration of Charles M. Brown, ¶ 18 at p. 8:10-11. | "Mr. de Souza would not help in this regard and refused to provide any information or return phone calls from shareholders." | Lack of foundation (FRE 602). |
| 6. | Declaration of Charles M. Brown, ¶ 20 at p. 9:1-3. | "On or about April and May 2006, Mr. de Souza instructed the engineering personnel at Wireless Networks do Brazil to close down network connections maintained for the support of the support engineers at Wireless Networks do Brazil." | Inadmissible hearsay (FRE 801, 802); Lack of foundation (FRE 602). |
| 7. | Declaration of Charles M. Brown, ¶ 23 at p. 10:11-14. | "I pointed out to him that that would be defrauding the investors, that, in my opinion, it was illegal, and that I would not go along with it.  His attorney told me that the US investors would never sue Mr. de Souza in Brazil and that any concern regarding legal actions from shareholders was nonsense." | Inadmissible hearsay (FRE 801, 802). |
| 8. | Declaration of Charles M. Brown, ¶ 26 at p. 11:9. | "In effect, Mr. de Souza was running a conspiracy . . . ." | Should be stricken as gratuitous, as it does not identify with whom Mr. de Souza was allegedly "running a conspiracy." |
| 9. | Declaration of Charles M. Brown, ¶ 27 at p. 11:26-27. | "That is why Mr. Hagan deposited the source code with this Court." | Improper speculation (FRE 402). |
| 10. | Exhibit C to Declaration of Charles M. Brown. | Exhibit C to Declaration of Charles M. Brown. | Inadmissible unauthenticated evidence (FRE 901). |
| 11. | Exhibit D to Declaration of Charles M. Brown. | Exhibit D to Declaration of Charles M. Brown. | Inadmissible unauthenticated evidence (FRE 901). |

///

///

1    Wireless Networks, Inc. respectfully requests this Court to strike the above-enumerated

2  portions of the declaration of Charles Brown.

3

4  Dated: August 28, 2007                    **DUANE MORRIS** LLP

5

6                              By:        /s/  Jessica E. La Londe
                                          Daniel J. Herling
7                                          Lina M. Brenner
                                          Jessica E. La Londe
8                                          Attorneys for Defendant
                                          Wireless Networks, Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28