## DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

TRINA C. MORGAN
DIRECT DIAL: 415.957.3326
*E-MAIL:* tcmorgan@duanemorris.com

*www.duanemorris.com*

August 29, 2007

Magistrate Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
Northern District of California
Courtroom E, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

        **Re:**    *Charles M. Brown v. Wireless Networks, Inc.*
                    Case No.: C 07-4301 EDL

Dear Judge Laporte:

        Enclosed please find Declaration of Ruy Rothschild de Souza in Support of the Opposition of Defendant Wireless Networks, Inc. to Plaintiff's *Ex Parte* Application for Right to Attach Order. This document replaces document nos. 15 and 16 filed through the ECF website.

        If you have any questions, please feel free to contact me.

                                    Very truly yours,

                                    *Trina C. Morgan*

                                    Trina C. Morgan
                                    Legal Assistant to Jessica E. La Londe

:tcm
Enclosure