# EXHIBIT A

**Charles Brown**
**55 Skylonda Drive**
**Woodside, CA   94062**

July 13, 2007

Board of Directors
Wireless Networks, Inc.
c/o Mr. Ruy de Souza
Rua Jerônimo da Veiga, 164, , cj. 16-E
16 andar
São Paulo SP 04536-900

RE:  Resignation
1:55PM PST

Gentlemen,

I hereby resign from any and all positions held by me at Wireless Networks, Inc. and Wireless Networks do Brasil.

Sincerely,

*[signature: Charles Brown]*

Charles Brown