# EXHIBIT B

-----Mensagem original-----
De: Charles Brown [mailto:cbrown@flyingcircuit.com]
Enviada em: quarta-feira, 18 de julho de 2007 19:58
Para: Ruy Rothschild de Souza
Cc: Charles M Brown
Assunto: Re: Resignation Letter as of July 13, 2007

Dear Ruy,

To the best of my knowledge, I have moved all Company property in my possession to the Company's warehouse space.

To protect the company's property, since payments were abruptly ceased from Wireless Networks do Brasil as of March 2007, I have been paying the monthly storage space fees from my personal funds since April 2007. I will not be making any further payments from personal funds on behalf of the Company. Therefore, and as I have stated before, I urge you to make sure that these monthly fees are paid promptly. I believe the current month fees are due on July 17th. If the storage fees are not paid when due, the storage company will padlock the space until they are paid current, proceed to file for a judgment for possession of its contents, and subsequently sell the property within at a liquidation price. My understanding is that they can accomplish this in a matter of 60 days or so. So once again, I strongly suggest you to make these payments when due.

Please let me know where you would like to have the key to the lock on the storage space mailed. The storage space number is: B267. The storage space location is as follows:

Extra Storage
1940 Spring St.
Redwood City CA 94063
Tel:   650-367-7224

Regards,

Charlie