# EXHIBIT C

07/30/07

EXTRA STORAGE RDWD CITY
1940 SPRING ST.
REDWOOD CITY, CA 94063

## Preliminary Lien Notice

UNIT ID# B267 (PLN)

CHARLES BROWN - C/O WIRELESS NETWORK, INC.
P.O. BOX 620042

WOODSIDE, CA 94062

Dear CHARLES BROWN - C/O WIRELESS NETWORK, INC.,

According to our records, we have not received payment for rent and/or other charges for the use of storage unit # B267 at:

EXTRA STORAGE RDWD CITY
1940 SPRING ST.
REDWOOD CITY, CA 94063

These charges which are summarized below total $160.00. This sum includes accrued rent, a $10 late fee, and a $15 preliminary lien fee, and has been due for more than 14 days in accordance with California law.

| Due Date | Description | Amount |
| --- | --- | --- |
| 07/15/07 | Rent Charge | $135.00 |
| 07/25/07 | Late | $10.00 |
| 07/30/07 | Late | $15.00 |
| Total: | | $160.00 |

If this sum is not paid in full before 08/17/07 your right to use the storage space will terminate, you will be denied access, a $15 Notice of Lien Sale fee will be added to your account balance, and a self storage owner's lien on any stored property will be imposed pursuant to Section 21705 of the California Business and Professions Code.

**You may pay this sum in cash, check, credit card, cashier's check or money order. We do not accept partial payments** and you will be responsible for the entire amount due at the time of payment which may include any additional rent or fees that accrue after this notice is printed and mailed. If you have any questions concerning your account, please call us at (650) 367 7224.

Sincerely,

Manager
EXTRA STORAGE RDWD CITY

EXTRA STORAGE RDWD CITY
1940 SPRING ST.
REDWOOD CITY, CA 94063
(650) 367 7224


BROWN, CHARLES - C/O WIRELESS NETWORK, INC.
P.O. BOX 620042
WOODSIDE, CA 94062

## Transaction Receipt

**Account #:** 4195         **Date:** 07/31/2007 12:41PM         **Receipt #:** 38810

| Unit | Paid Thru | Item Description | Amount |
|---|---|---|---|
| B267 | 08/14/07 | Rent | $135.00 |
|  |  | Fee | $25.00 |

| | | | |
|---|---|---|---|
| **Credit Card** | VISA XXXXXXXXXXXX7179<br>Auth.: 031571 | | $160.00 |
| **Total** | | | $160.00 |

The undersigned acknowledges receipt of goods and/or services in the amount of the total shown hereon and agrees to payment of this amount. If payment has been made in the form of a credit card or credit card account debit, such payment will be in accord with the card issuer agreement, and the undersigned agrees to performance according to the obligations set forth therein.

_Charles Brown_                 7-31-07                 _____
Customer                        Date                    Employee

08/25/07

EXTRA STORAGE RDWD CITY
1940 SPRING ST.
REDWOOD CITY, CA 94063

# Late Notice

UNIT ID# B267 (LTN)

CHARLES BROWN - C/O WIRELESS NETWORK, INC.
P.O. BOX 620042
WOODSIDE, CA 94062

Dear CHARLES BROWN - C/O WIRELESS NETWORK, INC.,

The rent for unit # B267 was due on 8/15/2007 and has not been received. Please forward payment to:

EXTRA STORAGE RDWD CITY
1940 SPRING ST.
REDWOOD CITY, CA 94063

Per your rental agreement, a late fee of $10.00 has been charged to your account.

We appreciate your business and hope to continue to service your storage needs. If you have any questions, you may contact us at (650) 367 7224.

If you have already sent a payment, thank you and please remember to add the $10.00 late fee to your next payment.

Sincerely,

**TIM AND PAT ESPASANDIN**

Manager
EXTRA STORAGE RDWD CITY

Account Summary - Unit # B267

Date of Last Payment    : 07/31/07
Amount of Last Payment  : $160.00
Rent Paid-Thru Date     : 08/14/07
Current Balance         : $145.00

Save money by taking advantage of our Pre-pay Discounts!
Pre-pay 5 and a 1/2 months and you will receive 1/2 off the 6th month free.
Pre-pay 11 months and receive the 12th month free.

Save money by "Telling A Friend." For each friend you refer to our facility and they rent, you will receive a $20 credit toward your next rent due.