# EXHIBIT D

```
> From: "Ruy Rothschild de Souza" <ruysouza@uol.com.br>
> Date: January 23, 2004 6:53:05 AM PST
> To: "Charles Brown" <brown@wireless-networks.com>
> Subject: RES: Going Forward
>
> Hi Charlie,
>
> I hope you are getting better. Sorry for not been available
> sometimes, I
> also miss talking to you more frequently.
>
> I haven't read WNI's Balance sheet yet. I also didn't discuss with Dr
> Eduardo the drafts he has sent to me regarding the exercise of the
> option.
> Any way I am forwarding it to you for your evaluation. When we
> receive the
> license and support agreement(s) we can discuss everything as a
> whole. I
> know that $25.000 is an ideal minimum monthly payment for WNI and
> will be
> suitable for WNB as soon as we reach a minimum amount of
> transactions in
> Brazil.
>
> We didn't arrive to this point yet, but we continue to work day
> after day
> for this purpose. Things are going very well with Redecard and they
> finally
> are treating our service as a priority for the development of their
> business. The opposite is ocurring with Visanet at this moment, and
> we are
> working to restablish a good communication channel there, but no
> result has
> been achieved yet.
>
> We will finally sign contracts with Tecban in the next 2 weeks and
> I believe
> that with AMEX very soon.
>
> I noticed that I forgot to send the wire on the 15th of january, so
> I will
> send a wire of $25.000 on next monday, 26th antecipating the next
> one. Sorry
> again for this.
>
> Best regards,
>
> Ruy
>
```

1

```
>
>
> -----Mensagem original-----
> De: Charles Brown [mailto:brown@wireless-networks.com]
> Enviada em: quinta-feira, 22 de janeiro de 2004 22:15
> Para: ruysouza@uol.com.br
> Assunto: Going Forward
>
>
> Hi Ruy,
>
> I hope to have something back from Jim Hagan soon regarding the
> license and
> support agreement.  He said he would keep it simple.  Per your
> suggestion,
> I asked him to make the effective date Dec. 31, 2003 and so we can
> use the
> WNI Balance Sheet I sent to you previously.  Under the  agreement, we
> tentatively agreed before Xmas to structure a minimum payment
> (technology
> license + support) to WNI from WNB of $25,000 per month, payable
> $12,500 on
> the 1st and 15th of each month.  Is that suitable to you?
>
> I hope you are doing well.  I have tried to call you but haven't
> been able
> to get through to you.
>
> Regards,
>
> Charlie
>
>
```

2