# EXHIBIT E

> From: "Ruy Rothschild de Souza" <ruysouza@uol.com.br>
> Date: October 22, 2004 7:49:07 AM PDT
> To: "Charles Brown" <brown@wireless-networks.com>
> Cc: "Eduardo Monteiro (E-mail)" <monteiro@choaibpaiva.com.br>,
> <marina@choaibpaiva.com.br>
> Subject: RES: WNI- CZ
>
> Hi Charlie,
>
> I think there are two different issues.
> One issue is a societary one, concerning the subscription of WNI
> shares by Cruzamérica according to what was stablished on the
> option agreement and to the exercise of this option made on August
> 30 th. This subscription needs some legal steps to be completed, as
> we have discussed during your visit to São Paulo and this was the
> object of Marina's e-mail in order to conclude this process.
> Another issue is the license agreement and/or others between WNI
> and its subsidiary WNB, that is an internal issue for the company,
> regarding its development both for WNI and WNB.
> Both issues are very important but I understand that the license
> agreement is not a pre-requisite for completing the subscription,
> even because considering that Cruzamérica would not subscribe
> shares of WNI, you would be discussing these internal issues with
> someone else.
>
> After more than two years supporting the company, I really don't
> feel confortable to continue to discuss and help to implement
> several projects for the company without this societary issue
> concluded, what would make myself a legitimate part of the process.
>
> Regards,
>
> Ruy
> -----Mensagem original-----
> De: Charles Brown [mailto:brown@wireless-networks.com]
> Enviada em: quinta-feira, 21 de outubro de 2004 17:25
> Para: marina@choaibpaiva.com.br
> Cc: Ruy Rothschild de Souza (E-mail); Eduardo Monteiro (E-mail);
> consult@fwsudia.com
> Assunto: Re: WNI- CZ
> Prioridade: Alta
>
> Hello Marina,
>
> The first thing we need to do is complete the license agreement
> between WNI and WNB, and a separate license to cover the period
> from August 31, 1999 (the date of incorporation of WNB in Brazil)
> to June 30, 2004, for the WNI Wireless POS Protocol.  There are
> about 10 things to do so I suggest we focus on one task at a time.
> First, we need to complete the License Agreements.
>

1

> Frank Sudia has a draft of discussion points on the license
> agreement, with only specific questions and suggestions about the
> technology transfer agreement, which will be a schedule to the
> license agreement.  Unfortunately, he was robbed at gunpoint in SF
> last week and has been busy mending his personal situation   after
> this unfortunate event.  Fortunately, he was unharmed, but this has
> caused some delay, as you can appreciate.
>
> Regards,
>
> Charlie
>
> At 03:41 PM 10/21/2004 -0200, Marina Meirelles Giannini wrote:
>> Dear Charles, regarding the issue of new shares of WNI, we would
>> like to know if you have an aswer of the lawyer confirming the
>> necessary legal steps to issue the new shares.
>> Besides, we send you attached a charter of the powers of attorneys
>> on behalf os WNI. We would like to point out that the POA we gave
>> you when you were in Brazil is a translations into English of the
>> Powers of Attorney granted to Dr. Eduardo on June 18th. 2002. We
>> are sending you again the draft of the POA on Behalf of WNI and
>> WNL to Ruy.
>>
>> Please feel free to contact us if you need any clarification.
>>
>> Best Regards,
>>
>> Marina Meirelles Giannini
>>
>> CHOAIB, PAIVA, MONTEIRO DA SILVA E JUSTO Advogados Associados
>> Rua Padre João Manuel, 755, 8º andar - Cerqueira César - São Paulo
>> - SP - 01411-001
>> Tel.: (11) 3065-0006 - Fax: (11) 3065-0001 - http://
>> www.choaibpaiva.com.br
>>
>> AVISO-LEGAL
>> O conteúdo desta mensagem e dos documentos anexos é destinado
>> somente às pessoas indicadas no endereçamento eletrônico, podendo
>> conter informações confidenciais e/ou legalmente protegidas na
>> relação entre advogado e cliente. O recebimento desta mensagem por
>> qualquer pessoa não indicada no seu endereçamento eletrônico não
>> implica qualquer perda de confidencialidade do seu conteúdo. Caso
>> esta mensagem tenha sido recebida por engano, solicitamos a
>> gentileza para que seja imediatamente devolvida ao seu remetente e
>> eliminada completamente do seu sistema.
>> É expressamente vedado a qualquer pessoa que não seja o
>> destinatário desta mensagem revelar, distribuir, copiar ou, sob
>> qualquer forma, utilizar o todo ou parte desta mensagem ou dos
>> documentos a ela anexados.
>>
>> LEGAL-NOTICE
>> The content of this message and of the attached documents is
>> addressed only to those persons indicated in the electronic
>> address and may contain information of confidential nature and/or
>> legally protected as client-attorney privilege. The receipt of
>> this message by any person who is not indicated in the electronic
>> address does not result in a waiver of the confidentiality
>> treatment that shall be provided to the content of this message
>> and of the attached documents. If you have received this message
>> as a mistake, we kindly request you to immediately reply to the
>> sender of this message and entirely eliminate the message from
>> your system. It is expressly prohibited to any person who is not
>> the recipient of this message to reveal, distribute, copy or, in
>> any form, utilize the whole or part of this message or of the
>> attached documents.
>>
>>