# AMERICAN CONTRACTORS INDEMNITY COMPANY

In The **SUPERIOR** Court
County of **SAN MATEO**
## State of California

| | |
|---|---|
| CHARLES M. BROWN<br><br>Plaintiff,<br><br>vs.<br><br>WIRELESS NETWORKS, INC. and DOES 1 through 50<br><br>Defendants. | Case No. **CIV464574**<br><br>**UNDERTAKING UNDER SECTION 489.210 C.C.P.**<br><br>AMERICAN CONTRACTORS INDEMNITY COMPANY<br>9841 AIRPORT BLVD., 9TH FLOOR<br>LOS ANGELES, CA 90045 |

WHEREAS, the above named **CHARLES M. BROWN**, as Principal desires to give an undertaking for **TEMPORARY PROTECTIVE ORDER AND/OR WRIT OF ATTACHMENT** as provided by Section **489.210** C.C.P.

NOW, THEREFORE, the Surety, does hereby obligate itself, jointly and severally, to ******************************************************** **WIRELESS NETWORKS, INC.** ***************************************** under said statutory obligations in the sum of **TEN THOUSAND AND 00/100************** Dollars (**$10,000.00**)

IN WITNESS WHEREOF, The corporate seal and name of the said Surety Company is hereto affixed and attested by **KEVIN COMSTOCK,** who declares under penalty of perjury that he is its duly authorized Attorney-in-Fact acting under an unrevoked power of attorney on file with the Clerk of the County in which above entitled Court is located.

Executed at **SAN JOSE**, California on **AUGUST 20, 2007**

Bond No. 1 0 0 0 7 7 0 4 8 1

The premium charge for this bond is $**200.00** per annum.

AMERICAN CONTRACTORS INDEMNITY COMPANY

*/s/ Kevin Comstock*
**KEVIN COMSTOCK**                    Attorney-in-Fact

# CIVIL BOND