# RYAN & STEINER
## AN ASSOCIATION OF ATTORNEYS

455 NORTH WHISMAN ROAD, SUITE 200
MOUNTAIN VIEW, CA 94043-5721
(650) 691-1430 FAX: (650) 968-2685

JEFFREY F. RYAN                                                                JR@RYANSTEINER.COM

August 31, 2007

**VIA E-FILE**

MAGISTRATE JUDGE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT
DEPARTMENT 32, 15TH FLOOR
450 GOLDEN GATE AVENUE
San Francisco, CA 94102

    Re:    ***Brown v Wireless Networks, Inc. – USDC Case No.*** C-07-04301 EDL

Dear Judge LaPorte:

    In response to the Court's Order re Attachment filed today, Plaintiff Charles M. Brown will not agree to any other security except for a bond issued by a United States bonding company. We have conferred with Mr. Herling and advised him that Plaintiff Charles Brown will only accept a bond issued by a United States bonding company in the amount of $51,617.32. Mr. Herling has tried in vain to convince me to accept either a bank guarantee from CitiBank or a bond from a Brazilian bonding company. I have told him neither is acceptable to our client.

                                Very truly yours,

                                RYAN & STEINER
                                An Association of Attorneys

                                JEFFREY F. RYAN

:vlf

cc:    Daniel J. Herling, Esq.
       Mr. Charles M. Brown