IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M BROWN, | No. C-07-04301 EDL |
| Plaintiff, | **ORDER RE BOND TO SECURE JUDGMENT** |
| v. | |
| WIRELESS NETWORKS INC, | |
| Defendant. | |

On August 31, 2007, the Court held a hearing on Plaintiff's application for a right to attach certain DVDs containing source code that are Defendant's only known tangible assets in the United States. Plaintiff was represented by Jeff Ryan; Defendant was represented by Daniel Herling. At the hearing, Plaintiff stated that a bond to secure a potential judgment would suffice in lieu of attaching the source code DVDs. Defendant stated a preference for a bank guarantee in lieu of a bond. The Court ordered the parties to meet and confer and inform the court by August 31, 2007 whether they could stipulate to the filing of either a bond or a bank guarantee. On August 31, 2007, the parties informed the Court that they could not reach agreement. Accordingly, for the reasons stated in the Court's August 31, 2007 Order, the Court hereby orders Defendant to post a surety bond from a company licensed in California by September 6, 2007 in the amount of $51,617.32 to satisfy a potential judgment.

**IT IS SO ORDERED.**

Dated: September 4, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge