UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**                                        Date:  August 31, 2007
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     C-07-04301 EDL

**Title:**      CHARLES M BROWN v. WIRELESS NETWORKS INC

**Attorneys:**    Plaintiff: Jeff Ryan        Defendant: Dan Herling

**Deputy Clerk:**    Lili M. Harrell        **FTR Digital Recorder: 10:07am - 10:33am**

| **PROCEEDINGS:** | **RULINGS:** |
|---|---|
| Further hearing re Plaintiff's Ex Parte Application for Right to Attach Order | Held |

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [X]  Court

**Case Continued to:**

Notes:


cc: