# EXHIBIT A

$71,892.29                                                                                                  Woodside, CA
                                                                                                            June 30, 2001

## PROMISSORY NOTE

FOR VALUE RECEIVED, Wireless Networks, Inc., a Delaware corporation ("Borrower") hereby promises to pay to the order of Charles M. Brown ("Lender") in lawful money of the United states of America, on June 30, 2003, the principal sum of Seventy One Thousand Eight Hundred Ninety Two Dollars and Twenty Nine Cents ($71,892.29). This Note will bear interest at the rate of nine percent (9%) per annum until the date of maturity, and thereafter will bear interest at the rate of nine percent (9%) per annum until fully paid.

In the event that Borrower shall fail to make full and timely payment of the principal hereunder when due, the entire unpaid principal amount of this Note shall automatically become immediately due and payable without demand or notice, and Borrower shall pay such further amount as shall be sufficient to cover all costs and expenses (including reasonable attorney's fees) directly or indirectly incurred by Lender in connection with the collection of this Note.

Borrower hereby waives notice of default, notice of acceleration, notice of prepayment, presentment, protest, or notice of dishonor. Borrower may prepay at any time, in part or in full, without penalty.

WIRELESS NETWORKS, INC. (Borrower)


_____             _____
By: Charles Brown, President                By: Secretary

$2,000.00                                                                                           Woodside, CA
                                                                                                    January 30, 2003

## PROMISSORY NOTE

FOR VALUE RECEIVED, Wireless Networks, Inc., a Delaware corporation ("Borrower") hereby promises to pay to the order of Charles M. Brown ("Lender") in lawful money of the United states of America, on January 30, 2005, the principal sum of **Two Thousand Dollars and No Cents ($2,000.00)**. This Note will bear interest at the rate of nine percent (9%) per annum until the date of maturity, and thereafter will bear interest at the rate of nine percent (9%) per annum until fully paid.

In the event that Borrower shall fail to make full and timely payment of the principal hereunder when due, the entire unpaid principal amount of this Note shall automatically become immediately due and payable without demand or notice, and Borrower shall pay such further amount as shall be sufficient to cover all costs and expenses (including reasonable attorney's fees) directly or indirectly incurred by Lender in connection with the collection of this Note.

Borrower hereby waives notice of default, notice of acceleration, notice of prepayment, presentment, protest, or notice of dishonor. Borrower may prepay at any time, in part or in full, without penalty.

**WIRELESS NETWORKS, INC. (Borrower)**

By: Charles Brown, President                        By: Secretary