# EXHIBIT C

Charles Brown
WNI bills paid directly by Charles Brown
May - June 2007

| | | |
|---|---|---|
| 5/1/07 | BMW BANK BMWFS PYMT070429 66959027 Charl | 969.15 |
| 5/30/07 | BMW BANK BMWFS PYMT070529 67697147 Charl | 969.15 |
| 4/18/07 | Sprint | 95.39 |
| 4/19/07 | Sprint | 109.42 |
| 5/25/07 | Sprint | 93.79 |
| 6/30/07 | BMW Finance | 969.15 |
| 6/27/07 | Extra Storage | 145.00 |
| | Total | 3,351.05 |