**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

DANIEL J. HERLING
DIRECT DIAL: 415.957.3018
E-MAIL: djherling@duanemorris.com

www.duanemorris.com

September 6, 2007

**VIA ELECTRONIC FILING**

Magistrate Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
Northern District of California
Courtroom E, 15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re: *Charles M. Brown v. Wireless Networks, Inc.*
Case No.: C 07-4301 EDL

Dear Judge Laporte:

This letter is a request to enlarge the time within which to file the bond that was ordered by the court from September 6, 2007 to September 14, 2007.

Specifically, WNI has made a diligent attempt to obtain a bond through International Sureties, Ltd. and that process is underway. Due to the Labor Day holiday, as well as a bank holiday in Brazil on September 7, 2007, it was impossible to have the bond issued in accordance with the deadline as set forth in the court's order of August 31, 2007.

I have been apprised by the bonding company that a bond should be issued by September 14, 2007.

It is therefore respectfully requested that the court amend its order and permit the bond to be filed on September 14, 2007.

DUANE MORRIS LLP

ONE MARKET, SPEAR TOWER, SUITE 2000   SAN FRANCISCO, CA 94105-1104   PHONE: 415.957.3000   FAX: 415.957.3001
DM1\1187827.1

DuaneMorris

Magistrate Elizabeth D. Laporte
September 6, 2007
Page 2

    I am available for any questions the court may have. For the court's information, the source code is still in the possession of the San Mateo Superior Court.

Very truly yours,

Daniel J. Herling

DJH/bmc
cc: Jeffrey F. Ryan

DM1\1187827.1