PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JEFFREY F. RYAN, ESQ. (SBN 129079)<br>RYAN & STEINER<br>An Association of Attorneys<br>455 North Whisman Road, Suite 200<br>Mountain View, CA 94045<br>TELEPHONE NO: (650) 691-1430    FAX NO. (Optional): (650) 968-2685<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff, CHARLES M. BROWN | |

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ UNITED STATES DISTRICT COURT
STREET ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS: 450 Golden Gate Avenue, 16th Floor
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: SAN FRANCISCO DIVISION

PLAINTIFF: CHARLES M. BROWN

DEFENDANT: WIRELESS NETWORKS, INC.

[X] DOES 1 TO 50

**BREACH OF CONTRACT**
[ ] COMPLAINT          [X] AMENDED COMPLAINT (Number): ERRATA THREE (3)
[ ] CROSS-COMPLAINT    [ ] AMENDED CROSS-COMPLAINT (Number):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded  [ ] does not exceed $10,000
                    [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
       [ ] from limited to unlimited
       [ ] from unlimited to limited

CASE NUMBER: C-07-04301 EDL

1. **Plaintiff*** (name or names): CHARLES M. BROWN

   alleges causes of action against **defendant*** (name or names): WIRELESS NETWORKS, INC., a Delaware corporation with its principal place of business in San Mateo County, CA

2. This pleading, including attachments and exhibits, consists of the following number of pages: 17

3. a. Each plaintiff named above is a competent adult
      [ ] except plaintiff (name):
          (1) [ ] a corporation qualified to do business in California
          (2) [ ] an unincorporated entity (describe):
          (3) [ ] other (specify):

   b. [ ] Plaintiff (name):
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
      b. [ ] has complied with all licensing requirements as a licensed (specify):

   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
      [X] except defendant (name): WIRELESS NETWORKS, INC.
          (1) [ ] a business organization, form unknown
          (2) [X] a corporation
          (3) [ ] an unincorporated entity (describe):
          (4) [ ] a public entity (describe):
          (5) [ ] other (specify):
      [ ] except defendant (name):
          (1) [ ] a business organization, form unknown
          (2) [ ] a corporation
          (3) [ ] an unincorporated entity (describe):
          (4) [ ] a public entity (describe):
          (5) [ ] other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: BROWN v. WIRELESS NETWORKS, INC. | CASE NUMBER: C-07-04301 EDL |
|---|---|

4.  *(Continued)*
    b. The true names of defendants sued as Does are unknown to plaintiff.
       (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
       (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
    c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
    d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, and
    a. ☐ has complied with applicable claims statutes, or
    b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10  ☐ Civil Code section 2984.4.
7. This court is the proper court because
    a. ☒ a defendant entered into the contract here.
    b. ☐ a defendant lived here when the contract was entered into.
    c. ☐ a defendant lives here now.
    d. ☒ the contract was to be performed here.
    e. ☒ a defendant is a corporation or unincorporated association and its principal place of business is here.
    f. ☐ real property that is the subject of this action is located here.
    g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    ☒ Breach of Contract
    ☒ Common Counts
    ☒ Other *(specify):* wages due

9. ☐ Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☒ damages of: $ 98,653.92
    b. ☐ interest on the damages
       (1) ☐ according to proof
       (2) ☒ at the rate of *(specify):* 10.00 percent per year from *(date):* July 19, 2007
    c. ☐ attorney's fees
       (1) ☐ of: $ 0.00
       (2) ☐ according to proof.
    d. ☐ other *(specify):*

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: SEPTEMBER 6, 2007

JEFFREY F. RYAN, ESQ. (SBN 129079)
(TYPE OR PRINT NAME)

*(If you wish to verify this pleading, affix a verification.)*

(SIGNATURE OF PLAINTIFF OR ATTORNEY) /s/ Jeffrey F Ryan

PLD-C-001 [Rev. January 1, 2007]       **COMPLAINT—Contract**       Page 2 of 2

PLD-C-001(1)

| SHORT TITLE: BROWN v. WIRELESS NETWORKS, INC. | CASE NUMBER: C-07-04301 EDL |
|---|---|

ERRATA  THIRD AMENDED FIRST  **CAUSE OF ACTION—Breach of Contract**
_____
(number)

ATTACHMENT TO   X  Complaint   ____ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name)*: CHARLES M. BROWN

alleges that on or about *(date):*   June 30, 2003
a  X  written   ___ oral   ___ other *(specify):*
agreement was made between *(name parties to agreement):*   CHARLES M. BROWN and WIRELESS NETWORKS, INC.

