1  JEFFREY F. RYAN, ESQ. SBN 129079
   RYAN & STEINER
2  An Association of Attorneys
3  455 North Whisman Road, Suite 200
   Mountain View, CA 94043-5721
4  Telephone:    (650) 691-1430
   Facsimile:    (650) 968-2685
5
   Attorneys for Plaintiff,
6  CHARLES M. BROWN

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

10 CHARLES M. BROWN,                    Case No.: C-07-04301 EDL

11           Plaintiff,                 **PLAINTIFF'S DEMAND FOR JURY TRIAL**

12     vs.

13 WIRELESS NETWORKS, INC., a Delaware
   corporation,
14
15           Defendant.

16

17

18    Plaintiff Charles M. Brown hereby demands a jury trial on all issues.

19

20 DATED: September 6, 2007                    RYAN & STEINER
                                               An Association of Attorneys
21

22
                                         By: /s/ Jeffrey F Ryan
23                                            JEFFREY F. RYAN, Attorneys for
                                              Plaintiff CHARLES M. BROWN
24

25

26

27

28

---
                                    1
                    PLAINTIFF'S DEMAND FOR JURY TRIAL
BROWN v. WIRELESS NETWORKS, INC.                        CASE NO. C-07-04301 EDL