1  JEFFREY F. RYAN, ESQ. SBN 129079
   RYAN & STEINER
2  An Association of Attorneys
   455 North Whisman Road, Suite 200
3  Mountain View, CA 94043-5721
4  Telephone:   (650) 691-1430
   Facsimile:   (650) 968-2685
5
   Attorneys for Plaintiff,
6  CHARLES M. BROWN

7                  UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA
9

10 | CHARLES M. BROWN,                               | Case No.: C-07-04301 EDL
11 |     Plaintiff,                                  |
12 | vs.                                             | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: RETENTION OF SOURCE CODE IN CALIFORNIA AND/OR FOR AN ORDER INCREASING THE AMOUNT OF DEFENDANT'S BOND**
13 | WIRELESS NETWORKS, INC., a Delaware corporation, and DOES 1 THROUGH 50, |
14 |                                                 |
15 |     Defendant.                                  |
16 |                                                 | **Dept.:   Courtroom E, 15th Floor**
17 |                                                 | **Judge:   Magistrate Elizabeth D. Laporte**

18       Plaintiff Charles M. Brown ("Brown" or "Plaintiff") hereby submits his request for
19 judicial notice in support of his Ex Parte Application for Temporary Restraining Order and Order
20 to Show Cause re: Retention of Source Code in California and/or for an Order Increasing the
21 Amount of Defendant's Bond. California Code of Evidence section 452(d) allows the Court to
22 take judicial notice of records of any court of this State, any court of record of the United States,
23 or of any state of the United States. Section 452(h) allows the Court to take judicial notice of
24 facts and propositions that are not reasonably subject to dispute and are capable of immediate
25 and accurate determination by resort to sources of reasonably indisputable accuracy.
26       Plaintiff respectfully requests that this Court take judicial notice of all the pleadings and
27 other documents on file in this action, including the following facts:
28

---
1
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER
TO SHOW CAUSE RE RETENTION OF SOURCE CODE IN CALIFORNIA AND/OR FOR ORDER INCREASING DEFENDANT'S BOND
BROWN V. WIRELESS NETWORKS, INC.
CASE NO. C-07-04301 EDL

1. On August 22, 2007, Plaintiff filed an Emergency Ex parte Application for Right to Attach Order in the pending action before this Court ("Brown's Ex Parte Application"). Plaintiff filed a Declaration in Support of Brown's Ex Parte Application. (Attached hereto as **Exhibit "A"** is a true and correct copy of Charles M. Brown's Declaration in Support of Brown's Ex Parte Application.)

2. On August 22, 2007, Joao Araujo filed a Declaration in Support of Brown's Ex Parte Application. (Attached hereto as **Exhibit "B"** is a true and correct copy of Joao Araujo's Declaration in Support of Brown's Ex Parte Application.)

3. On August 29, 2007, Plaintiff filed a Declaration in Reply to Wireless Networks, Inc.'s Opposition to Brown's Ex Parte Application. (Attached hereto as **Exhibit "C"** is a true and correct copy of Charles M. Brown's Supplemental Declaration in Support of Brown's Ex Parte Application.)

4. On September 6, 2007, Plaintiff filed an Errata to Third Amended Complaint in the pending action before this Court. (Attached hereto as **Exhibit "D"** is a true and correct copy of Plaintiff's Errata to Third Amended Complaint.)

DATED: September 6, 2007

RYAN & STEINER
An Association of Attorneys

By: *[signature]*
JEFFREY F. RYAN, Attorneys for
Plaintiff CHARLES M. BROWN