# EXHIBIT B

```
 1  JEFFREY F. RYAN, ESQ. SBN 129079
    RYAN & STEINER
 2  An Association of Attorneys
    455 North Whisman Road, Suite 200
 3  Mountain View, CA 94043-5721
 4  Telephone:  (650) 691-1430
    Facsimile:  (650) 968-2685
 5
    Attorneys for Plaintiff,
 6  CHARLES M. BROWN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation, and DOES 1 THROUGH 50,<br><br>Defendants. | Case No.: C07-4302 EDL<br><br>**DECLARATION OF JOAO ARAUJO IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR A WRIT OF ATTACHMENT OR IN THE ALTERNATIVE A TEMPORARY RESTRAINING ORDER**<br><br>Date:   August ___, 2007<br>Time:   ___ __.m.<br>Dept.:  Courtroom E, 15th Floor<br>Judge:  Magistrate Elizabeth D. Laporte |

I, Joao Araujo, declare and state as follows:

1. I am a resident of the State of Florida and have personal knowledge of the facts set forth in this declaration. If called upon as a witness, I could and would competently testify to the facts contained in this declaration of my own personal knowledge.

2. I was a software engineer for Wireless Networks, Inc. ("Wireless Networks" or "the Company") until recently. The reason I quit the Company was because Mr. de Souza refused to pay my salary or anyone else's salary at Wireless Networks. So, I resigned.

3. On or about August 15, 2007 I received a telephone call from Mr. de Souza. He offered to hire me as a consultant to Wireless Networks Inc. and was making comments about the prior WNI management until I told him that I did not have the source code. He then became frustrated and told me that he was the owner of the company and he owned everything. He asked for a signed paper that I had sent to WNI regarding my statement that I had turned over the source code to WNI, at which point I felt he was simply probing for the source code. I turned down Mr. de Souza's offer because I did not believe he was genuine and that he was ever intending to pay me past debt for labor and accrued vacation periods. I also believed that once Mr. de Souza got the source code he would stiff me.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed this 21 day of August, 2007, in Boca Raton, Florida.

_____
JOAO ARAUJO

2.
DECLARATION OF CHARLES M. BROWN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION
FOR A WRIT OF ATTACHMENT OR IN THE ALTERNATIVE A TEMPORARY RESTRAINING ORDER
BROWN V. WIRELESS NETWORKS, INC.                                CASE NO. C07-4302 EDL