JEFFREY F. RYAN, ESQ. SBN 129079
RYAN & STEINER
An Association of Attorneys
455 North Whisman Road, Suite 200
Mountain View, CA 94043-5721
Telephone:    (650) 691-1430
Facsimile:    (650) 968-2685

Attorneys for Plaintiff,
CHARLES M. BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES M. BROWN,<br><br>         Plaintiff,<br><br>vs.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>         Defendants. | Case No.: C-07-04301 EDL<br><br>**DECLARATION OF TED KUBOTA**<br><br>Dept.:    Courtroom E, 15th Floor<br>Judge:   Magistrate Elizabeth D. Laporte |

I, TED KUBOTA, declare as follows:

   1.    I am over the age of 18 and a resident of California. I have personal knowledge of the facts set forth herein, and if called to testify as a witness, would testify thereto.

   2.    Since the year 2002, Mr. Ruy Rothschild de Souza, who invested in Wireless Network, Inc. ("WNI") as a majority shareholder, has never contacted me, Ted Kubota, a shareholder. I have yet to be contacted and given any information, accounting, progress report, etc. except for a notice of a meeting in Los Angeles, California in May of 2007 where Mr. de Souza put his lawyer and employee from Brazil on the Board of Directors. A 10-day notice of a meeting was given via mail at a site away from where most the shareholders live. With my busy work schedule I was unable to attend on such a short notice. I have yet to receive any report or minutes of the meeting, and this is typical of the way I have been abused by the WNI since he

got involved. Before his involvement, we always had reports from WNI and knew what was going on. I think he has been doing this as part of a plan to take my investment for his benefit.

3. I am very concerned that Mr. de Souza is trying to cannibalize Wireless Networks, Inc. by eliminating other shareholders so that he can own all of Wireless Networks for himself without paying the $1.5 million he still owes WNI as part of his investment.

4. Mr. de Souza is trying to take Wireless Network, Inc. as his sole possession in Brazil via illegal means by not contacting shareholders and not giving update of company accounting and operations and then stealing its property, the Source Code. He has failed in his fiduciary responsibilities in running Wireless Networks, Inc., which he has been effectively doing since 2002.

5. Mr. de Souza was informed of the business model to expand the company beyond Brazil. He has not even attempted to follow the business model of expansion to other countries and he has failed to attract new capital. Mr. de Souza reminds me of the controllers of "Enron."

6. There is still a value in Wireless Networks and Mr. de Souza seems to want to eliminate that value along with the minority shareholders.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed September ___, 2007, at Gilroy, California.

_____
TED KUBOTA