1  JEFFREY F. RYAN, ESQ. SBN 129079
   RYAN & STEINER
2  An Association of Attorneys
   455 North Whisman Road, Suite 200
3  Mountain View, CA 94043-5721
   Telephone:   (650) 691-1430
4  Facsimile:   (650) 968-2685

5  Attorneys for Plaintiff,
6  CHARLES M. BROWN

7           UNITED STATES DISTRICT COURT
8           NORTHERN DISTRICT OF CALIFORNIA
9           SAN FRANCISCO DIVISION

10

11 CHARLES M. BROWN,                    Case No.: C-07-04301 EDL

12         Plaintiff,                   DECLARATION OF NICHOLAS ASHBY

13    vs.                               Dept.:   Courtroom E, 15th Floor
14 WIRELESS NETWORKS, INC., a Delaware  Judge:   Magistrate Elizabeth D. Laporte
   corporation,
15
           Defendants.
16

17

18 I, NICHOLAS ASHBY, declare as follows:

19    1.    I am over the age of 18 and have personal knowledge of the facts set forth herein,
20 and if called to testify as a witness, would testify thereto.

21    2.    I am the founder of Celadon Capital, a boutique investment bank and corporate
22 finance advisory firm based in Kuala Lumpur, Malaysia. I had been having discussions with
23 Charles Brown regarding establishing a joint venture with Wireless Networks, Inc. in SE Asia
24 since year 2000.

25    3.    In September 2003, I was visiting Brazil, primarily to attend a conference in Rio.
26 As Mr. Brown's overseas business comprised primarily of a joint venture in Brazil, based in Sao
27 Paulo, I thought I would take the opportunity to meet his partners there. Mr. Brown gave me the

28

---

1
DECLARATION OF NICHOLAS ASHBY
BROWN v. WIRELESS NETWORKS, INC.                           CASE NO. C-07-04301 EDL



1  contact details of Ray Rothschild de Souza and informed me that he had briefed Mr. de Souza of
2  my proposed visit to their office.
3      4.    When I called Mr. de Souza two days ahead of my planned day trip to Sao Paulo,
4  he denied any knowledge of any conversation with Mr. Brown about my visit, and then abruptly
5  told me that he would not be available for a meeting and hung up on me.
6
7      I declare under penalty of perjury under the laws of the United States that the foregoing is
8  true and correct.
9
10     I declare under penalty of perjury under the laws of the United States that the foregoing is
11 true and correct.
12     Executed on September 5th, 2007, at Kuala Lumpur, Malaysia.

_____
NICHOLAS ASHBY