1  JEFFREY F. RYAN, ESQ. SBN 129079
   RYAN & STEINER
2  An Association of Attorneys
3  455 North Whisman Road, Suite 200
   Mountain View, CA 94043-5721
4  Telephone:     (650) 691-1430
   Facsimile:     (650) 968-2685
5
   Attorneys for Plaintiff,
6  CHARLES M. BROWN

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9              SAN FRANCISCO DIVISION

10

11  CHARLES M. BROWN,                    Case No.: C-07-04301 EDL

12              Plaintiff,               **DECLARATION OF PATRICK
                                         LANTHIER**
13      vs.

14  WIRELESS NETWORKS, INC., a Delaware  **Dept.:   Courtroom E, 15th Floor**
    corporation,                         **Judge:   Magistrate Elizabeth D. Laporte**
15
16              Defendants.

17

18  I, PATRICK LANTHIER, declare as follows:

19          1.      I am over the age of 18 and a resident of California.  I have personal knowledge

20  of the facts set forth herein, and if called to testify as a witness, would testify thereto.

21          2.      I am one of the original shareholders in Wireless Networks, Inc. (WNI) and I have

22  held my shares through the transition to Mr. Ruy Rothschild de Souza's investment in, and

23  attempted autocratic control of, WNI.

24          3.      Mr. de Souza's actions indicate that he has either no understanding of his

25  fiduciary responsibilities to the legitimate WNI shareholders of record, or that he is

26  systematically pursuing a strategy to defraud WNI shareholders.  He has not kept shareholders

27  informed of WNI's status, has not held local (San Francisco Bay Area) shareholders' meetings,

28  and has deviated from the agreed upon marketing, engineering, and financial plans (instituting

1    consolidation that masks companies' financial performance, including questionable Brazilian

2    cash transactions).

3        4.    In addition, Mr. de Souza's self-serving actions and autocratic control have stifled

4    WNI's ability to attract additional capital and meet its long-standing global business plan

5    objectives (essentially replicating the WNI developed and WNB-Brazil deployed plan). I was

6    personally involved in such WNI plans and I recall Mr. de Souza's stated support for WNI's

7    Global Replication plans. Instead of supporting WNI shareholder rights and approved plans,

8    objectives, etc., Mr. de Souza brazenly followed his own personal agenda, for his own personal

9    financial gains.

10        5.    He now seeks to strip WNI of its remaining value by transferring WNI (not

11    WNB-Brazil) intellectual property to Brazil, without adequate compensation.

12

13        I declare under penalty of perjury under the laws of the United States that the foregoing is

14    true and correct.

15        Executed September _04_, 2007, at San Mateo, California.

16

17

18    PATRICK LANTHIER

19

20

21

22

23

24

25

26

27

28

BROWN v. WIRELESS NETWORKS, INC.    DECLARATION OF PATRICK LANTHIER    CASE NO. C-07-04301 EDL