JEFFREY F. RYAN, ESQ. SBN 129079
RYAN & STEINER
An Association of Attorneys
455 North Whisman Road, Suite 200
Mountain View, CA 94043-5721
Telephone:    (650) 691-1430
Facsimile:    (650) 968-2685

Attorneys for Plaintiff,
CHARLES M. BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES M. BROWN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>　　　　　Defendants. | Case No.: C-07-04301 EDL<br><br>**DECLARATION OF MICHAEL W. HU**<br><br>Dept.:　Courtroom E, 15th Floor<br>Judge:　Magistrate Elizabeth D. Laporte |

I, MICHAEL W. HU, declare as follows:

　　1.　　I am over the age of 18 and a resident of California. I have personal knowledge of the facts set forth herein, and if called to testify as a witness, would testify thereto.

　　2.　　I am a shareholder and former Vice President of Engineering at Wireless Networks, Inc. ("WNI"). I have been an entrepreneur in the wireless industry for over twenty years and over those years have worked on innovative products and services in the field.

　　3.　　I have been a shareholder of many entrepreneurial companies in Silicon Valley, both large and small. I have never seen a situation like this one where the majority shareholder, Mr. de Souza, blatantly disregards the other shareholders. Getting any information out of him was virtually impossible. Case in point, I worked very hard lining up potential business partners and technical support personnel in the Philippines in an effort to further develop WNI's business

opportunities beyond Brazil only to get stone-walled by Mr. Ruy Rothschild de Souza. I never saw nor heard from him again after he gained effective control through the Option Agreements.

4. After Mr. de Souza became involved with WNI, I always had the feeling I was being cheated out of my labor and knowledge. When I joined WNI, I signed over to WNI two of my patents which were valued at that time at over $250,000 and when I left the Company after two and half years with it owing me money and wages the value of those patents remained unchanged. Mr. de Souza stuck Mr. Brown in the middle and disavowed any knowledge of me or my claims.

5. Mr. Souza exploits people and situations for his own personal benefit, including myself. That is why I quit WNI.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed September 4, 2007, at Menlo Park, California.

MICHAEL W. HU

2
DECLARATION OF MICHAEL W. HU
BROWN V. WIRELESS NETWORKS, INC.
CASE NO. C-07-04301 EDL