JEFFREY F. RYAN, ESQ. SBN 129079
RYAN & STEINER
An Association of Attorneys
455 North Whisman Road, Suite 200
Mountain View, CA 94043-5721
Telephone:   (650) 691-1430
Facsimile:    (650) 968-2685

Attorneys for Plaintiff,
CHARLES M. BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES M. BROWN,<br><br>            Plaintiff,<br><br>vs.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>            Defendants. | Case No.: C-07-04301 EDL<br><br>**DECLARATION OF STEPHEN OKU**<br><br>Dept.:   Courtroom E, 15th Floor<br>Judge:   Magistrate Elizabeth D. Laporte |

I, STEPHEN OKU, declare as follows:

1.      I am over the age of 18 and a resident of California. I have personal knowledge of the facts set forth herein, and if called to testify as a witness, would testify thereto.

2.      I am a shareholder of Wireless Networks, Inc. ("WNI"), and on my personal behalf and as trustee, I hold or direct shares whose cost was well over $1 million, in the name of: Stephen Oku, Oku DAS, and The Masao Oku Testamentary Trust (collectively "Oku, et al"). Oku et al have been shareholders in WNI prior to Mr. Ruy Rothschild de Souza's involvement with the Company in 2002.

3.      Mr. de Souza and his attorneys have been systematically stripping WNI of its two most valuable resources, its people and its technology. In addition, Mr. De Souza has systematically thwarted any attempts by Charles Brown to bring in new capital to WNI or

expand its operations beyond Brazil. He refuses to acknowledge debts due to WNI from WNB. WNI's business model and plan was to bring new capital to WNI and expand its operations beyond Brazil. De Souza has failed WNI and its shareholders in this regard. When I questioned Mr. Charles Brown as to operations and financial information regarding WNI and WNB, I was told that De Souza was not providing any information to Mr. Brown.

4. De Souza has consistently failed to inform WNI's shareholders of Company status and operations. The value remaining in WNI is currently being transferred to Brazil by Mr. de Souza, without compensation to WNI's other minority shareholders. Mr. de Souza is attempting to defraud me of my investment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed September 4, 2007, at Half Moon Bay, California.

_____
STEPHEN OKU, individually and for Oku Das, The Masao Oku Testamentary Trust

PO Box 32,
Mt. View, CA
94042