JEFFREY F. RYAN, ESQ. SBN 129079
RYAN & STEINER
An Association of Attorneys
455 North Whisman Road, Suite 200
Mountain View, CA 94043-5721
Telephone:    (650) 691-1430
Facsimile:    (650) 968-2685

Attorneys for Plaintiff,
CHARLES M. BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES M. BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>    Defendants. | Case No.: C-07-04301 EDL<br><br>**DECLARATION OF PLAINTIFF CHARLES M. BROWN**<br><br>Dept.:    Courtroom E, 15th Floor<br>Judge:   Magistrate Elizabeth D. Laporte |

I, CHARLES M. BROWN, declare as follows:

    1.    I am the plaintiff in the above-captioned matter, over the age of 18 and a resident of California. I have personal knowledge of the facts set forth herein, and if called to testify as a witness, would testify thereto.

    2.    In the deposition, James Hagan ("Mr. Hagan"), former counsel for Wireless Networks, Inc. ("WNI"), asked me if the Source Code had any value to WNI. As a practical matter, which I thought was the gist of his series of questions, it does not. This is the case in a practical sense because Source Code is like a book. The authors of the book know the nuances of the plot and the various literary artifices used to create an effect, in this case, a complex suite of software applications that Span several different technical areas designed to enable wireless transactions over a secure network. Given the nature of this effort, the book had to be composed

from beginning to end. For example, when you use a word processing program on your computer, you are using one specific application written to perform a specific set of functions that relate solely to creating and communicating documents. But you need to use another program to send those documents to someone, and then you need a network to transport the documents and to deliver it to the recipient in a form their electronic systems can read and understand, and so on. In this case, we have several volumes of work comprising a work of art. This technical work of art includes the document, the way it is transported, to whom it is transported, how it is transported, how it is received by the recipient, security and reporting, all using an array of technologies which are tightly integrated, like a series of volumes which tell a story. One volume is sort of meaningless without the others to complete and actualize the story.

3. This metaphor applies to the WNI Source Code. The Source Code was created over a period of eight years by four primary software engineers with high levels of expertise and talent. It includes several different disciplines within the software engineering field, (*i.e*, wireless, operating systems, databases, application development, networking, security, Internet protocols, display and reporting, etc.). There are many sub-plots and stories within the overall book. They are meaningful as a whole, but not separately. In the case of the WNI Source Code, it is valuable only if the people who created the disparate parts are working together to maintain, improve and expand its capabilities to changing market conditions. Source Code is never built and that's the end of it. It lives like a fish that takes oxygen from the water by constantly moving through the water and nourishing itself. If it stops moving it dies. The Source Code is the same in that the authors who created it are essential to its maintenance and development. All complex software shares this phenomenon. The story is meant to go on and be further embellished, updated for the times. If it stops, it dies.

4. Without the people who conceptually created the code, and those who actually wrote it and implemented it, its value is extremely limited. While someone could come along and pick up the code, which consists of thousands of lines of human-generated software code written in different programming languages, it is extremely difficult and cumbersome without

some understanding of the environment in which it was created, its intended purpose, and the basis upon which it was designed to be developed further in the future.

5. At the time of my deposition in the Hagan case, all four of the key development engineers, some of whom had been working at the Company since its inception, had left for nonpayment of compensation, whether wages or otherwise. Although I know a lot about technology, I do not write computer code at this level. My job was to understand and interpret the needs of the market and get that knowledge into products that would result in new and innovative services, which would in turn create revenues for the Company. We were successful in this regard, and were very capable of expanding this model further to other markets worldwide. This was the core business model from inception.

6. The hardest part in this process is the first phase: proving that you can make disparate technologies work together (especially with wireless in the mix), gain a valuable customer, prove the service and its benefits to a broader customer base, that it actually works and solves a real problem, and is economically viable for all concerned. This is a complex process that requires a great deal of understanding of the various roles and capabilities of each individual with respect to integrating disparate skill sets and technologies. After all, this was a wireless network service for banks. It included a host of several technologies in depth. In fact, that was one of the reasons it had so much value in the first place. It was simply very hard to do!

7. Without me and at least two of the four original development engineers the Source Code has limited value to WNI. And what is WNI without the Source Code, the engineers and I? It seems somewhat of rhetorical question, within the context of the deposition, to ask if the Source Code has any value without the people who created it. Perhaps I should have asked Mr. Hagan to be more specific but then I might have gotten into an explanation like this where I am sure he would have cut me off.

8. The Source Code has value to WNI, and perhaps even to a wider market, as long as WNI has the people who understand and created it, and are able to extend it into the marketplace. Without those people at WNI, it has no value to WNI. In fact, as it stands now, Ruy Rothschild de Souza ("Mr. de Souza") has eliminated all vestiges of the value-creation

chain at WNI relating to its intellectual property. It is important to note that Mr. de Souza and his minions at WNB have created no intellectual property on their own and are probably incapable of doing so. Therefore, a third party looking to acquire WNI's Source Code probably wouldn't be interested unless the people who created it came along with it. This is quite common in the technology industry relating to software.

9. It is possible that Mr. de Souza can find people in Brazil that can figure out all of the subtexts and subplots of these volumes and how they work together, but this is in no way assured, or even probable, given Mr. de Souza's lack of competence and the unqualified people he tends to hire. As I have stated before, WNB has been unable to retain competent engineers. If Mr. de Souza had the Source Code tomorrow it wouldn't affect the operations of WNB one iota. But, it does have value to WNB since it is the technological basis upon which it is providing its services to customers in Brazil. Does it have immediate value to WNB? No, not without the creators.

10. Does the Source Code have value to worldwide markets in the right hands? Yes, but under the circumstances in which the question was asked of me, it is an unrealistic assumption I would not make. For example, if an investor asked me if WNI's Source Code had value in these circumstances I would answer in the negative. However, assuming Mr. de Souza can find competent people who can study the book and piece it together over a period of time, it still needs to be deployed in a real-world financial networking situation with people who understood the technology's capabilities and the business environment in which it was designed. That has already been done in Brazil by the engineers and me. But going to a new market? I doubt anyone Mr. de Souza would bring into the company would have that capability. Under that scenario, the volumes are a Safeway checkout counter book worth about $1.99.

11. Attached hereto as **Exhibits "A"** through **"F"** are true and correct copies of WNI business summaries, business plans and overviews that were prepared prior to 2001 that show WNI's business model and growth plans.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed September 6, 2007, at Woodside, California.

*/s/ Charles M. Brown*
CHARLES M. BROWN