# EXHIBIT A

# Business Overview



**Wireless Networks, Inc.**

2322 El Camino Real
San Mateo, CA  94403
www.wireless-networks.com
Tel: 650-574-4472
Fax: 650-574-4476
December 14, 2000

*Confidential - Wireless Networks, Inc.*

# Company Mission

- Develop "first mile" enabling technologies to deploy and operate wireless Virtual Private Network (VPN) services for financial institutions and corporations worldwide

- Utilize TCP/IP protocol suite, "smart packet radio" technology, and open systems software

- Partner with "wide area" backbone providers and utilize "best of breed" technologies

*Confidential  Wireless Networks, Inc.*

# Market Opportunity

- In emerging markets, financial and other transaction services are limited by:
  - Lack of reliability
  - Lack of availability
  - Lack of security
  - Lack of network management and visibility
  - Lack of capacity for service and transaction growth
  - Lack of end-to-end network service providers (VPN)
  - High cost of services and of maintaining in-house capabilities
  - Trend toward IP-based networks and abandonment of legacy protocols and network service infrastructures
  - Transition strategies require enabling technologies which solve existing problems while simultaneously providing seamless evolutionary paths to new financial transaction platforms

*Confidential  Wireless Networks, Inc.*

# Target Markets

- Region I – Latin America
  - Brasil
  - Expand regionally through established industry contacts and strategic partners
- Region II – Southeast Asia
  - Republic of Philippines/Malaysia/Singapore
  - Expand from regional base
- Region III – Eastern Europe
  - Establish regional base and expand

*Confidential  Wireless Networks, Inc.*

# VPN Value Matrix

## Wireless Networks, Inc. VPN SERVICES

--- CUSTOMER PROFILES ---

MERCHANT ACQUIRERS (Visa, Mastercard, Amex), BANKS, TRANSACTION PROCESSORS, CREDIT AUTHORIZERS, CORP. PRIVATE NETWORKS

| | CREDIT CARD | DEBIT CARD | ATM | OTHER B2B VERTICALS | CHECK AUTHORIZE, GUARANTEE OR VERIFICATION | HEALTH CARD | LOYALTY CARD | PRE-PAY CARD | CORP VPN |
|---|---|---|---|---|---|---|---|---|---|
| INTEGRATION WITH LEGACY SYSTEMS | | | | | | | | | |

WNI MIDDLEWARE (Network Mgmt. System, Database System, Transaction Servers)

| WNI WIRELESS NETWORK INFRASTRUCTURE | OTHER NETWORK INFRASTRUCTURES (Satellite, Wireline, Cellular, Fiber, etc.) |
|---|---|

▭ = WNI SECURE NETWORK

*Confidential* Wireless Networks, Inc.





# E-Com Wireless Cell Architecture

- Mesh Network Topology (Internet model of many-to-many)

- Each Falcon can communicate with any another Falcon (peer-to-peer)

- Each Falcon can be a wireless node or a network access point (NAP) in the network. Equipment is the same.

- A Cell can be implemented without the need for base stations or repeaters, and installation is a "de-skilled" function.

- The entire network can be implemented with low power, packet radios.

- The Cell scales up to service requirements

*Confidential   Wireless Networks, Inc.*