



# Network Management

- Standard Tools like HP OpenView can be used to manage WNI networks
- Easy-to-Use HTML front-end for web based management
- Network visibility for customer's system administrators
- Trouble shooting and maintenance traps for service contractors and personnel
- Global web-based monitoring
- Customer monitors all activity
  - Individual store transaction and volume
  - Transaction times – peak sales loads
  - Network performance
  - Detailed settlement information
- Data storage with encryption
- Secure password protected

*Confidential Wireless Networks, Inc.*

# Initial Customers – Brazil

**Phase I**

- Visanet do Brasil – São Paulo, Brasil
  - Created technology and service in real-time
  - Created business model and new service paradigm
  - Contract Negotiations completed in Oct 00
- Redecard (Mastercard) – Pilot Deployment now
  - Contract completed by Q1 2001
- AMEX – Pilot Deployment Jan 01
  - Contract completed by Q1 2001
- Tec Ban – Pilot Deployment Jan 01
  - Contract completed by Q1 2001

**Phase II**

- Unissa/Equifax (processor), TESS (cellular), Fininvest (private network for credit authorization and data transfer), merchant loyalty cards, multi-branch retail data network services
- Bank applications (ATM, check authorizations, loyalty cards, kiosks)

*Confidential* Wireless Networks, Inc.

# Business Process

1. Design, test, mfg. and deploy enabling technologies
2. Target customers and vertical market applications; competitive landscape
3. Develop market entry strategy for initial network deployment; credit and debit card
4. Regulatory due diligence; acquire spectrum authority and required licenses
5. Deploy network service "pilot demo" with initial customer
6. Negotiate service contracts
7. Network roll-out and deployment
8. Develop Metropolitan and Wide Area network bandwidth/service partners
9. Develop target market financing strategy
10. Implement Wide Area VPN service to secondary and tertiary markets.
11. Phase II marketing and network operations.
12. Expand regionally from the regional base to neighboring countries; leverage regional base network, personnel and business operations infrastructure to new markets.
13. Implement new products and services from WNI Product Development
14. Connect regional VPN's to implement worldwide service

*Confidential* Wireless Networks, Inc.

# Revenue Model

- One-time installation Fee
- Monthly Merchant Fees (pass-through billing from WNI's customer)
- Message Unit Transport Fee (billed directly to customer)
- Linear revenue model – increased revenue based on the number of systems installed on the network
- NOC is a likely source of additional revenue and separate revenue center (data mining)
- Incremental Revenue generated from vertical applications over existing investment in network infrastructure
- Additional investment in network infrastructure as revenue and customer models demand
- Network and Services scale with new smart radio products

*Confidential* Wireless Networks, Inc.



# Incremental Revenue Generation



Cumulative Revenue Per Unit and Data Ports

Confidential — Wireless Networks, Inc.