

Two Customers Only

Cumulative Revenue and Expenses Per Unit - Visanet and Redecard Only

Legend: Revenue–Visanet & Redecard; Network Cost; Equip. & Financing Cost; Gross Profit Margin

*Confidential* Wireless Networks, Inc.

# Core Competencies

- Management and Product Development teams based in California with the following skill-sets:
  - Pioneers in development of packet radio networks and protocols, and "smart radio" product development
  - Networking protocols, multi-tier server design, web-based applications, financial transaction protocols, network integration and network operations (wireless, wireline, satellite, fiber, etc.)
  - Software development: networking, web, packet radio protocols, hardware/software integration, network management, applications
- Staff in California and Brazil – 26 people
- Four patents issued. Seminal packet radio link-layer protocols (2) and wireless financial transaction processing (2)
- International business development, regulatory and network implementation expertise and experience
- Development and implementation of enabling technologies in the wireless and networking segments, and new business models

*Confidential* Wireless Networks, Inc.



# Next Generation Product Development

- Higher Data Speed (512Kbs-1.544Mbps) Smart Packet Radios for high speed wireless inter-cell connection (MAN) and for vertical market applications requiring higher data speeds

- Modular RF Transceivers for different frequency bands for regulatory flexibility in accessing markets

- Ongoing development of the WNI "smart packet radio protocol suite" (two existing patents) for long-term competitive positioning of Intellectual property portfolio

- Overlay new products and enabling technologies over existing network infrastructure to improve revenue, applications, and service scaling

*Confidential  Wireless Networks, Inc.*

## Use of Proceeds

- Roll-out Falcon
- Hire key personnel
- Business Plan Implementation
- Product and Network Development

*Confidential – Wireless Networks, Inc.*

# Exit Strategies

- Initial Public Offering
- Merger/Acquisition

*Confidential* Wireless Networks, Inc.

## Summary

- Fast, Reliable and Cost-Effective Processing of financial transactions
- Large, under-served worldwide market
- Low cost network infrastructure; long-term sustainable competitive position while increasing value of intellectual property portfolio
- Near-term incremental revenue streams generated from technology and network infrastructure investments to existing customer base
- Eliminates Reliance on Legacy Networks
- Equal network access to all potential customers

*Confidential* Wireless Networks, Inc.