# EXHIBIT B



**Wireless Networks, Inc.**
E-Business Network Solutions

2322 El Camino Real
San Mateo, CA  94403
Tel:     (650) 574-4472
Fax:    (650) 574-4476

## Executive Summary

**DESCRIPTION OF THE BUSINESS**

Wireless Networks, Inc. (WNI) is a Silicon Valley based corporation founded in 1997 to design, develop, deploy and manage the world's most innovative wireless Virtual Private Network (VPN) data solutions for large business customers in high demand/high growth global business centers. WNI patented technology revolutionizes wireless data networking via its unique combination of Smart Packet Radios (SPRs) and Internet Protocols (IP), providing robust multi-point to multi-point mesh networks and Web-based network management.

The Company provides reliable, secure and rapidly deployed service to world-class financial customers in Brazil. Additional requests for WNI service exist from various other customers and countries. WNI will expand its service business throughout The Americas and its technology licensing business in other parts of the world. WNI is a global opportunity.

WNI's current core technology enables immediate and multiple revenue streams from a single device called "Falcon", thereby creating high incremental revenue at extremely low cost. Cash flow is immediate and depending on resources availability, growth can be exponential.

Developed by WNI founder and packet radio pioneer, Charles Brown, WNI has successfully created, implemented, and commercially deployed a fixed wireless, mesh network, called *Wirelessnet*™ that combines the scalability of Ethernet with the low installation cost and geographic versatility of wireless. By combining standard Internet Protocols (IP) and Web-based network management techniques with patented SPR protocols and wireless networking technologies, WNI offers numerous advantages to its customers. These include:

- Quick and low cost deployment coupled with seamless network scalability resulting in profitable network expansion;
- Lower network maintenance costs and a cleaner upgrade path due to the use of internationally accepted networking standards based on IP;

- Network visibility and management tools that allow for real-time trouble-shooting and minimized network down times;
- A self-healing, self-optimizing Media Access Control (MAC) layer that provides dynamic functionality in the event that normal data paths are compromised; and
- End-to-end, secure, Virtual Private Network (VPN) services

WNI's initial commercial application for *Wirelessnet*™ is a secure transaction network service aimed at banks, finance companies, large retailers, oil and gas companies, insurers, and other large volume transaction processors. Charging a fee for each data packet transported over the network, WNI transports data from the point of sale device, or any other standard end-user input device, to the host processor/authorizer and back to the point of sale. Additional revenue streams are generated via the WNI licensing program.

Through a series of phased service upgrades, WNI expects to add revenues without substantially increasing the costs of operating or expanding the network.

WNI estimates global revenues will exceed $200,000,000 within 5 years.

**OPPORTUNITY AND STRATEGY**

WNI's target markets are characterized by three factors: 1) high demand (pent-up demand) and high growth potential, 2) inadequate local data networking infrastructures, and 3) concentrated populations of active customers. By concentrating on markets where these three factors are present, WNI expects to expand rapidly and profitably.

WNI's strategy will be to target the dominant financial and retail institutions in each local market. This strategy was employed in Brazil, where WNI has entered into agreements with dominant credit card companies. By establishing a highly visible and leading presence early on, Company management believes that it will be in a position to protect its early lead as potential competitors enter the market due to its: 1) innovation in having created the market for wireless VPN services for financial institutions, 2) superior technology and service, 3) integration with customer's networks where they will have a vested interest in maintaining the relationship with WNI.

**TARGET MARKETS AND PROJECTIONS**

Given the three critical factors to success outlined above, WNI is targeting financial institutions in high demand/high growth global business centers. The target market base is comprised of well-known institutions located primarily in the Americas which currently experience high volumes of transaction processing such as banks, credit card companies, large retail groups, large shopping center ownership groups (Real Estate Investment Trusts), medical insurance providers, etc. The company has completed the formation of WNI in San Mateo, CA, both to serve as the corporate headquarters to service North America, and Wireless Networks do Brasil, Ltda., located in Sao Paulo, to service Brazil.

