# EXHIBIT C

## EXECUTIVE SUMMARY

Wireless Networks, Inc. (WNI) is a Silicon Valley based corporation founded in 1997 to install and operate network infrastructures based on the Internet protocols (IP) and wireless technologies for financial institutions involved in electronic commerce.

WNI's strategic intent is to install and operate local-loop, wireless, network infrastructures in emerging markets on a first to market and low-cost basis. These markets confront a bottleneck in the local-loop or "last mile" of communication networks. Telephone lines for processing commercial transactions are in short supply, and these markets do not have the resources to resolve the bottleneck through additional wireline infrastructure investment. Wireless infrastructure provides the only viable solution to eliminating the bottleneck.

WNI has at its core a bundle of skills, technologies and relationships to build and operate local-loop or metropolitan wireless infrastructures in emerging markets. These competencies are competitively unique in the markets that the Company has targeted. The network infrastructure – a wireless platform based on IP – provides the client a one-stop connection through a packet radio to a host processor. Most credit card authorizers are moving to IP-capable host processors. Using IP the wireless platform provides a compatible interface to existing systems and facilitates future service expansion and access to new sources of revenue such as check certification and bank debit card authorization.

Several factors, which are described below and which have hindered other vendors from entering the market, create an excellent opportunity for the company that can get the technology right. These are:

- Incumbent telephone company is pressured to meet universal service obligations
- Government regulators are actively encouraging competition
- Market penetration is achieved by supplying basic service at a low cost
- Combination of skills required to meet market demand

- Dearth of infrastructure to support a wireline network
- Current technology is unable to meet current demand and future growth
- Financial entities want TCP/IP - no proprietary technology

For several years, the principals of the Company have cultivated a relationship with Banco Bradesco, the second largest bank in Brazil operating the largest private network in the country. In December 1998, Banco Bradesco invited the Company to come to Brazil and meet with Visanet, the largest credit card processor in Brazil and in which Banco Bradesco has a 40 percent interest. These conversations led to the execution of an alliance which provides for WNI to initiate development of a new wireless platform connecting Point of Sale (POS) terminals located at merchant sites to Visanet's central processing facility.

This installation will provide a local-loop, wireless network "cloud"[1] built on a combination of packet radio technology and IP. This installation provides proof of concept, implementation at a low cost, and establishes WNI as the premier provider of wireless infrastructure technology at the local-loop in emerging markets. From this foundation WNI will be able to replicate and expand the application in other markets.

The alliance provides for the initial development of *E-Com.Wirelessnet*™ - a combination of devices and software that manages the connection between POS terminals and the wireless network platform. The steps in execution of the alliance are: 1) Assemble *E-Com.Wirelessnet*™ devices and programming; 2) Demonstrate the operating system to Visanet representatives in the US; and 3) Accomplish "Primary" deployment of the wireless network in Sao Paulo, Brazil.

An interim version of *E-Com.Wirelessnet*™ has been completed and was successfully demonstrated to representatives of Visanet Brazil in California in March of 1999. The final version will reflect adjustments resulting from experience gained in the Primary deployment and the manufacture of packet radios according to WNI specifications. The Primary deployment will commence July 7 at a shopping center with 35 merchants in Brazil. This deployment will provide verification that WNI's system can process credit card transactions in real time, over a multi-protocol network and interface with the Visanet host software. Upon successful completion of the Primary deployment, WNI will enter into a contractual relationship with credit card providers for the deployment of the wireless network service to merchants who use Visanet, MasterCard and American Express authorization services. As an indication of Visanet's confidence in WNI's technology, it has placed a request on the table that the Primary deployment be expanded to three shopping centers.

Currently there are over 400 shopping centers throughout Brazil. Nationwide, sales in shopping centers rose from $12 billion in 1996 to $13 billion in 1997. Processing 12-14 million transactions per month, Visanet Brazil is the seventh largest Visa transaction market in the

---

[1] A wireless network "cloud" is a virtual network setup to cover a geographical area, e.g., a metropolitan area, and functions as a platform to receive a signal from the merchant's packet radio and return the response from the credit card authorizer.

world. With projected growth of 100 percent annually, Visanet management anticipates that Brazil will become the fifth largest market in transaction volume within two years. This growth will be partially driven by new applications such as check authorization and bank debit cards, facilitated by the WNI wireless network platform and service.

An analysis of the Visanet operation provides a glimpse into the exceptional opportunity offered by this market. Visanet presently has 300,000 merchant clients of which only 110,000 obtain credit card authorization through POS terminals. The remaining 200,000 + merchants obtain authorization manually using voice over telephone lines, draining personnel resources at the merchant and credit card authorizer locations. In Brazil telephone lines are a scarce commodity – only 14 percent of the population have telephones; therefore, wirelines will not solve the bottleneck.

Credit card authorizers, merchants and banks have an overwhelming incentive to convert to WNI's technology platform and network service. The addition of bank debit cards and check authorizations is an important incentive because the current law in Brazil leaves the merchant with the financial loss from accepting a bad check. These transactions provide a significant revenue source and cost savings to merchants, WNI, Brazilian banks, and credit card authorizers.

Benefits For Merchants:
- Use of the WNI platform is transparent and requires no training. Merchants continue to use the same familiar POS devices.
- Increase customer satisfaction due to less waiting time for transactions to clear and multiple payment methods from customers; credit cards, bank debit cards, bank authorized checks.
- Free their telephone lines for business use
- Eliminate cost for telephone calls to credit card authorizers
- Reduce labor cost
- Provide the capability to obtain check authorizations from banks and eliminate losses from bad checks
- Provide the capability to process bank debit cards

Benefits For Credit Card Authorizers:
- Reduce labor cost
- Increase transaction flow
- Increase merchant satisfaction
- Eliminate lost transactions due to wireline unreliability
- Immediate cost savings and increased reliability due to elimination of local-loop wireline
- Increase sources of revenue through bank debit cards, branded loyalty cards, check authorizations, other electronic commerce services.

Benefits For Banks:
- Increase transaction flow
- Increase sources of revenue from check guarantees and bank debit cards

Benefits for WNI:
- Increased sources of revenue
- Brand name development
- Stage next step of network development with credit card authorizers and banks

Based on these incentives, WNI projects a conservative ramp-up based on the following assumptions:

1. Modules – the installation process will consist of three modules, each containing 40 shopping centers. First module will start acquiring merchants in August 1999 and be completed at the end of 2001. Second module will start in the second quarter of 2000 and be completed at the end of 2001. Third module will start in the third quarter of 2000 and have 29 shopping centers by the end of 2001.

   By the end of the year 2001, WNI projects that it will have 109 shopping centers and approximately 36,000 terminals in operation representing 12 percent of Visanet's current installed base of 300,000 merchant clients.

2. Credit Card Authorizations - Visanet estimates that the average shopping center contains 400 merchants with multiple terminals from POS vendors required in order to process transactions from the various credit card issuers. Each merchant processes approximately 500 credit card transactions per month.

3. Check Certifications - Industry estimates suggests that check certifications are performed at a ratio to credit card authorizations of 5:1. To be conservative in its revenue projections, WNI revenue projections assumes a ratio of 3:1 for check certifications. From this assumption, WNI extrapolates that each merchant capable of processing check certifications will process 1500 per month.

   WNI will start converting merchant terminals to process check certifications in the second quarter of 2000. Revenue projections assume a conversion rate of 3 percent per month of the WNI installed base of terminals. By the end of the year 2001, WNI projects that 63 percent of its terminals will be processing check certifications.[2]

The revenue projections and supporting assumptions do not include the conversion of the MasterCard system to the WNI wireless network. MasterCard has initiated discussions with WNI for the use of its technology platform and service to provide the medium for the processing of its transaction requirements at the merchant location.

The revenue projections are based solely on providing wireless network infrastructure in Brazil to process e-commerce for Brazilian financial institutions.

---

[2] Converting a POS terminal to process check certifications – WNI will attach a scanner mechanism about the size of cigarette package to the terminal to provide this capability.

There are substantial barriers to entry in this market, and several vendors have attempted to deploy wireless technology and failed. The principal reasons for failure have been incorrect specification of the technology; lack of network management solutions and reliability; lack of understanding of packet radio technology which is the critical technology to successful operation of the network service; and inability to deliver the service with a competitive cost structure.

Furthermore, in the late 1980s the credit card processing business began to move away from technical standards to proprietary technology. This change has proven to be a costly process for the industry because it tied its future to the fate of the vendor who provides the technology. The trend is in rapid reversal now because industry executives have concluded that the industry model needs to coincide with IP, the de facto platform for electronic commerce. Both Visa International and Visanet Brazil have moved to IP capable host processors.

WNI is entering a market where competitors have failed to scale the barriers to entry. Its response to this failed competition is to ask the relevant questions, develop and apply the technology and be first to market, providing a low-cost workable infrastructure built on IP and a system design which facilitates scalability and a wide range of future alternatives. For example, the critical role of packet radio technology to the success of the service has been mentioned. POS vendors have tended to manufacturer their devices with proprietary technology that lacks transparency to IP networks and authorizers' host processors. In anticipation of the installation in Brazil, WNI has spent six months getting POS vendors to modify their proprietary technology to work with WNI's standard, radio interface protocol, which is RS-232 - the same standard RS-232 for serial ports in practically every personal computer in the world. POS vendors have not collaborated before to WNI's knowledge, and, in fact, the proprietary nature of their devices has caused some competitors to fail and others to withdraw from the competition.

The reasons for this cooperation are a combination of factors including: 1) WNI's association with Visanet and Visanet's commitment to WNI; 2) the compelling technology and service model WNI is deploying; 3) knowledge of its political alliances and influence in the market via Banco Bradesco and others; and 4) recognition by the POS vendors that they must change their business model to survive in an IP-centric world. To assuage their fears WNI has positioned itself as a willing participant in an association with the POS vendors working towards improving their position in the industry. This collaboration removes a significant barrier to entry and its impact is far reaching. For example, WNI's modified box plus technology replaces a piece of equipment the POS vendors sell for $39,000. The cost of WNI's box is $2,500, which secures WNI's position as the low-cost provider.

WNI has attained ownership of this technology through the participation of its principals at crucial stages in developing the hardware and software on which the technology is based. The company has assembled the expertise in Brazil to manage its implementation, and it has cultivated commercial relationships that give the Company clout in dealing with vendors. It has demonstrated the operation of the technology at its test facility with transmission and remote network capabilities at Mt. Allison in Fremont, California and at SRI International. The next step is the Primary deployment in Brazil.

