# EXHIBIT D

# The Latin Payments Network
A wireless payments network for the Western Hemisphere

**TARGET:** TO IMPLEMENT A FAST AND SECURE DEBIT CARD AND PAYMENTS NETWORK FOR THE SPANISH SPEAKING POPULATION IN THE WESTERN HEMISPHERE

- To enlarge the payment and funds transfer options available to the Spanish-speaking populations.

- To convey trust and goodwill through the accurate, fast, and secure processing of financial transactions among Spanish-speaking communities, and between English and Spanish-speaking business and consumer communities.

As of 1999, the Spanish language had 332 million speakers, while English had 322 million. 70% of the 35 million US Hispanic population lives in five states: California, Texas, New York, Florida and Illinois. 31% of the entire Hispanic population resides in California. During the sweeps period earlier this year, the top local TV newscast in the New York City area was *Noticias 41*, a Spanish-language broadcast. And *Noticiero Univision*, the newscast of a national Spanish-language network, beat out the big three network news shows. Because the birth rate in the Spanish-speaking world is higher than among people whose first language is English, Spanish can be expected to remain firmly in the No. 2 spot for years to come.

The potential financial services that could be offered over a payments network targeted at the Spanish-speaking population are unlimited. Through its experience in business development, product development, and operating a mission-critical transaction network service for large credit card companies in Brazil, Wireless Networks, Inc. proposes to build the first financial network service for the Spanish-speaking community. This network will consist of wireless technologies, network operations facilities and proprietary software. Its technical elements are designed to integrate with standard payment devices while providing fast and secure transaction services for customers and merchants throughout the target market service area.

**FINANCIAL:** The total investment required to develop a network service and associated products is $10 million plus country-specific payment applications integration for various end-user devices, including Point of Sale, ATMs and other payment devices.

In return for providing the capital, Wireless Networks, Inc. (a Delaware Corp. based in the Silicon Valley of California) will provide 30% of its equity to the investor.

**STATUS:** The Company has built a prototype operation at its wholly-owned subsidiary in Brazil, including transferable technology and industry know-how to other markets.

**ACTION:** Mr. Joe DeHoust and Mr. Harrison Klein to discuss with interested banks and investors arrangements for providing funding to Wireless Networks, Inc. for the project.