# EXHIBIT E

## Wireless Networks Launches Revolutionary Wireless E-Commerce Service

San Mateo, California, and São Paulo, Brazil, September 20, 2000 – Wireless Networks, Inc. (WNI), a Silicon Valley based corporation, is launching a private wireless packet network for institutions involved in Business to Business in targeted high-demand markets around the world. WNI's unique network services are provided via their "**E-Com.Wirelessnet™**" system, based on IP and WNI patented wireless packet network technologies. **E-Com.Wirelessnet™** connects POS terminals and other merchant devices in a simple and low-cost manner while maintaining security and reliability. WNI is the first company to provide commercial use for this type of service worldwide.

The WNI solution, already being used in several shopping centers in South America, eliminates the dependence of hard wired, switched lines by using wireless technology. A small radio, attached to the retail merchant's POS terminal, transmits consumer credit card information to the credit card authorizer's network. Authorization of the transaction is sent back to the merchant's terminal. Transmissions are based on Internet Protocol, allowing transactions and equipment monitoring via Internet, 24 hours a day, seven days a week.

### New Technology Revolutionizes Electronic Commerce

**E-Com.Wirelessnet™** incorporates the best of breed packet network technologies and WNI-patented software technology. Based on 30 years of development experience, the service provides network access to all terminals, even in the most difficult, remote or moveable locations. Dynamic changes in store configuration and traffic are easily accommodated without business interruptions. **E-Com.Wirelessnet™'s** IP based network allows large numbers of terminals to be supported. Services like online catalogs, prepaid telephone cards and bill payments centers can be easily added as merchant offerings grow. Network management and reporting allows constant monitoring and isolation of system outages or performance anomalies 24 hours a day, seven days a week.

WNI's **E-Com.Wirelessnet™** offers high reliability, security and availability at a fraction of the cost currently charged by traditional providers.

### Benefits

**E-Com.Wirelessnet™** service provides the benefits of security and increased transactions to both merchants and banks by enabling check authorization to eliminate losses from bad checks; ability to accept bank debit cards; branded loyalty cards and reliable credit card authorization. Using the new service, merchants also eliminate costs for telephone calls for credit card authorization, and free their telephone lines for other uses.

Banks can increase transaction flow and revenue, multiplying sources of revenue from check guarantees and bank debit cards. The solution also enables bank's access to electronic commerce and business to business e-commerce transaction flow.

For credit cards authorizers, the benefits of the solution are cost reduction, increased transaction flow, elimination of lost transactions and increased reliability. With WNI's technology, authorizers can increase their sources of revenue through bank debit cards, branded loyalty cards, check authorization and other e-commerce services, increasing also merchant's satisfaction.

Consumers also benefit by merchants and banks using **E-Com.Wirelessnet™** because authorization is much faster by eliminating use of a switched line. This translates to less waiting time for transactions.

According to Charles Brown, CEO and founder of Wireless Networks, Inc., "WNI is always researching and developing new technologies that allow us to answer our client's needs and expectations. Our goal is always to be a step ahead of the competitors and side-by-side with our clients".

**Wireless Networks Inc.**

WNI was founded in 1997, in Silicon Valley, California, to develop and operate secure private wireless packet networks based on Internet Protocol technologies for institutions involved in business to business in targeted high-demand markets around the world. The company is located in the United States (California), Brazil (São Paulo) and the Philippines (Manila), has broadband test sites in Maui, Hawaii; Mt. Allison, in Fremont, California and is developing partnerships throughout Latin America, Asia, Europe, Africa and the Caribbean.

After the successful **E-Com.Wirelessnet™** launch in South America, in partnership with key credit card transaction processors, WNI has been assigned to link over 36 thousand terminals, in more than 100 different stores throughout South America, to credit card authorization centers before 2002.

**Contacts:**

| | |
|---|---|
| **U.S.A.** | **Brazil** |
| Charles Brown | Carlos Golin |
| Chairman and CEO | Regional Manager |
| Wireless Networks, Inc. | Wireless Networks do Brasil |
| 650-574-4472 | 55-11-3747-4500 |
| pat@wireless-networks.com | carlos@wireless-networks.com.br |
| | |
| Wireless Networks, Inc. | Wireless Networks do Brasil |
| 2322 El Camino Real | Rua Engeneheiro Antônio Jovino, 220 |
| San Mateo CA 94403 USA | 4o andar Morumbi  SP Brasil |
| (650) 574-4472 | (011) 3747-4500 |
| www.wireless-networks.com | www.wireless-networks.com |

# WIRELESS NETWORKS, INC. INFO

**Mission:** To design, develop, install and manage Global E-Business Network Solutions based on the Internet Protocol (IP) and wireless technologies for financial institutions involved in electronic commerce.

## Offices:

**WNI, Inc.**
Wireless Networks, Inc.
2322 El Camino Real
San Mateo CA 94403 USA
(650) 574-4472

**Wireless Networks do Brasil**
Wireless Networks do Brasil
Rua Engeneheiro Antônio Jovino, 220
4o andar Morumbi  SP Brasil
(011) 3747-4500

**WNISEA**
23/F Summit One Office Tower 530 Shaw Blvd.
Mandaluyong City 1501 Philippines
Tel: (632) 718 0148 / (632) 534 3558
Fax: (632) 718 0147

## Current and planned technology solutions:

- Packet Radio
- E-Com.Wirelessnet™
- Network Management
- Broadband (Point to Point, Point to Multi Point)
- Satellite Networking
- Full Wireless Integration

**Management Team:**

### *Chairman and Chief Executive Officer* - *Charles Brown*

Mr. Brown is a pioneer in fostering innovation in the Internet and wireless Communications fields. He has over 25 years of professional experience in creating new businesses and technology includes business development and executive management specializing in start-up operations, business development and financial restructuring.

