# EXHIBIT F

# Wireless Networks, Inc.

**WNI – Wireless eBusiness Network Solutions**
Wireless Networks, Inc. is a Silicon Valley based company organized to design, develop, deploy, and operate digital networks based on Internet Protocols (IP) and wireless technologies. The Company leverages these technologies to create E-Business network-based payment solutions that provide near term recurring revenue streams, while serving as a foundation for long term growth. WNI plans to deploy in several countries in the next few years.

**Global Emerging Markets and Private Network Focus**
The Company is focused on emerging markets around the world (such as South America, Asia, Europe, Africa, rural US), where there is demand for IP and wireless technologies for the provision of network services, and where traditional communications infrastructures are not sufficiently developed to meet electronic financial transaction demand. These markets are of primary interest, because the combination of telecom deregulation and Internet technology applications has created pent-up demand for new and innovative private network services. The Company's relationships, know-how, extensive international experience, innovation, and core competencies (networks, wireless, Internet, financial transactions) enable it to succeed in these high growth markets. WNI do Brasil, located in São Paulo, is the first WNI subsidiary corporation, with a fully operational wireless network and network operations center now providing real-time financial transaction network services to the largest customers in Brazil.

**Silicon Valley-Based Technology Development and Customer Support**
Core technologies include packet radio, wireless broadband, and WNI-patented control software developed and tested in the Company's own internal engineering groups in the Silicon Valley and Brazil. Development strategies include growing existing and future technology investments into horizontal regional networks supporting a wide array of vertical services. Customer Support is provided by the multinational three-level Network Operations structure, with regional centers linked to the main Network Operations Center located in the Silicon Valley.

**Recurring Revenues and Exponential Growth in Global E-Business**
Recurring revenue streams are at the heart of WNI's business plans. In addition, global exponential growth is projected for both the local access and broadband wireless markets, coupled with explosive growth in business-to-business electronic commerce (e-business) applications. By 2005, both wireless broadband and wireless data revenues are expected to be 16 times current levels and global e-business revenues are expected to be a staggering 200 times 1996 levels. WNI is singularly qualified to develop and deploy wireless solutions to meet this expected demand around the world.

**IP and Wireless Networks Inc. - A 21st Century MCI?**
The Company's strategy leverages the Internet paradigm in both the technology and business sectors. The combination of IP and wireless technologies integrated into network infrastructure is both cost-effective and a platform for future expansion. The regional networks that originally were the elements of the U.S. Internet just four years ago are now part of larger, centralized network infrastructures owned and operated by international communications companies. The Company believes the same trend will apply in its targeted regional markets where it will develop communications infrastructure and service, and provide the type of shareholder return associated with high value-added network service providers. As a conceptual model, the Company operates as a 21st Century "Internet-MCI" with reference to the initial strategy of MCI (Microwave Communications Inc.).

**The Team – 400 Years of Experience**
One of the Company's most valuable strategic assets is the extensive experience and innovative capabilities of the Management Team, Technology Advisory Board, and Business Advisory Board. Collectively, these "hands-on" team members provide the company with more than 400 years of Internet, networking, wireless, software, terminal, regulatory, and financial management experience in national and international venues. The team members also employ an extensive "collaborators network" of scientists, technologists, and business leaders in the Silicon Valley and elsewhere.