   X   A copy of the agreement is attached as Exhibit A, or
_____ The essential terms of the agreement _____ are stated in Attachment BC-1 _____ are as follows *(specify):*

Those agreements (promissory notes) were expressly affirmed by the Board of Directors of WIRELESS NETWORKS, INC., on April 19, 2005 (See Exhibit "B").

BC-2. On or about *(dates):*   April 19, 2007
defendant breached the agreement by  _____ the acts specified in Attachment BC-2   X   the following acts *(specify):*

WIRELESS NETWORKS, INC.'S and its controlling shareholder, Ruy Rothschild de Souza, refused to pay Plaintiff the sums owed him after repeated demands therefore.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
_____ as stated in Attachment BC-4   X   as follows *(specify):*

$51,617.32

BC-5.  X  Plaintiff is entitled to attorney fees by an agreement or a statute
         of $ 0.00
         X  according to proof.

BC-6. _____ Other:

Page _____
Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-C-001(2)

| SHORT TITLE: BROWN v. WIRELESS NETWORKS, INC. | CASE NUMBER: C-07-04301 EDL |
|---|---|

ERRATA

**THIRD AMENDED SECOND**     **CAUSE OF ACTION—Common Counts**
(number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name)*: CHARLES M. BROWN

alleges that defendant *(name)*: WIRELESS NETWORKS, INC., a Delaware corporation

became indebted to [X] plaintiff [ ] other *(name)*:

a. [ ] within the last four years
   (1) [ ] on an open book account for money due.
   (2) [ ] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. [X] within the last [X] two years [ ] four years
   (1) [ ] for money had and received by defendant for the use and benefit of plaintiff.
   (2) [X] for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
      [X] the sum of $ 46,876.60
      [ ] the reasonable value.
   (3) [ ] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
      [ ] the sum of $ 0.00
      [ ] the reasonable value.
   (4) [ ] for money lent by plaintiff to defendant at defendant's request.
   (5) [X] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
   (6) [X] other *(specify)*:

    Defendant WIRELESS NETWORK, INC. has also failed to pay accounts due which were charged to Plaintiff. Extra Storage Redwood City issued a Preliminary Lien Notice in the amount of $160.00 which Plaintiff had to pay on behalf of WIRELESS NETWORK, INC. Plaintiff has made demand upon Defendant but Defendant has refused to pay the accounts. (See Exhibits "C" and "D").

CC-2. $ 50,442.65 , which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest [ ] according to proof [X] at the rate of 10.00 percent per year from *(date)*: July 19, 2007

CC-3. [X] Plaintiff is entitled to attorney fees by an agreement or a statute
    [ ] of $ 0.00
    [X] according to proof.

CC-4. [X] Other: Labor Code 218.5 -- In any action brought for the nonpayment of wages, fringe benefits, or health and welfare or pension fund contributions, the court shall award reasonable attorney's fees and costs to the prevailing party if any party to the action requests attorney's fees and costs upon the initiation of the action. This section shall not apply to an action brought by the Labor Commissioner. This section shall not apply to a surety issuing a bond pursuant to Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code or to an action to enforce a mechanics lien brought under Chapter 2 (commencing with Section 3109) of Title 15 of Part 4 of Division 3 of the Civil Code.

This section does not apply to any action for which attorney's fees are recoverable under Section 1194.

Page _____

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—Common Counts**

Legal Solutions Plus

Code of Civil Procedure, § 425.12