WNI Middleware Software consists of a Modular Transaction Server, Database, and Network Management System that are designed to be capable of supporting many vertical markets. The first target is financial credit card transactions, but the system can be easily extended to handle ATM transactions, check authorization, loyalty cards and even non-financial transactions like medical authorizations, credit authorizations, telemetry, etc. WNI Middleware provides the technology platform that enables VPN services.

| Wireless Networks, Inc. VPN SERVICES |
|---|

---CUSTOMER PROFILES----
MERCHANT ACQUIRERS (Visa, Mastercard, Amex), BANKS, TRANSACTION PROCESSORS, CREDIT AUTHORIZERS, CORP. PRIVATE NETWORKS

| INTEGRATION WITH LEGACY SYSTEMS | CREDIT CARD | DEBIT CARD | ATM | OTHER B2B VERTICA | CHECK AUTHORIZE, GUARANTEE OR VERIFICATION | HEALTH CARD | LOYALTY CARD | PREPAY CARD | I.D. CARD | CORP VPN |

WNI MIDDLEWARE (Network Mgmt. System, Database System, Transaction Servers)

| WNI WIRELESS NETWORK INFRASTRUCTURE | OTHER NETWORK INFRASTRUCTURES (Satellite, Wireline, Cellular, Fiber, etc.) |
|---|---|

The modular design is a catalyst for adding new customers quickly and shares modules among VPN customers, reducing the time required to transparently bring a new customer online. Network operation is not interrupted.

## COMPETITIVE ADVANTAGES

WNI enjoys a twelve to eighteen-month lead in terms of the technology and service offered. Clients are provided with an unmatched level of availability, reliability and security, and a speedily deployed cost-effective alternative to traditional wireline and wireless technologies. For example, WNI's network hub costs $4,000 and replaces wireline network aggregation equipment costing $40,000. Additionally, the Company has created "middleware" software that interfaces with legacy devices, processing systems and network protocols, thus making it easy for customers to: 1) leverage sunk capital investments, 2) facilitate service expansion and, 3) access new sources of transaction revenue. WNI is positioned to defend its market leadership position by virtue of international patent and copyright protection, and will continue to invest in technology research and development programs. Current planning

includes five technology projects: Falcon (complete), Raven (started), Eagle, Condor and continuing middleware development (Starfish).

WNI's wireless SPR networks are capable of adapting to different frequency bands, multiple terminal devices, multiple applications, and various wireless access standards. The Company has achieved a 100% customer success rate in, wireless field deployments *(Wirelessnet ™)* and has successfully deployed a commercial implementation of its wireless VPN solution in Brazil, where several better capitalized and more well-known companies have failed to advance beyond the proof-of-concept stage. WNI's Brazilian customers are delighted with the service and served as invaluable development partners. All developed technology is owned by the Company.

# WNI Global VPN Network Topology



## ECONOMICS

The majority of costs related to WNI's ability to generate an ongoing network revenue stream are fixed. Consequently, incremental revenue generated by adding an additional connection to an existing network infrastructure reach the bottom line substantially intact. As the network grows, the Cost of Network Service (CONS) shrinks as a percentage of revenues, resulting in an expansion of profit margins and growing cash flows.

**Key Financial Indicators:**
- **Break Even (EBITDA)** – 14 Months
- **Positive Net Income** – 16 Months
- **Gross Margin** – 70%
- **Current Round Investment Required**: $10 million
- **Amount Invested to Date**: $4.5 million + $700,000 in convertible notes (All Common Stock at FMV)
- **Revenue Growth:**
    YR1 – 2,100%
    YR2 –    530%
    YR3 –    400%
    YR4 –    170%

## MANAGEMENT AND OWNERSHIP

WNI's field-tested management team provides the Company with solid management experience in the development and implementation of wireless networking, financial industry technology, and marketing and administrative expertise in both national and international venues.

Chairman, CEO - **Charles Brown** pioneered the first wireless router/ packet radio/IP integration. He has over 25 years of business development and financial structuring experience.

VP, Marketing and Regulatory - **Patrick Lanthier** was on the first U.S. cellular, PCS and Broadband teams and has over 25 years of international network and policy experience.

VP, Engineering - **Michael Hu** is a Stanford Ph.D. with over 25 years experience in technology development, with specific experience in wireless point of sale applications and technology development.

VP, Network Engineering - **Robert Arasmith** has more than 20 years of software development and startup experience, including leading major intranet project teams from inception through implementation.

President of WNI Brasil - **Carlos Golin** has more than 25 years of technology and Brazilian Market experience.

Acting CFO - **Alex Pop-Lazic** has 15 years of investment banking experience.

The management team and advisory boards collaborate with an extensive network of scientists, technologists and business leaders in the Silicon Valley and elsewhere, allowing Company management access to the most current technology and information within its target markets.