Charles Brown, the Chief Executive Officer, developed the first commercial wireless router platform integrating radio technology and the TCP/IP protocol suite. This resulted in an innovative wireless link-layer and increased network scalability in 1994. US Patent No. 5706,274 was issued for this work. His hands-on creation of a start-up wireless network in Buenos Aires, Argentina from strategic conception allowed break-even in 12 months. Dr. Earl Craighill, the Chief Technical Officer, spent 30 years at SRI International and is a recognized expert in system design of packet radio networks carrying multimedia traffic.

One of WNI's most valuable strategic assets is the synergy that exists between its management team and the Technology Advisory Board. Collectively these teams provide the Company with hands-on experience in working with the development and implementation of the Internet, networking, wireless, software, POS terminal and financial management expertise in national and international venue's. WNI's location facilitates contact with an extensive collaborators' network of scientists, technologists and business leaders in the Silicon Valley and elsewhere. Indeed, it is WNI's ability to draw on these resources that has enabled it to successfully address the many and disparate elements of this technology and its application to the Brazilian market.

WNI's objectives with this business are five fold:

1. Build a reliable product and service model in Brazil that generates a compelling return on investment.

2. Establish a brand name. Brazil is a major worldwide market, and the financial transaction business is a small community.

3. Create a base to expand the wireless infrastructure business. Brazil is one of the best wireless markets in the world where great opportunities exist which complement WNI's core competencies.

4. Complete deployment of the product and service to provide existence-proof in Brazil and credibility in financial markets for raising additional capital at good prices and create shareholder value.

5. Replicate and expand the product in Brazil and other emerging markets in South America, Asia, Europe and the Caribbean.

The assumptions on which the revenue projections are based deal only with providing wireless network infrastructure in Brazil to process e-commerce for Brazilian financial institutions. However, from the convergence of *E-Com.Wirelessnet*[TM] and Brazil, a natural growth path from near-term profitability to long-term growth emerges. The resources generated from the Brazilian operations will fund the replication of the product in other emerging markets and the expansion of the product line to include Broadband Wireless.

## WNI Company Summary

Wireless Networks, Inc. (WNI) is a Silicon Valley based company founded in 1997 to develop and operate local wireless network infrastructure in emerging markets where the switched, wired network is inadequate. Its founder and major shareholder, Charles Brown, formed the Company in 1997 with an initial investment of $200,000 cash and $500,000 inventory and parts. Private investors hold a minority interest through their initial investment of $300,000 in March of 1999.

To lay the groundwork for its endeavors WNI has cultivated relationships with strategically placed firms in the emerging markets, and has assembled individuals with technological and managerial competence here in the U.S. and in these markets. The Company is singularly focused on leveraging these relationships and talent pool to provide network services across lines of business and geographic vectors.

WNI's groundwork in Brazil is coming to fruition. Visanet, Brazil has ask the Company to provide wireless network infrastructure services to process e-commerce between merchants and Visanet. The Company is organizing Wireless Networks do Brasil Ltda., located in Sao Paulo, Brazil to accomplish this assignment.

This opportunity provides the first step in implementing the Company's strategy to build a reliable product and service model in Brazil, replicate the model in other emerging markets and leverage this performance to provide complementary product lines and services in all its markets. A crucial element of the Brazilian project is that it provides a natural growth path from near term profitability to long-term growth

## WNI Strategic Intent

The WNI's strategic intent is to develop and operate profitable regional networks on a first-to-market and low-cost provider basis. The networks will be based primarily on wireless systems and access devices, while maintaining consistency with the Internet paradigm of low-cost, ubiquitous communications.

WNI has at its core a bundle of skills, technologies and relationships to support this strategic intent. The Company employs a "Systems Integration" approach to national and regional network infrastructure development. It will develop new products and technologies where a return on investment can be justified and where clear horizontal market opportunities exist. It will provide business development and deployment of wireless multimedia and Virtual Private Network Intranet/Internet services utilizing "best of breed" technologies.

A key activity of WNI management is to cultivate potential strategic partners for the development of new products and network services utilizing competitive wireless and wireline technologies. The WNI management team has developed a business approach that is based on proven principles learned over a cumulative 100+ years of business and technology experience during the last three decades. These principles incorporate all stakeholders: customers, partners, employees, investors, suppliers and the community.

- **Customers** - Leave our customers so satisfied with our services that they seek to deepen our relationship for network services and product development.

- **Staff** - Hire and retain employees with the requisite set of skills, vision and experience that enables the Company to innovate and expand the depth and breadth of products and services to its customers.

- **Branding** - Establish the WNI brand name in the international marketplace.

- **Investors** - Encourage strategic investment which blends near term return on investment with long term network, development-based growth.

- **Suppliers** - Due to our 100+ years in technological innovation, we are a desirable partner for our suppliers and customers. We collaborate and co-develop solutions to meet our customer's needs while working closely with them in understanding their concerns, and innovating side by side with them.

- **Community** - In every country we do business, we intend to support local needs that support our business interests wherever possible. This will range from offering emergency services to ongoing support of schools, hospitals and other community entities.

## WNI Market Opportunities

*"I envision a positive blowout, a "blow out" as in the process of explosive change, of masses and myriad of new bandwidth. I believe in bandwidth abundance as the solution to all of the key problems of this industry. Every era is driven by a calculus of abundance and scarcity. There are four technologies that will be important: sand, glass, air and software. These are the key technologies that will necessarily define the calculus of abundance and scarcity in the information economy."* – George Gilder, author and founder of *Forbes ASAP*

WNI will focus on emerging, high growth wireless telecommunications and Internet market opportunities. Instead of approaching the marketplace via the public switched network, WNI will use virtual private networks or "clouds" of systems that overlay or replace legacy systems, or are totally new deployments. This overarching strategy will rely on two main wireless technologies – packet radio and broadband wireless.

The Company has identified a significant opportunity in countries where there is demand for the implementation of Internet and wireless technologies for the provision of network services to financial and industrial institutions. The existing communications infrastructures are not sufficiently developed to meet that demand at a reasonable price; resources are not available to meet the demand through wireline, switched infrastructure investment; and the combination of wireless and Internet expertise is not readily available.

The Company's strategy is to develop and operate national and regional network services with established partners and customers. The Company has identified:

- Emerging regional economies with pent-up demand for network services
- Local co-investors
- Local primary customers or anchor tenants
- Joint Venture opportunities with regional established corporations to develop and operate large public and private networks

## Wireless Local-Loop Market (Packet Radio)

When evaluating the potential marketplace for wireless local-loop services, understanding customer needs in growing markets like e-commerce, Internet, and packet radio markets will ultimately drive what services are deployed. Market drivers are:

- Growth of the Internet and sub-segments of that industry like e-commerce

- Demand for access to communications networks for financial, industrial, and consumer applications

- Need to add new or replace expensive local-loop deployments with faster, less expensive wireless technologies

- Worldwide deregulation, growth in emerging markets, and advancements in radio technology

- Explosion of commercial wireless use and acceptance by businesses and consumers such as cellular/PCS and wireless data

## E-Commerce and Internet Trends

The coupling of e-commerce and Internet trends is occurring in an environment characterized by the following growth factors:

- The projected Internet traffic worldwide growth rate is 30 percent per month. Internet Valley, 1998. Seven new Internet users are added every second in the world, or 604,800 a day. Cisco Networks, 1998.

- By the end of 1996, businesses that were conducting Internet commerce were already generating $6 billion in annual revenues (IDC, 11/96). As early as the year 2000, these same enterprises are expected to capture hundreds of billions of online dollars each year. Based on such promising market prospects, companies large and small are jumping onto the Net with gusto. Worldwide by 2003 there will be over $108 billion in revenue from consumers, plus another $1.3 trillion from the business segment in goods sold over the Internet.

- WNI is initially focusing on underserved, high growth areas of the world, including South America. In South America people will spend US$8 billion per year online by 2003 where e-commerce has already reached $300,000 in 1998. South American growth rates are outpacing the rest of the world in two areas: 1) business to business transactions via the Internet, and 2) online banking. Banco Bradesco, Brazil's largest private bank, has stimulated web use for banking with a result of 600,000 online accounts. IDC.

**Chart 1. E-Commerce Growth Worldwide and in South America - 2003**



Source: IDC, 1996

## Broadband Wireless Market

A complement to the Company's e-commerce product line is the broadband wireless market. In understanding this market, a point of departure is the following characteristics of the Broadband landline market:

- The Internet and Worldwide Web access - The desire to be connected to everything, plus the converging of broadband access into Internet appliances such as web telephones and web televisions

- Remote access to corporate networks and databases – "Road warriors", home office, and telecommuters require access to corporate networks.

- Expansion of the multimedia market - Strong growth (voice, data, and video together) will become the norm in the next decade.

- Lack of integration - today's voice/data networks are separate and use different protocols and standards of service, a limiting factor in expanding to Internet use. Most networks in the world do not have Internet access built in.

These needs are reflected in Compound Annual Growth Rates between 1998 and 2001 of 53 percent for xDSL lines, 41 percent for cable modems, and 33 percent for ATM Wide Area networks. Please see Chart 2, below.

**Chart 2. Worldwide Broadband Market Sizes, 1998-2001** (Source: Dataquest)



The factors holding many of these solutions back are:

1. Equipment and installation costs for fiber optics, transmission equipment and labor are expensive.

2. Excessive time to acquire and install them, often affecting customer time-to-market concerns.

## WNI Market Strategy

The WNI market approach is founded on the belief that two major technology trends, i.e., wireless and the Internet, will drive exponential growth in the Company's markets.

Target markets are the underserved, but high potential, regional areas around the world. WNI is targeting Brazil, the Philippines, the Caribbean and U.S. rural areas for initial planning and deployment of *E-Com.Wirelessnet*™, broadband wireless and packet radio systems.

While the Company's approach is growth-oriented, across both lines-of-business and geographic vectors, the first step will be to execute the significant near-term revenue opportunity where *E-Com.Wirelessnet*™ and Brazil converge. The Company is moving aggressively to deploy the product and service platform, *E-Com.Wirelessnet$^{TM}$*, in Brazil. From this deployment a natural path will emerge from near-term profitability to long-term growth. With existence-proof in Brazil, *E-Com.Wirelessnet*™ can be replicated in locales like the Caribbean, Philippines and Europe.