He developed the first commercial wireless router platform integrating packet radio technology and the TCP/IP protocol suite. This invention resulted in a patented wireless link-layer software and increased network scalability in 1994. His hands-on creation of a start-up wireless network in Buenos Aires, Argentina from strategic conception allowed break-even in 12 months and resulted in over $6 million in communications service contracts. During his career, Mr. Brown has successfully restructured companies ranging from a mid-sized telephone company to a technology fulfillment company to a technology publishing company. Mr. Brown earned a BSBA from Rockhurst College in Accounting/Philosophy.

### *President* *Patrick Lanthier*

Mr. Lanthier has 30 years of experience in managing change in the communications services industry. His background includes ventures and programs ranging from $10 million-$10 billion, including cellular, PCS, Broadband, ISDN, ADSL, Post FTS-2000, and new regulatory frameworks. He was four times elected National Chairman of the 1300-company member United States Telephone Association's (USTA) New Services and Technologies Committee. Elected to more than 12 industry boards, Patrick was part of the first U.S cellular interconnection team, the first PCS team, as well as founder of the industry-wide policy effort entitled "Route 2000: The Information Superhighway Public Policy Roadmap". Mr. Lanthier has been an advisor to the United Nations and a university lecturer in the areas of the new economy, new technologies and regulation. He is also an internationally published creator of more than ten works via groups such as U.S. NII Advisory Council, the Congressional Office of Technology Assessment, Bell Communications Research, The European Union, The National Research Council, etc. Pat attended The Wharton School; Seton Hall University, AT&T MBA Program; and San Francisco State University.

### *Acting Chief Financial Officer* *Alex Pop Lazic*

Mr. Pop-Lazic has over 16 years of capital markets and investment banking experience, concentrated in the areas of complex infrastructure finance and strategic financial planning. Over his career, he has represented clients in transactions totaling over $10 billion. He opened Pop-Lazic & Co., a financial advisory firm, in 1996.

Prior to starting the firm, Alexander worked at Lazard Frères & Co from 1990 to 1995. While at Lazard, his duties included: managing the West Coast Quantitative Services Group, developing financial products, and expanding Lazard's infrastructure finance practice into Eastern Europe. He began his investment banking career in 1987 at L.F. Rothschild & Co., Inc. Preceding investment banking, he was employed at the Treasurer's Office of the California Institute of Technology (Caltech), where he was responsible for overseeing the management of the Institute's Endowment and Trust Funds. He holds an MBA with Specialization in Finance from the University of Chicago, Graduate School of Business, and a B.S. in Management and Finance from Case Western University.

### *Vice President of Engineering* *Dr. Michael Hu*

Dr. Hu, has been a pioneer in the electronic financial transaction industry and a seminal innovator utilizing wireless media. Dr. Hu was the technical liaison for Visa International, MasterCard and various third party processors in joint projects and pilots, and instrumental in generating a multi-million dollar investment for the company. Dr. Hu has also served in various senior engineering management positions. He received his Ph.D., MSEE, BSEE from Stanford University and he holds several U.S. Patents.

### *Vice President of Network Engineering* *Robert Arasmith*

Mr. Arasmith is a recognized leader in software and system design in the Silicon Valley community. His expertise spans many operating systems and computer languages, but he has specific expertise in emerging operating systems such as the UNIX clone, LINUX. Mr. Arasmith is an expert in software development, network software development, and Internet Protocols. Mr. Arasmith was director of languages at Hall Computer, producer and high performance sparc based work stations. Mr. Arasmith holds a degree in Electronic Engineering and has focused only on startups since the early 80's.

### *President, Wireless Networks do Brasil* – *Carlos Antônio Golin*

Mr. Golin has over 25 years experience in international sales, marketing and product development. Prior to joining Wireless Networks, Mr. Golin advised clients on product development and channel distribution at Genebra Corretora de Seguros (a consultancy to major insurance carriers, Credit Card Companies and Banks). An adept negotiator, Mr. Golin successfully faced the continual challenges of overcoming labor issues with The Labor Syndicate, and was the company's representative to the Auto Parts National Syndicate. Mr. Golin's extensive background in national and global markets is proven in his employment with several companies in Brazil. Mr. Golin earned his MBA at Fundação Getúlio Vargas, and attended Instituto Tecnológico de Aeronáutica for electronic engineering. He serves as Board Member for Tecnotubo S.A. Indústria de Peças Tubulares.

### *President, Wireless Networks Southeast Asia* - *Steve Berkoff*

Mr. Berkoff is expert in the deployment and construction of many types of wireless systems including satellite, packet radio, wireless cable, and cellular. Mr. Berkoff has 20 years of experience in the wireless cable industry including direct management responsibility for all aspects of operations, business planning, FCC license applications, system construction, operational planning, and capital acquisitions. His expertise in Radio Frequency (RF) field operations has involved him in the development and implementation of numerous technical and operational systems. Mr. Berkoff established the only technical and operational training center in the U.S. dedicated to wireless cable and SMATV technologies, providing training for wireless, SMATV, satellite, PPV and DBS systems. Mr. Berkoff has trained over 5,000 students in wireless field operations at such institutes as AT&T, and the National Satellite Technology Institute. Mr. Berkoff holds an AA from Orange Coast College in Costa Mesa, CA.

For More Information: www.wireless-networks.com

**E-Com.Wirelessnet™ (Radio)**



## E-Com.Wirelessnet™ (Radio and POS)



# E-Com.Wirelessnet™ Network



Matrix Network