*E-Com.Wirelessnet*$^{TM}$ fits seamlessly with the planned growth path of credit card authorizers in Brazil – a significant product and service advantage. The trend is toward using Internet protocols for network operations, but the shift is inhibited by legacy systems in place. However, it is clear that this is the path being pursued by international authorizers. Visa International host systems are currently capable of handling Internet traffic.

*E-Com.Wirelessnet*$^{TM}$ will be the first Internet-based wireless "network cloud" that fits seamlessly into future plans for both network management and expansion. The Company is the primary player in enabling this development with Visanet and in the broader market with vendors and suppliers. See Table 1 below.

## Table 1. Market Approach and Lines of Business

| Markets | WNI Strategy | WNI Technology | Deployment Timeline | WNI Venue |
|---------|--------------|----------------|---------------------|-----------|
| *E-Com.Wirelessnet*™ | Financial Transactions | Packet Radio | Brazil now, Others 2000+ | Brazil, Caribbean, Philippines, Rural U.S. |
| Broadband Wireless | Rural U.S./Global | Broadband-MMDS et al. | Bay Area and Others 2001+ | Bay Area, then ROW |
| Wireless Local-Loop (ISPs, VPNs, and Complementary Services) | Comm. Infrastructure | Packet Radio | 2001+ | Brazil, Caribbean, Philippines, Rural U.S. |
| Systems Engineering & Professional Consulting | Begin to engage now | All the above | Now and ongoing | Bradesco, then ROW |

In the wireless market, the Company will focus on two core technologies, packet radio and broadband wireless. The Company will use standardized Internet networking, e-commerce, security and applications technologies, where applicable. A key objective is to make available to

customers and partners complete turnkey communications networks that utilize innovative wireless technology and address growing Internet demand. The mission is to provide cost-effective, state-of-the-art communications systems and service in global regions like North and South America, Asia, and Europe. Networks incorporating new wireless and Internet enabling technologies will overcome traditional restrictions limiting data and two-way services.

WNI's strategy is to leverage existing legacy systems, thereby allowing no disruption of current customer operations while bringing new Internet and broadband capabilities. The Company has achieved major progress with vendors to modify products to support this strategy. Initial deployments will be made in strategic market regions with established companies with Internet and wireless deployment expertise and demonstrated marketing and sales skills in the local market. Generally Company management knows these companies. The requirement is to deploy the technology and establish a niche market position, similar to the beginning of the cellular telephone and cable industries.

The four initial planned deployments of wireless economic products and services are as follows:

- Brazil
- The Caribbean
- The Philippines
- Rural U.S.

As mentioned above the regional networks will be used as an "existence proof" and business model for partnership/alliance expansion in the global regions. These networks will provide a basis upon which discussions with other regional communications companies can commence regarding additional capital, market presence and expertise for partnership expansion. Business models will be refined and adjusted to particular market conditions. Once the business model is demonstrated, strong interest is anticipated from the telcos, cable, utility and other communications companies.

In emerging markets where service availability does not meet demand, there are extremely good opportunities for the following reasons:

- The incumbent telco is under pressure to meet universal service obligations
- Users are receptive to any new operator that can give them services
- The regulator is actively encouraging competition
- Market penetration is achieved by supplying basic service

## *Convergence of WNI and Brazil*

WNI is one of very few industry players that are able to provide full, turnkey communications service solutions with secure, reliable and cost-effective wireless and Internet technology. Leading up to this opportunity, the Company and its principles have addressed all the bases that are needed to achieve high quality implementation and maintenance. WNI provides robust, turnkey service solutions using the best of breed products and services that are enhanced with

superior customer service. Where applicable and the market is desirable, WNI will invest in product development. In most cases, however, the Company's products will be an integration of a broad spectrum of wireless and Internet technologies. For example, *E-Com.Wirelessnet* is a combination of packet radio and Internet technologies, yet represents a prominent advance in wireless infrastructure technology design and implementation for financial transaction transport and network management. The system is intelligent and flexible to the demands and growth of the financial services market segment.

WNI has all the assets needed to succeed in its chosen field. These include in-depth knowledge of today's marketplace and technology, plus a plan to move into the future. WNI's strengths and assets are:

- Strong international business relationships

- Strong customer relationships based on superior individualized service

- 100+ years of networking, wireless, and customer service experience

- International business experience in South America, Asia, Europe, Africa, and the Caribbean

- Access to "best of breed" equipment, network management, software and technology partners

- Ability to design new products and have them manufactured

- Established alliances with new and established companies in the technology and communications fields. Examples are Certicom, Verifone, Siemens, Com21, and Pacific Bell Network Integration

- Alliances with market movers in the markets we will serve. Examples in Brazil are Banco Bradesco and Visanet, Brazil

- Wireless patents, router products and testbeds. The Company owns intellectual property and inventory for wireless router software and hardware designs and products based on U.S. Patent No. 5,706,274 (CSMA with Dynamic Persistence), an innovative radio channel access method for deploying many wireless routers in the same area of operation. The Company also maintains a test network with transmission and remote network facilities at Mt. Allison in Fremont, California

## Wireless Electronic Commerce in Brazil

The number of shopping centers in Brazil has doubled every five years since the first shopping center opened in 1966. There are now over 400 shopping centers throughout the country. Nationwide, sales in the shopping centers rose from 12 billion dollars in 1996 to 13 billion

dollars in 1997. (ABRASCE - Brazilian Council of Shopping Centers]

Visanet Brazil estimates that it is the seventh largest Visa transaction market in the world and expected to be the fifth largest in two years. Visanet management anticipates a 100 percent annual growth rate for its transaction volume over the next three years, partially driven by new applications such as check authorization and bank debit cards. Visanet currently processes 11-14 million transactions per month and has over 110,000 POS terminals in operation.

## Electronic Commerce Applications in Brazil and Horizontal Markets

The Company was invited to Brazil in December 1998 by virtue of its historical relationship with Banco Bradesco, CPM, Ltda., and other Brazilian companies and was introduced to Visanet, the largest credit card processor in Brazil. From this introduction an alliance was executed which provide for the Company to embarked on deploying, testing and developing a new technology platform, *E-Com.Wirelessnet*™, for a wireless financial transaction processing network in Brazil. The provision of a wireless network service for Visanet, MasterCard and American Express in Brazil can be emulated in other targets markets in 2000 and for the next several years, while expanding the service offered in each market.

The Company has established a close technical relationship with Verifone (point-of-sale devices) and is holding discussions about future product integration and market opportunities. Verifone is owned by Hewlett Packard and is the largest provider of merchant transaction devices for financial transaction processing. The Company anticipates it will achieve horizontal market penetration via its relationships with Visa Credit Card (the largest processor in South America), Verifone, and other businesses with a vested interest in expanding access and services. "All boats are raised" since each company in the food chain generates revenue through expanding access to merchants and new applications, and all have strong incentives to access reliable, low-cost, timely network transport and access. The Company has developed a business model that provides a strong incentive for financial institutions to use its wireless network, as transaction costs are fixed and financial transaction revenues are increased with additional access to merchants.

Visanet is the largest credit card processing firm in Brazil and is owned by 25 Brazilian banks. Banco Bradesco is the major shareholder with a 40 percent equity interest. The long-term goal of the Company is to own and operate the network as a Virtual Private Network Service provided to Visanet and other authorizers, including Wide Area Network services and infrastructure. This business will be developed in four phases as follows:

**Phase I - Shopping Centers**. The first phase is the provision of wireless network service to merchants in 400 shopping centers throughout Brazil. The Company has identified and demonstrated (both in the U.S. and Brazil) an innovative solution using proven technologies and appropriate software solutions to representatives of Visanet. The "Primary" deployment, starting in July 1999, consists of a wireless network at 30 merchant locations at a selected shopping center in Sao Paulo. This deployment will provide verification that the Company's system can process credit card transactions in real-time over the multi-protocol network, including interface with Visanet host software. Eight shopping centers in Sao Paulo are scheduled for deployment by the end of 1999. Thereafter, manufacturing and deployment will be ramped-up in Brazil and

replicated in other markets.

**Phase II – Wide Area Solution Plus New Applications.** The second phase provides wireless network service to merchants outside of shopping centers, i.e., taxis, retail outlets, conventions, portable kiosks, etc., which represent approximately 65 percent of the total installed terminal market. The company has identified a viable technical solution to extend this network service to Brazil and throughout Latin America. This will be achieved through the utilization of new satellite technology and broadband wireless systems. The Company will develop a Wide Area Network (WAN) wireless, multifunctional terminal device by leveraging its previous development investment in software and hardware technology.

The Company will work with Visanet to develop a merchant check authorization bank debit card system for Banco Bradesco and integrate these services into the network. Check authorization transaction volume is approximately three times that of credit card processing. Bank debit card volume represents an approximate increase of 40 percent over current POS transaction volume and is a relatively new service in the market. These services provide incremental service revenue while using the same technology platform developed by the Company.

**Phase III – Network Backbone Development and Management.** In order to accommodate high growth rates, Visanet and other acquirers require a more sophisticated network management technology than that currently used. A key objective is to establish timely management reporting and transaction control, and provide a foundation for a high rate of transaction growth and variety. Today Visanet and other authorizers cannot authenticate the operation of terminals in the field; establish direct contact or control of POS terminals; or control the network bandwidth over which transactions are processed. These are universal problems faced by financial institutions in the Company's target markets. Disparate protocols are in widespread use; network bandwidth links are unreliable; customers are captive to legacy equipment; and both equipment and network service providers have a vested interest in maintaining status quo inefficiencies.

**Phase IV – National E-Commerce Intranet/Internet (Brasil.net).** Subsequent to upgrading the network protocols and backbone bandwidth, the Company will expand its service offering to the installed base of retail merchants, suppliers, wholesalers, and multi-branch corporate businesses, including banks, with Internet-based electronic commerce applications and services, and to the authorizers themselves. The Company will have a redundant Unix-based (Linux) server located in each shopping center as a result of Phase I operations so that it will be able to add IP-based electronic commerce applications to the local server and provide electronic commerce services to merchants, as well as business-to- business services.
Subsequent to the implementation of Phases II and III, the Company will be positioned to provide business-to-business e-commerce across the nation of Brazil. This strategy will be replicated on an international basis.

## *Competitive Environment*

There are substantial barriers to entry into the e-commerce market in emerging markets. Several vendors have attempted to deploy wireless technology in Brazil and failed. Universal among the reasons for failure is that none of the vendors who tried got the technology right from the outset. Examples are:

1. Subsidiary of a US Telco – concept provided a proprietary wireless network with invisible network management to the customer, high transaction cost but lacked software integration expertise for such complex protocol integration.

2. Cellular Company – cellular network is unreliable in Brazil and involved high transaction costs.

3. Wireless LAN Company – while technology provided network management capability, it failed at the Radio Frequency (RF) link layer, was unreliable, could not provide software integration and its cost was twice the cost per node of WNI's solution.

4. Wired Ethernet or other wireline technologies – unreliable, exorbitant maintenance cost and no control over network media (wires cut, moved or spliced). Also, POS technologies act like "serial" lines; if several devises are connected to a wireline, it takes only one POS device to go down and they all will go down. Visanet wired seven shopping centers, all with disastrous results.

The industry policy concerning technology is a major hindrance to entrance. In the late 1980s the credit card processing business moved away from technical standards toward proprietary technology. POS vendors and other commercial suppliers took this change as a signal by the authorizers to develop their own proprietary technology and business models. This trend is now in rapid reversal because technical executives in the industry have realized that this technology model cannot accommodate the Internet paradigm, the de facto platform of electronic commerce. While the industry is committed philosophically to shift to IP and associated standards, it must deal with the overhang of legacy systems. Simple modem connections from the merchant to the host processor lack transparency because of proprietary and specified data formats. WNI has created a standardized hardware/software configuration repeatable in each shopping center with remote network management using standardized Internet software.

To accomplish this configuration WNI has persuaded the POS vendors to modify their proprietary protocols to work with its standard, radio interface protocol – RS-232, the same standard interface protocols that PCs have in their serial ports. Getting the POS vendors to modify their protocols was a major accomplishment that reflects WNI's persistence, its clout in the marketplace by virtue of its relationship to Visanet, its political alliances through Banco Bradesco and the compelling technology model it is deploying. Most importantly, it enabled WNI to replace a $39,000 piece of equipment with its box and technology for $2,500 – ensuring its position as the low-cost provider.

As mentioned in the discussion about POS vendors, WNI's competitive position in Brazil is enhanced by its strategic alliance with Banco Bradesco. The bank is the second largest private bank in Brazil, and it controls 40 percent of Visanet. The principals of WNI have cultivated this relationship for several years. This groundwork came to fruition in December 1998 when the bank introduced WNI to Visanet, Brazil. These relationships are enabling WNI to accomplish its

strategic intent and impose its most significant competitive advantage on the market – be first to market and the low-cost provider.

## Product/Service Strategy

Why use the wireless medium for Point of Sales (POS) and e-commerce network applications? In many countries the cost of switched, wired telecommunications is high and availability is limited with long delays in installation. Complexity and additional costs are incurred in the integration of POS terminals and end-user devices with numerous communications protocols used in networks including LANs, X.25, SNA and modem calls. The multiple protocols used in legacy networks do not leverage IP technology as it expands worldwide. Also, the lack of local access and bandwidth restricts the ability to offer new revenue producing services to merchants and end-users, most notably electronic commerce applications. There is strong demand for more bandwidth and faster response times with reasonable costs and delivery times in all targeted WNI regions.

Robust POS technologies enable merchants to accept new forms of payment, speed processing and increase consumer convenience. The proliferation of proprietary retail smart card applications, such as electronic gift cards and loyalty programs, is imminent. The success of these applications will fuel increased product functionality. All of these local-loop customers will require access to reliable network services focused on their particular needs.

Applications that benefit from Wireless POS/Electronic Commerce technologies are:

- Commercial – e.g., shopping malls
- Smart cards
- Bank check authorization
- Credit authorization
- Portable POS transactions – rapid setup of street bazaars, trade shows
- Truck delivery ports (e.g., UPS, Skyway)
- Electronic kiosks
- POS catalogs

### Common requirements for Wireless POS

- Large campus coverage in adverse environments
- Different radio technologies
- Standardized (IP) radio interfaces
- Automated configuration (minimal human costs)
- Virtual Private Networks
- Internet Access
- Infrastructure inside and outside buildings
- Repeaters for mobile operators

WNI is initially targeting the Point of Sale/Electronic Commerce market in South America.

Market characteristics using just Visanet in Brazil data alone (not including Credit Card-MasterCard or American Express in third place) are:

- 30 to 40 percent of all credit card transactions are from shopping centers.
- 300,000 merchants use Visanet for credit card authorizations.
- 110,000 have POS terminals.
- 190,000 use a dial-up, manual method and do not have terminals and cost-effective telecom access. **Source: Visanet**

### E-Com.Wirelessnet™

This service consists of a wireless network "cloud" that connects POS terminals and other merchant devices in a simple and low-cost manner while maintaining security and reliability. With *E-Com.Wirelessnet*™, the network adapts quickly to changes in customer buying habits and locations while using familiar POS devices. For large stores, shopping centers, trade shows, sports stadiums, *E-Com.Wirelessnet*™ is easily configured so that installation and management are simpler. It is an innovative and cost-effective solution developed by the Company enabling a 100 percent cost reduction in traditional wireless access means for this application.

The market drivers for electronic commerce in the Company's target markets are:

- Access to reliable bandwidth and network services for mission-critical applications
- Lower cost transport
- Network providers ability to integrate disparate network protocols
- Network providers ability to transition to TCP/IP suite of protocols from legacy systems
- Consumer use and acceptance in various cultures and markets
- Knowledge base capable of implementing E-commerce applications
- Security

**Benefits**

- Turnkey networking services to authorizers with latest and best technologies
- Reduction of authorizers' telecommunication costs and create new business opportunities
- Provision of integrated, low-cost, secure network capabilities for current POS devices and high performance for future application developments

**Multiple Radios**

- Optimization of radio characteristics (frequency, bandwidth, etc.)  to particular situation



- Maximization of service (traffic types, performance, security, reliability)

## Why IP Technology in Private Networks

- Private network allowing control of security and performance
- Flexible (re)distribution of resources
- IP industry standard components and maintenance procedures
- Staging of introduction of new technologies with California and Brazil test cells
- Network management



- Operation of distributed network operating centers using Internet virtual private tunnels

## Scalable Packet Radio Networks

- *Distributed intelligence* – each node contains a micro processor and a radio
- *Multi-function* – every radio is a repeater even if it has a connected host
- *Self-configuration* – the network automatically creates and maintains connections
- *Scalability* – new radios are configured as they come up
- *Redundancy* – multiple Intranet routes and gateways

**Integration Using Network Layer**



- Integration of multiple radios with "umbrella" network layer
- Network layer using scalable packet radio technology
- Minimization of cost and system complexity
- Service tailor to local requirements

**Summary of E-Com.Wirelessnet Features**

- Local traffic aggregation pointing to optimally used WANs
- Multiple radios adapted to each terminal device's needs (range, size, bandwidth)
- Flexible, adaptable repeater configurations
- Support of existing POS terminals and applications "as is"
- Support of current IP and future multimedia (low delay, security) applications

## Product Architecture

*E-Com.Wirelessnet*™ uses best of breed radio and software technology developed or integrated by the Company and wireless networking techniques based on 30 years of development to reach all terminals, even in the most difficult, remote or moveable locations. *E-Com.Wirelessnet*™ will be deployed initially in shopping centers, convention centers, trade shows, fairs and trade bazaars worldwide. Dynamic changes in store configuration and traffic are easily accommodated without business interruptions. *E-Com.Wirelessnet*™ networking is based on IP technologies so that a very large number of currently available terminals can be supported. New emerging services like online catalogs can be easily introduced in the future. Network management allows constant monitoring and isolation of system difficulties.

*E-Com.Wirelessnet*™ combines state-of-the-art components in an innovative manner to achieve performance. This configuration translates to more completed transactions and satisfied customers. Our experience with low-power, low-cost hardware coupled with a multi-hop, multi-radio networking architecture provides great reliability, enhanced security options, and a migration path to next generation services. WNI understands the demanding needs of transaction processing and has the right networking solutions to provide high returns now and in the future.

## Benefits

- No modifications to existing terminals; networking based on standard addressing schemes
- Options for minimal or complete network level error recovery to match exiting host systems
- Automatic recovery and re-connection in case of host system service interruption
- Wireless connections minimize installation and equipment siting problems
- All network processing including transport security transparent to end devices
- Hardware construction designed for lowest cost and highest reliability
- Low power requirements allows battery operation or low-cost battery backups

## Features

- Standard device interfaces supporting a wide range of end devices
- Large number (5,000) addressable devices per site
- Optional modem support to replace dialup telephone lines
- Support of other LAN interfaces (IP/Ethernet)
- Link level and transaction based end-to-end reliability ensuring responsiveness
- End-devices able be dynamically removed or brought online without disrupting service

**Typical Network Architecture for Shopping Centers**



## Customer Care Framework

From its locations in Brazil and California, with the cooperation of Siemens, SRI and others, WNI will monitor, manage and continuously improve its personalized network services for Visanet. The Company will use the latest technology in its best form – with a personal, human touch. The Company's service mode will center on individual employees working with client individuals to solve today's problems. At the center of the Company's service philosophy is the principle and policy that the client will know the individual employee who is responsible to see the client's problem through to resolution. WNI believes that this is the hallmark of customer service and will serve to build strong relationships to catalyze growth in Visanet, WNI, and the people who work with us.

WNI dedicates itself and its employees to provide superior technical support while it builds lasting personal relationships with its individual clients – based on performance, respect, and trust. The Company believes that this person-to-person business paradigm provides both the best service and leverages the power of the networked world that it is seeking to provide.

While providing Superior Individualized Service, WNI will practice "conspicuous integrity" – it will always communicate 1) when it intends to accomplish a task, 2) when the task is completed, 3) whether any further assistance is desired, and 4) identify the individual who is responsible to see the problem through to resolution.

## Customer Care Organization

The Wireless Networks, Inc. Customer Care Organization provides Superior Individualized Service (24 hours/7 days) via a three-level multinational structure using "best of breed" capabilities and collaborations in Brazil and Silicon Valley, California. This ensures full customer support, network monitoring, and network management, reporting, emergency response, analysis, and modification/innovation recommendations. WNI's networked three-level multinational structure includes 1) the Customer Support Center, 2) the National Customer Care & Network Operations Center, and 3) the International Customer Care & Network Operations Laboratory.

## Level One – The Customer Support Center (CSC)

CSC provides initial customer support for installation, maintenance and customer call-in. The CSC will be located in Sao Paulo, in cooperation with Siemens, Brazil, which won Brazil's "Premio Nacional da Qualidade" award in 1998 (Brazilian equivalent of the Baldridge Award). Siemens meets WNI's stringent "best of breed" criteria.

## Level Two – The National Customer Care & Network Operations Center (NCC/NOC)

NCC/NOC provides overall customer support, service monitoring, network management, analysis, reporting and issue resolution/escalation. The NCC/NOC will be located in Morumbi, Sao Paulo, Brazil.

## Level Three – The International Customer Care & Network Operations Laboratory (ICC/NOL)

ICC/NOL will provide world-class, overall customer support, service monitoring, network management, analysis, testing, modeling and final issue resolution. In addition, WNI ICC/NOL technologists and engineers personally interact regularly with leading researchers, designers and manufacturers to implement WNI's "best-of-breed" deployment philosophy. The ICC/NOL is located in the Silicon Valley of California. The main laboratory is at the WNI International Headquarters in San Mateo, California. Additional test facilities are located in various parts of the Silicon Valley, in cooperation with SRI International, a world-leading research laboratory. Also, WNI operates a widespread wireless testbed that spans San Francisco Bay. WNI will oversee all of its nodes from its Headquarters in California, all day, every day.

## Customer Care Process



## *Revenue Projections*

## *Complementary Products and Services*

### Virtual Private Network and E-Commerce for Large Retailers and Wholesalers

In order to support the future retail supply chain vision, leading retailers will shift investment from "bricks and mortar" to technology needed to support the flow of merchandise and information through the supply chain. During the past several years, retailers have challenged vendors to perform more value-added services and even manage supply chain functions. Leading retailers are using the supply chain to reduce costs, improve sales and ultimately increase shareholder value. Logistical concepts such as collaborative planning, forecasting and replenishment, vendor-managed inventory, cross-docking, and quick replenishment/efficient consumer response are becoming more widely used throughout the retail supply chain.

One emerging technology that will dramatically affect the use of Electronic Data Interchange (EDI) is the Internet. Retailers who do not develop the infrastructure necessary to share information electronically with trading partners of all sizes will be at a clear disadvantage. This technology will also create an opportunity for small and medium vendors to build low-cost EDI-type capabilities. Other applications are:

- Collaborative planning, forecasting and replenishment
- Quick customer response programs
- Electronic article surveillance
- Vendor-managed inventory
- Direct store delivery
- Computer-assisted ordering
- Warehouse management systems
- Radio frequency identification tags



### Virtual Private Network Integration with Existing Business Systems

The most promising growth area of electronic commerce is the business-to-business market segment and is followed by business-partner information. Cisco Systems recently reported its

business to business e-commerce was growing 60 percent per quarter, or 300 percent annually, based on Cisco orders. Although Cisco customers are more likely to use e-commerce, this trend depicts an acceptance of business-to-business use of the Internet.



Upon installation of the *E-Com.Wirelessnet*[TM] infrastructure in shopping centers, the Company will be well positioned to add "soft" electronic commerce services to retailers and multi-location retailers, suppliers, delivery companies and others in the retail chain.

## *Technology Description*

### State-of-the-Art Packet Radio Technology Traditional Packet Radio - Spread Spectrum Technology

Most wireless LAN (WLAN or Wireless Local Area Network) systems use spread-spectrum technology, a wideband radio frequency technique developed by the military for use in reliable, secure, mission-critical communications systems. Spread-spectrum is designed to trade off bandwidth efficiency for reliability, integrity, and security. More bandwidth is consumed than in the case of narrowband transmission, but the tradeoff produces a signal that is, in effect, louder and thus easier to detect, provided that the receiver knows the parameters of the spread-spectrum signal being broadcast. If a receiver is not tuned to the right frequency, a spread-spectrum signal looks like background noise. There are two types of spread spectrum radio in primary use today: Frequency-Hopping and Direct Sequence.

Frequency-Hopping Spread Spectrum Frequency-hopping spread-spectrum (FHSS) uses a narrowband carrier that changes frequency in a pattern known to both transmitter and receiver. Properly synchronized, the net effect is to maintain a single logical channel. To an unintended receiver, FHSS appears to be short-duration impulse noise.



Direct-Sequence Spread

Direct-sequence spread-spectrum (DSSS) generates a redundant bit pattern for each bit to be transmitted. This bit pattern is called a chip (or chipping code). The longer the chip, the greater the probability that the original data can be recovered (and the more bandwidth required). Even if one or more bits in the chip are damaged during transmission, statistical techniques embedded in the radio can recover the original data without the need for.  To an unintended receiver, DSSS appears as low-power wideband noise and is rejected (ignored) by most narrowband receivers.



## Spread Spectrum Technology Advancements

With advancements and investment in semiconductor technology, today's spread spectrum radios can achieve 11 Mbps of bandwidth, with the most efficient radios sustaining a throughput of over 7.5 Mbps.

Three years ago, the fastest (peer-to-peer) spread spectrum wireless router operated at     160 Kbps.  Within the same year, the technology advanced to deliver a 1 Mbps bandwidth, with an average throughput of roughly 450 Kbps.  Less than a year later, the first 2 Mbps systems were introduced, with a throughput of approximately 1.2 Mbps under optimum conditions.  Within months, 3-4 Mbps systems were brought to the market in both direct sequence and frequency-hopping configurations.

*Current State-of-the-Art*

Recently, 11 Mbps radios have entered the market, opening the door to provide full Ethernet speed over the unlicensed bands.  With advanced feature sets designed specifically for the deployment of large-scale wireless infrastructures, a wireless router is capable of providing service today to thousands of customers.

The most sophisticated deployments of this technology architecture uses two primary pieces of technology:

1.  The Access Point (or base station) and
2.  The Client Wireless Router

*The Access Point*

This unit is the center of a point-to-multipoint architecture and represents the "cell site" unit. The typical access point operates using direct sequence or frequency-hopping signaling.  In a typical direct sequence radio, up to three non-interfering channels are available, allowing the deployment of up to three access points with omni-directional antennas at the same physical cell site.  This represents up to 33 Mbps of over-the-air bandwidth for each physical cell site,

confined to an area with a five mile radius or less.

The access point also provides security functions, allowing the operator to determine which clients may connect to it by defining a "cell site password" as well as being able to manually input the MAC (media access control) addresses of allowed clients. Any client routers that may know the frequency, spreading code and system ID of the cell site but are not reflected in the MAC table will not be able to access the site, assuring a measure of security for the operator.

*The Client Wireless Router*

The client router is a critical piece in this type of architecture. The client router is deployed at the customer site and a directional antenna is pointed to the closest cell site. In the majority of cases, the client router, when pre-configured for the customer, will establish a link and begin routing (or bridging) immediately after bootup. This creates a "turnkey" system that can be deployed at the customer site by the antenna installer rather than requiring trained network personnel.

The client router typically should also support the following functions:

*Routing Protocols:* RIP v1 and v2, OSPF and BGP4.

*Bridging:* Bridging is supported, when basic installations are desired.

*Telnet, TFTP:* For administration, the unit supports Telnet access as well as the Trivial File Transfer Protocol for software updates over the network.

*SNMP Statistics Reporting:* SNMP queries are supported for statistics reporting.

*DHCP Server, Client and Relay:* Automatic IP address assignment on the interfaces for attached subnets. Also capable of having its own IP address assigned as well as relaying DHCP requests to upstream servers.

*VPN (Virtual Private Network):* This function allows private, encrypted network connections across the wireless infrastructure for customers with multiple locations receiving service.

*Network Address Translation (Firewall):* This provides security for the attached subnet by "hiding" internal IP addresses from the Internet and providing for address translation between the Internet and internal network(s).

*Basic Bandwidth Control:* A specific maximum bandwidth setting can be established on the unit, thereby preventing users from exceeding their service levels when transmitting on the local-loop.

*Software Radio Control:* The radio settings can be accessed and changed through software.

These settings include, among many others:

*Power Output*: 50, 100mW

*Data Rates*: 1, 2, 5.5, 11 Mbps

*Channel*:  One of three non-interfering channels, from a selection of 11 center
frequencies.

*System ID*:  Sets the unique password used for the cell site Access Point.

***Modular Design:*** A modular design allows operators to integrate different radio technologies and network interfaces with minimal work, providing a wide selection of custom solutions for different environments.  In most cases, radios can be changed and/or upgraded in the field.

***Two Hardware Platforms:*** The wireless client router can be deployed on both residential and/or business networks.  For business applications, an industrial chassis is appropriate, and for consumer applications a combined, single circuit board design is desirable.

## The Radio Network Architecture

WNI will design and builds its *initial* packet radio architecture for service deployment in much the same way that cellular phone architectures are designed.  In its most basic form, the Company deploys a "cell site" on a tower or building.  This cell site is composed of an "Access Point" or "Base Station" unit connected to an omni-directional antenna and a switching hub.  The Access Point allows point-to-multipoint connections, with the "multipoint" client using a wireless router. Amplified to the maximum FCC allowable power output of 5 Watts EIRP, the cell site can have a maximum range of five (5) miles, line of sight, while still maintaining a fade margin to the client of over 10dB.



Figure 1 - Basic Cell Site

The traffic from this cell site is then carried back to a central network operations center, another cell site, or a collection site.  This is done via a horizontally polarized wireless link, using a wireless router/access point combination.  By switching to horizontal polarization for cross-connect links, the same spectrum and frequencies can be utilized while still gaining enough radio separation to prevent interference between the client systems and the cross-connect links.

The client connections are made with *wireless client routers*, connected to either externally mounted Yagi or semi-parabolic antennas, depending on how much gain is required.  In either case, the client connection is designed to result in a 10 dB fade margin to the cell site, and therefore attenuators, cable lengths and antenna choices are used to achieve this margin.  Clients closer to the cell site use lower gain antennas and/or more attenuation, and clients further away use higher gain antennas and less attenuation.

The resulting basic design allows repeated use of the same spectrum and relies on the wireless infrastructure to move data in both directions at speeds up to 11 Mbps. Alternatively, traffic can be hauled back from the cell site using wired terrestrial links if available at competitive prices. When this design is extended into multiple cell sites, a complex matrix-type network design can be created, with outgoing paths to at least two cell sites. By utilizing routing in the cell sites, traffic flow is more effectively managed, and broadcast traffic is kept local to the cell site without affecting the overall infrastructure.



Figure 2 - Matrix Network

In figure 2, assuming a collection of five cell sites operating at 11 Mbps each, the aggregate over-the-air bandwidth delivered is 5 x 11 Mbps for a total of 55 Mbps. With the maximum five-mile range, the cell sites in figure 2 could service an area 30 miles across and 20 miles deep, given optimum line-of-sight conditions. With a maximum limit of 1,024 clients per Access Point, this infrastructure can theoretically serve a maximum of 5,120 clients, either business or residential. However, per-user bandwidth and service level requirements will typically dictate a much lower client count per Access Point. Each cell site can use a different frequency, avoiding interference between sites. Frequencies can then be re-used.

## Ethernet Considerations

This type of infrastructure design creates small "wireless Ethernet networks" for each cell site. A customer computer with an Ethernet card can simply plug into the client router and treat it like

any other Ethernet IP network. This type of transparent access provides maximum compatibility

for the user's equipment and/or network devices.

Accordingly, standard Ethernet design practices and guidelines are used with the following performance increases:

1. *Maximum single end-user throughput* (i.e., the maximum a single user will see) is up to 6 Mbps, sustained.

2. *Maximum aggregate system throughput* (i.e., across the total user base on a cell site, using a single channel), is up to 7.2 Mbps, sustained.

Switching, bridging and routing functions can be implemented seamlessly in this type of architecture to provide additional control of traffic movement and aggregate bandwidth.

This type of wireless architecture provides limited scaling upward in three different ways:

1. *Frequency Scaling* – deploying additional frequencies at the same cell site
2. *Sector Scaling* – a variation of frequency scaling using sectorized antennas
3. *Power Scaling* – controlling the power output to create more, but smaller cells

*Frequency Scaling:* In a direct sequence system using the unlicensed bands, frequency channel availability is typically divided into several non-overlapping channels. This sequencing allows for scalability by utilizing additional channels at the same physical cell site to aggregate over-the-air bandwidth. The Access Points in this example use up to three (3) non-overlapping channels.

Thus, up to three Access Points can be located at a physical cell site, tuned to different, non-overlapping channels and using omni-directional antennas.



| Access Points: | A,B,C |
| Channels: | 1,2,3 |
| Total Bandwidth: | 33 Mbps |
| System ID: | 00001 |

Figure 3 - Frequency Scaling - 33 Mbps Cell Site

Since each channel provides 11 Mbps, a total of three channels will deliver an aggregate of of 33 Mbps of over-the-air bandwidth. Cross-polarized point-point links will allow the utilization of the same spectrum in the same area with minimal interference.

Since the client sites use directional antennas, they will not be able to hear signal interference from any overlapping, adjoining cell sites. In addition, the omni-directional antenna's gain on each cell site will be too low to communicate with other cell sites if properly spaced. In the event that other cell site signals are powerful enough to be overheard on the same frequency, they will be ignored as interference.

This technique boosts each physical cell site's over-the-air bandwidth to 33 Mbps, with a

maximum theoretical capability of 3,072 clients.  With five cell sites in operation, the total system's theoretical bandwidth delivery capability is 165 Mbps.  Again, the actual number of clients attached to the system will depend on bandwidth and service requirements per user.



Access Points: A,B,C
Channels: 1,2,3
Total Bandwidth: 33 Mbps
System ID: 00001

Access Points: D,E,F
Channels: 1,2,3
Total Bandwidth: 33 Mbps
System ID: 00002

Access Points: J,K,L
Channels: 1,2,3
Total Bandwidth: 33 Mbps
System ID: 00004

Access Points: G,H,I
Channels: 1,2,3
Total Bandwidth: 33 Mbps
System ID: 00003

**Figure 4 - Sector Scaling - 132 Mbps Cell Site**

*Sector Scaling:* A variant of frequency scaling, *Sector Scaling* uses antennas with a restricted beam width to concentrate more spectrum and bandwidth into a smaller, defined area. For example, with a typical *frequency scaled* cell site, deploying three omni-directional antennas, each tuned to a different channel. For this example, we assume the cell site is on a building whose sides face due north, south, east and west.

The omni-directional antennas are replaced with 90 to 120-degree, directional antennas. All three directionals are now stacked and pointed due north (with proper vertical and near-field separation).

The total bandwidth (33 Mbps) of the original omni-directional cell site is now focused due north, with a 120-degree field of coverage. This procedure is repeated by adding a set of three Access Points and directional antennas to the east, west and south sides of the cell site. Each set of three Access Points is configured with a different System ID. This configuration prevents stray signals from client routers in the overlapping areas from registering to an Access Point in an adjacent antenna array.

Clients in the overlapping coverage area have a choice of connecting to any antenna array visible to them, whichever provides a stronger signal. By then locking into a specific system ID, signals from the adjacent antenna array will be ignored as interference by the spread-spectrum radio. In sector scaling, maximum advantage is taken of the interference-resistance capabilities inherent in the spread-spectrum radio technology. The end result is a cell site capable of delivering up to 132 Mbps of over-the-air bandwidth.

*Power Scaling:* In areas with high individual customer density, an infrastructure can be further scaled by reducing the power output of each cell site and therefore building more to fulfill the need. For example, instead of powering a cell site to provide coverage in a     five-mile radius, four cell sites could be created in the same area, each with a 2.5-mile radius.

Power scaling takes the area covered by a single 132 Mbps *frequency* and *sector*-scaled cell site covering a 5-mile radius and subdivides it into four smaller cell sites, each delivering 132 Mbps of bandwidth. The 5-mile radius is now serviced by up to 660 Mbps of aggregate over-the-air bandwidth.

By creating a localized cell-type infrastructure and implementing routing, bandwidth can be conserved across the entire system, broadcasts are localized and new cell sites will represent *additional* over-the-air bandwidth. A cellular approach is also advantageous when customer requirements differ from location to location. For example, in a downtown area, the majority of customers will probably be businesses, with business needs for data traffic. In a residential area, however, online gaming or general web surfing may be the primary application.

Wireless Networks Inc.
Final Draft: July 28, 2000

Confidential Business Plan

The same general principles apply to current state-of-the-art broadband wireless systems with significant differences in signal modulation techniques, regulatory requirements and equipment platforms. Broadband wireless network architectures are in their infancy and require a high level of both wireless and networking expertise to deploy successfully. This market will be driven by new enabling technologies being developed by many different segments of both the wireless and networking industries. The Company has identified the relevant technology companies that will make suitable partners in this regard and who are considered to be on the right path.

## Development of a Scalable Packet Radio Network

The Company contemplates integration of both packet radio and broadband systems on an ongoing basis in conjunction with its technical relationships in the industry. At a later date, and when the right mix of enabling technologies and financing is available, these markets are likely to take off. The Company owns software that is applicable to development in these market segments. An objective will be to integrate and influence development of semiconductor and software technologies to build "smart radios" or "software radios." This model differs significantly from the state-of-the-art model explained above in that these new networks provide service scalability to millions of users instead of thousands of users, are easier to deploy and operate, and are less expensive.

The Company is currently formulating a strategy to use its key enabling technologies to enter this market with technology partners. The market's growth is inhibited by the lack of scalable technology and will increase at only 4-5 percent per year with current products. Although it is indeed a "packet radio technology", the system architecture employed by *E-Com.Wirelessnet*™, the Company's wireless electronic commerce infrastructure, provides a low-cost wireless network infrastructure providing "scalable" network access to a large customer base. Advancements in the general packet radio market segment will be incremental and will build on each other, just as by *E-Com.Wirelessnet*™ builds on the Company's core competency in packet radio and Internet technologies.

The Company believes scalable packet radio networks can be developed and can be achieved in time with knowledgeable people, while leveraging its ongoing product development into potential solutions for this market. For example, the Company will employ packet radio technology to link shopping centers to VSAT sites, where very large-scale scalability is not a requirement.

It is probable that packet radio technology will displace the traditional microwave radio market over the next three to five years. A mix of companies and technologies will come together, which will enable a paradigm shift in wireless access to communications networks. WNI will play a key technical role in this changing dynamic to position its markets for introduction of these new technologies. Core technology development companies, equipment manufacturers, Internet service providers, virtual private network service providers, and peripheral companies are all potential partners with the Company in its technology and service provision role as outlined by the "Closed Loop" diagram on the page following.

Essential elements of a scalable packet radio system for service in very large networks are:

- "Smart" radios – Software-controlled radios where the radio portion of the system is tightly integrated with the channel access method, network layer, and antenna technology. These radios will reconfigure under program control. They will sample both desired signals and interference, then adjust parameters such as frequency, power, bandwidth, and error coding. A radio that both senses and adapts to its environment is unique in the commercial wireless world.

- "Smart" antennas – Software controlled antennas where the antenna is handling multiple communications links and application sessions while sensing the analog environment, and relaying that information to the operating system and adjusting the operation of the packet radio protocol in real time. Since signal strength and interference vary over time, the best antennas will be controllable in both direction and lobe pattern. The combination of active sensing radios and attached real-time processor nodes can fully exploit such smart antennas.

- Scalable Packet Radio Protocol (SPRP) – These exist in theory but have never been implemented.  SPRP is a critical system element controlling channel access and data services and is the control center of the system. Packet radio protocols from government research programs of the 1980s are now slowly entering commercial markets. Distributed intelligence, automatic configuration, dynamic rerouting, and multi-hop routing algorithms may supplement traditional wireless LAN single hop solutions, thereby reducing costly siting and maintenance issues. The addition of controllable radios and antennas makes WNI's approach unique, creating the most robust, reliable, and cost-effective wireless networks.



Closed Loop Diagram of Technology Providers/Partners, Joint Ventures and Value-

Wireless Networks Inc.
Final Draft: July 28, 2000

Confidential Business Plan

## Broadband Wireless Solutions

Broadband wireless systems (also known as wireless cable, MMDS, LMDS or MVDS) are networks that use radio as the principal access technology. They are very similar to wired cable in the type of services they can support, the difference being the delivery mechanism used. A broadband wireless system consists of a radio transmitter that sends signals on a combination of channels to numerous receivers, including homes and businesses.

In the US and other countries, the traditional wireless cable television business model has been further weakened by the advent of direct broadcast satellite (DBS). Operators have typically come from the television distribution and programming industries (as well as some spectrum license speculators), and did not anticipate the growth of Internet technologies as a universal platform of multiple service delivery, including video. Their primary asset today is access to spectrum licenses that have failed to generate a return on investment. These licenses are typically subject to "use" provisions, which require use of the spectrum for service delivery within a specified period of time. The traditional wireless cable industry today is characterized by a lack of: capital, access to enabling technologies for data services, networking and commercial development expertise, know-how, and knowledge of Internet dynamics. The industry is currently fragmented as follows:

- Specialist MMDS operators in the US and Canada, with the telcos' and cable companies' ownership of wireless cable operators restricted by conditions of ownership.

- Active equipment suppliers include specialist radio suppliers, cable system suppliers and defense contractors, with a void of "total system solution" suppliers.

- Existing operators' lack of expertise in the data networking services segment

The percentage of US households subscribing to telecommunications services with rates of T1 (1.544Mbps) or better, as forecasted by Technology Futures in 1998, will grow from .03 percent in 1998, to 2.1 percent in 2000, to 7.3 percent in 2002. With the growth of Internet use comes expanded demand for larger, less-costly links. Broadband wireless is a key enabling technology in meeting this demand and for corporate network services in international markets.

**Chart 3. Worldwide Wireless Markets Size ($M) in 2000**



Source: Dataquest

Chart 3 above shows the growth in Worldwide Wireless equipment markets ($Million) by year 2000. The CAGRs for various wireless markets projected for 2000 are: 68 percent for WLAN equipment, 51 percent for DECT, and 44 percent for wireless local-loop – all segments that cross over into the broadband wireless and packet radio markets.

WNI is faced with many strong business opportunities in providing robust, timely and inexpensive communications in its targeted markets. Market drivers for these broadband wireless opportunities are:

- The same drivers as for landline broadband - Internet and World Wide Web access, remote access to Internet/Intranet, and strong growth in multimedia communications. (A direct example of a sub-segment of multimedia growth where broadband wireless is key is the MMDS/LMDS Set-Top Boxes market - a key part of multimedia growth - with a CAGR of 89.8 percent. Please see Chart 4 below.)

- However, unlike landline broadband service, broadband wireless allows much quicker implementation and much lower costs – two strong concerns for users.

**Chart 4. MMDS/LMDS Set-Top Boxes – 1997 to 2000** Source: Dataquest



There will be strong worldwide growth in use of all fixed wireless technologies because of:

- Demand for new services – from basic telephony and TV in emerging markets, to advanced interactive services in developed countries.

- Competition brought about by liberalization of telecom companies, and the need of new operators to install equipment rapidly and cost effectively.

- The low cost of using wireless compared with wired solutions, particularly in rural areas or where market penetration is low.

- The availability of new radio technology, including those developed for mobile use adapted for fixed use, technology specifically designed for fixed applications and designed for broadband applications

The broadband wireless market will grow rapidly driven by two factors:

- The convergence of telecommunications and entertainment services, and the growth of high-speed interactive services

- The need for operators to deliver flexible bandwidth to customers at an affordable price and the inadequacy of alternative technologies to do so

## Broadband Wireless Market Size

Broadband wireless will succeed when providing:

- Multimedia entertainment and data services in urban/suburban areas where there is a high density of high-spending residential customers and where cable installation is not cost-effective

- Data services where there is a high density of small office/home office customers and/or teleworkers

- Entertainment, data and telephony services where there is little or no existing fixed infrastructure in place

- Virtual private network services for corporations and institutions over a metropolitan area

- Local-loop component of wide area network infrastructures, both wireline and wireless

The  worldwide broadband wireless market will grow from $1 billion in 1999 to $16 billion in 2005 (See Chart 5, Broadband Wireless Connections, Regional Markets). The number of installed wireless connections will increase rapidly from around 13 million in 1997 to 145 million by 2005. Most of this growth will be because of new telephone connections in emerging markets. Operators will use broadband wireless to deliver high data services to small businesses, teleworkers, and high-end residential users.

**Chart 5.  Broadband Wireless Market Value, Revenues to Operators, 1998 to 2005**



Source: Ovum, 1997

In the early stages of market development, WNI will focus on emerging markets, especially in South America, where the highest rate of growth is expected in the early stages of market development. Over a four to five year period subsequent, it is expected that market growth will shift toward emerging markets in Asia.  See Chart 6 below.

**Chart 6. Broadband Wireless Connections, Regional Markets.**



Source: Ovum, 1997

In South America total broadband wireless connections will be 1.81 million units in 1999 and grow to 5.41 million units in 2005. This growth equates to $554 million in 1999 and $1.9 billion in 2005. The South American market is characterized by large MMDS operations. South American countries have been early adopters of wireless local-loop technologies – a key application for broadband wireless. Several South American countries will adopt LMDS for delivery of high bandwidth and multimedia over wireless.

## Broadband Wireless Market Strategy

Services offered by the Company and its associated ventures via broadband wireless systems will be Internet-centric. By leveraging upon the large investments continually being made in Internet-based application technology, only an "integration" investment is required to provide multimedia-based services such as voice, video and data. Initially, the Company will offer the system and infrastructure solution as an opening gambit in establishing operator partnerships and establishing beachheads in target regions. The purpose of these partnerships will be to build a service-based, recurring revenue stream from network services. The MMDS/ITFS bands (2501-2681MHz) are available worldwide except in Europe (MVDS at 40-42GHz). Generally, the higher the frequency the smaller the cell size, and thus a larger capital investment is required for higher frequency wireless local-loop technologies for any particular service market.

Target markets can be localized, enabling a tailored service using low-cost, Internet-based applications. The relatively large size of MMDS wireless cells (35 miles) means that the Company can target geographic areas, depending upon the characteristics of particular markets and license restraints. Unlike mobile services, regional or national coverage is not necessary in order to attract customers.

In summary, the target market is characterized by:

- Provision of wireless packet data communication services with a quality of service guarantee sufficient to support voice, data and video

- At speeds from 64kbps to 10Mbps, symmetrical service up to 10Mbps

- To customers who are largely multiple outlet organizations such as banks, teleworkers, or businesses requiring high-speed access to IP-based networks and services, and

- Linking broadband and packet radio wireless local-loop service to wide area network service providers in addition to the public Internet backbone

Lines of business are focused on *E.Com.Wirelessnet*[TM] (Wireless Point-of-Sale), Broadband Wireless, Wireless Local-Loop, and Systems Engineering and Professional Consulting. WNI's goal is to provide end-to-end, full commercial communications systems.

## Systems Engineering and Professional Consulting (SEPC)

In response to customer requests, WNI has established a Systems Engineering and Professional Consulting (SEPC) line of business. The first SEPC project involves: 1) an alliance with Freepoint Telecom to serve the hotel/conference center or campus marketplace, and 2) a review of wireless opportunities for a large U.S. rural alliance. Additional SEPC projects including those from large financial institutions such as Bradesco Bank in Brazil are currently under review. WNI does not view SEPC as a primary line of business, but it does serve three important purposes:

1. SEPC enables WNI to meet unusual customer needs in a creative and effective manner.

2. SEPC may serve as an early warning system, or farming function, to stimulate new opportunities within primary lines of business.

3. SEPC provides a near-term revenue stream at low incremental cost.

## Management Team

### Charles Brown – Chief Executive Officer

Mr. Brown is a pioneer in fostering innovation in the Internet and Wireless Communications fields. His over 25 years of professional experience in creating new businesses and technology includes business development and executive management specializing in start-up operations, business development and restructuring. Significantly, he developed the first, prototypal commercial wireless router platform integrating radio technology and the TCP/IP protocol suite. This implementation resulted in an innovative wireless link-layer (patent issued) and state of the art network scalability in 1994. He also developed an original worldwide business strategy for the provision of low-cost packet radio networks providing IP network service to business customers - a business strategy that is widely emulated in the wireless industry today. His hands-on creation of a start-up wireless network in Buenos Aires, Argentina from strategic conception allowed break-even in 12 months. During his career Mr. Brown has successfully restructured companies ranging from a mid-sized telephone company to a technology fulfillment company to a technology publishing company. Mr. Brown earned a BSBA from Rockhurst College in Accounting/Philosophy.

### Patrick Lanthier – President

Mr. Lanthier has 30 years of experience in managing change in the telecommunications industry including overseeing information infrastructure operations, network planning, regulation, and policy making in local, national, and international arenas with AT&T, Pacific Bell, and PriceWaterhouseCoopers. His background includes ventures and programs ranging from $100 million-$10 billion, including cellular, PCS, Broadband, ISDN, ADSL, Post FTS-2000, and new regulatory frameworks. He was four times elected National Chairman of the 1300-company member United States Telephone Association's (USTA) New Services and Technologies Committee. Elected to more than 12 industry boards, Mr. Lanthier was founder of the first industry-wide advisory committee on cellular interconnection, as well as founder of the industry-wide regulatory policy effort entitled "Route 2000: The Information Superhighway Public Policy Roadmap", which facilitated the passage of the Telecommunications Act of 1996. Mr. Lanthier has been an advisor to various countries and business organizations and a lecturer/teacher in the areas of the new economy, new technologies, regulation, and implementation. He is also an internationally published author, contributing writer, or video producer of more than ten works via groups such as U.S. NII Advisory Council, the Congressional Office of Technology Assessment, Bell Communications Research, The European Union, The National Research Council, etc. Mr. Lanthier attended The Wharton School of Business at the University of Pennsylvania-Advanced Business and Strategic Planning (post grad); Seton Hall University, AT&T Masters in Business Administration Program; and San Francisco State University, BA, Industrial Technology.

### Dr. Horacio N. Pertica – General Manager and Partner, WNI do Brazil

Dr. Pertica has more than 30 years of international technology management and telecommunications leadership experience. He was President of NCR Brazil, Worldwide Senior Vice President of Motorola-Mobile Data (Chicago, Vancouver, Germany), Executive Vice President of Strategic Consultants Associates (Brazil), Executive Vice President and General

Manager of CPM Informatica (Brazil), Vice President and Director of Latin American Operations at Itel (San Francisco, Buenos Aires), Manager of European Marketing for IBM (New York, Paris) and International Markets Director at Vaisala Oy (Finland, Geneva, Rio de Janeiro, Buenos Aires). He has earned the respect of many top level executives in Brazil and other countries, primarily due to his "hands-on" transformation of businesses and his strategic vision. He has turned around a number of operations, increased sales to more than $400 million levels, and inspired numerous managers to stretch to meet his corporate vision. In addition, he has taught at the University of Bridgeport, Pace University, New York City College, and JFK University. His education includes a Ph.D. in Mathematics from the University of Buenos Aires, BSEE from the Military Academy of Argentina, and management study at the Systems Research Institute of New York, The Management School of New York, and the International Management School of Blaricum, The Netherlands.

### Rodolfo A. Menendez – Managing Director and Partner, WNI do Brazil

Mr. Menendez has more than 25 years of business leadership experience in Latin America. He was President of Strategic Consultants Associates (Sao Paulo, Brazil), Executive Vice President and Member of the Board of Directors of CPM Informatica (Brazil), General Manager of CPM Informatica (Brazil), President of Ramse Ltda. (Sao Paulo) General Manager of Rayovac Varta (Brazil), General Manager of Micolite SA (Sao Paulo), President and General Manager of GTE/Sylvania (Brazil), President and General Manager of GTE/Sylvania (Venezuela), and Area Manager of RCA, Latin America. He has held significant executive-level relationships in Brazil and has broad experience managing Brazilian operations serving some of largest corporations in the country. He has particular experience in leading profitable companies that provide computing and communications solutions for the financial industry in Brazil, including Banco Bradesco, Visanet, and others. His education includes a Business degree from the University of Lima, Peru, and technical education at RCA, New York. He speaks Portuguese, Spanish and English.

### Dr. Earl Craighill – Chief Technical Officer

Dr. Craighill has been an innovator in communications systems design and application throughout his career. Dr. Craighill spent 30 years at SRI International and is a recognized expert in system design of packet radio networks carrying multimedia traffic. His hands-on wireless experiences include the Chicago Board of Trade and several ARPA/military projects. His specialized professional competencies include distributed systems modeling and design; wireless network analysis and design; computer and communication networks; user interaction design; computer-supported collaborative work; multimedia workstations; applied mathematics; communication theory; time series analysis; real-time signal processing; interactive display system design; talker identification; spoken word recognition; speech compression. At Montana State University he developed computer programs for displaying multidimensional data and analyzing classification procedures at the Electronics Research Laboratory and he also taught applied mathematics. At Michigan State University he developed and simulated a functional model of mammalian brain structures using nonlinear decision algorithms, and applied these computerized decision algorithms to speech recognition. He is the author or co-author of various reports and conference papers on packet speech transmission, telecommunications research for the deaf, and on multimedia information systems. Dr. Craighill earned his Ph.D. in Electrical Engineering from Michigan State University.

### Richard W. Cutshall – Chief Financial Officer

Mr. Cutshall's career has been built on a base of increasingly responsible operational positions in the financial management discipline culminating in Chief Financial Officer for Churchill International, a venture capital firm investing in technology based companies. He then moved outside the firm to provide financial consulting services to companies in the technology, venture capital and investment communities as a principal in Pacific Resource Ventures. He brings to the position of Chief Financial Officer the facility to work within financial markets to position companies for integration into the equity and debt financial markets. He has successfully secured capital through private placements, IPO and debt markets providing the financial leadership in obtaining over $150 million in funding. Mr. Cutshall possesses a comprehensive understanding of SEC reporting and regulations, and is a proven change agent that has demonstrated strategic vision with tactical action that delivers results. Mr. Cutshall has a BS degree in Accounting with Finance Minor from the University of Utah.

### David Spaulding – Chief Operating Officer

Mr. Spaulding has more than 30 years of experience in high technology engineering, project management, and operations with both established and startup companies. In the Silicon Valley, he was co-founder and Vice President of Operations at InterWAVE Communications, Senior Director of Manufacturing Operations at Network Equipment Technologies, and Design Engineer at I/O Communications. Elsewhere, Dave was the Engineering Program Manager of the Digital Telephone and Systems Division at Harris Corporation, Project Manager at Badger Meter, and Design Engineer at Rockwell International. He has extensive experience in the complete product/service process: from inception and design, through material procurement, outsourcing, contracting, manufacturing, assembly, testing, shipment, installation, maintenance, and quality improvement based on ISO 9002, AT&T, and IBM requirements. He has a solid record of quality improvement, design process streamlining, cost reduction, and timely world-wide product homologation. His education includes a BSEE and a MSEE from Montana State University, and management training at Stanford University, the American Management Institute, and the Tom Peters Leadership Seminar. Dave holds U.S. Patent No. 4,004,097, Automatic Meter Reading Device, January,18,1977.

### Steve Berkoff – Director, Field Service Operations

Mr. Berkoff is expert in the deployment and construction of many types of wireless systems including satellite, packet radio, wireless cable, and cellular. Mr. Berkoff has 20 years of experience in the wireless cable industry and has had direct management responsibility for all aspects of operations, including all phases of business planning, FCC license applications, system construction, operational planning, and capital acquisitions. The most recent wireless Cable Company he built and managed was purchased by GTE Media Ventures in 1997. Mr. Berkoff is expert in Radio Frequency (RF) field operations including procurement of construction and management contracts, technical and business evaluations of potential market sites and the preparation of detailed business plans based on these evaluations, development of technical and operational systems including standards and practices guidelines, preparation of all operational and technical manuals, and development and implementation of training programs. He also developed and built the only training center in the U.S. dedicated to wireless cable and SMATV technologies and provided technical and operational training for wireless, SMATV, satellite, PPV and DBS systems which included personnel from many companies from the foregoing industries. He created all training materials and constructed a complete laboratory

environment to provide in-depth, hands-on training. Mr. Berkoff has trained over 5,000 students in wireless field operations and is the author of three books on the subject. He has also developed training programs for AT&T and the National Satellite Technology Institute. Mr. Berkoff holds an AA from Orange Coast College in Costa Mesa, CA.

### Henry M. Rivera – General Counsel

He is the General Counsel for the Company. He is a partner in the international law firm of Shook, Hardy & Bacon, where he heads the Communications Section. He has previously served as a Commissioner at the Federal Communications Commission of the United States and has over 25 years of experience in the legal profession. He is a member of the INTELSAT Panel of Legal Experts and has served in many communications law leadership positions including the Federal Communications Bar Association, the National Research Council's Board on Telecommunications, the FCC Advanced Television Oversight Commission and a multitude of other for-profit and non-profit boards. He received his B.B.A. in accounting from the University of Albuquerque, his BA in economics from the University of New Mexico and his JE from the University of Mexico School of Law.

### James Mercer – Business Development, U.S. and Africa

Mr. Mercer has 38 years experience in the U.S. and international telecommunications industry, having worked with virtually every independent telco in the U.S. and several African countries. He has significant rural telecommunications leadership experience in operations, regulatory, public policy, cost development, and contract pricing. He developed many new policies with various rural telcos and testified as an expert witness before state/provincial and federal regulatory agencies throughout the United States, Canada, and Africa. He has lectured at Michigan State University and published articles in several trade magazines. He was an executive for Continental Telephone Company, the Organization for the Protection and Advancement of Small Telephone Companies (OPASTCO), the United States Telephone Association (USTA), and the Southern African Regional Telecommunications Restructuring Program (RTR). He is a Business Administration graduate of the University of California, Berkeley. He has served as Regional President of the UC Berkeley Alumni Association and the Haas School of Business Association. He speaks German.

### Hory D. Pertica – Business Development-Latin America

Mr. Pertica has 10 years of experience in technology project management and business development. He was the project manager for the deployment of the first wireless data network in the city of Buenos Aires, Argentina, using spread spectrum and microwave technology. He successfully developed and implemented wireless ATM services as well as a high-speed wireless Internet network for the banking and services industries in this market. He has also managed and supervised the development and installation of automatic, self- contained remote weather stations for government and commercial businesses and was responsible for product development as well as field deployment, including satellite platforms and VHF links. He was the Director of Operations for CPM S.A., which was associated with CRM (Movicom/Motorola/BellSouth) to provide solutions to the traveling public in need of temporary and immediate cellular communications. He earned a BA in Business Administration from the University of Buenos Aires in 1987 and is fluent in the Spanish, Portuguese, English and French languages.

## Technology Advisory Board

The Company has developed a Technology Advisory Board (TAB) consisting of individuals who are expert in the areas of the Internet and wireless technologies. The members of the TAB facilitate and extend the Company's web of technology partnerships. They are an important source of information about new technology development in the Silicon Valley and represent an objective opinion for new technology evaluation. The primary criterion of membership to the TAB is depth of technical experience and knowledge in the Internet and wireless industries.

### Robert M. Berger

Mr. Berger is the President of Internet Bandwidth Development located in Saratoga, CA. Bringing 20 years of Internet experience within the UNIX, Sun Workstation, and IP Network platforms, he is highly respected within the IP engineering community. He currently serves as a Consultant to a diverse set of companies including Cisco Systems, Athena Technologies, and Covad Communications. He founded Internex Information Services, which was acquired by Concentrix in 1997. Author of industry articles and speaker at for industry conferences and seminars, he has led several design and development organizations with a focus on network infrastructure, object oriented design, sophisticated graphical user interfaces and hardware integration issues. He serves as a Consultant to the Company on the Banco Bradesco project.

### Bob Linn

Mr. Linn has engineered, developed, and sold POS devices during his 39-year international career. At Singer Business Machines he engineered, tested, developed, and sold POS devices internationally. As President of his own company he sold and distributed POS devices as well as consulted with key industry executives worldwide. Over an 18-year period for Visa he implemented POS systems in U.S., Europe, Japan and other parts of Asia and South America – Brazil and Venezuela. He has also consulted for merchants or banks like The Gap and Bank of America in the area of POS systems. He attended Cabot College, McGraw-Hill Training Institute, and The Racy Training Center.

### Dewayne Hendricks

Mr. Hendricks is the Director and General Manager of the Wireless Business Unit of COM21, Inc. He is a well known expert and visionary in the wireless industry and is currently developing new products at COM21 for the broadband wireless market segment. The Company has been working with Mr. Hendricks over the past year in deploying and qualifying a wireless broadband system currently in operation from the Company's wireless equipment test facility on Mt. Allison. He is an innovator and expert on new technology developments in the wireless industry and the Internet.

### Bob Arasmith

Mr. Arasmith is the Chief Executive Officer of Crew Software, Inc, in Sunnyvale, CA. Bob is a recognized leader in software and system design in the Silicon Valley community. His expertise spans many operating systems and computer languages, but he is particularly expert in emerging operating systems such as the UNIX clone, LINUX.