JEFFREY F. RYAN, ESQ. SBN 129079
RYAN & STEINER
An Association of Attorneys
455 North Whisman Road, Suite 200
Mountain View, CA 94043-5721
Telephone:   (650) 691-1430
Facsimile:    (650) 968-2685

Attorneys for Plaintiff,
CHARLES M. BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES M. BROWN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation, and DOES 1 THROUGH 50,<br><br>　　　　　Defendants. | Case No.: C-07-04301 EDL<br><br>**DECLARATION OF JEFFREY F. RYAN IN SUPPORT OF CHARLES BROWN'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: RETENTION OF SOURCE CODE IN CALIFORNIA AND/OR FOR AN ORDER INCREASING THE AMOUNT OF DEFENDANT'S BOND**<br><br>Dept.:　Courtroom E, 15th Floor<br>Judge:　Magistrate Elizabeth D. Laporte |

I, Jeffrey F. Ryan, declare and state as follows:

1.　I am an attorney licensed to practice before all the courts of California and in this Court. I make this declaration of my own personal knowledge and if called upon to testify in Court I could and would testify as follows.

2.　To date, I have spent over $25,000.00 in attorneys' fees in this matter. Since this case has both a breach of promissory note cause of action and a wage claim cause of action, both of which carry with them attorneys' fees provisions, coupled with the fact that the Defendant is

threatening to counterclaim against Plaintiff, Charles M. Brown, it is extremely likely that we will expend at least another $75,000.00 in attorneys' fees through trial in this matter.

3. Therefore, we would ask that if the Court is inclined to issue a bond in lieu of holding on to the Source Code, that the court increase the amount of the bond to $200,000.00 from its current amount of $51,000.00, which is determined as follows: $100,000.00 for attorneys' fees, $51,000.00 for the promissory note, and approximately $49,000.00 for the wages owed Mr. Brown by Wireless Networks, Inc.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed this __6th__ day of September, 2007, in Mountain View, California.

_Jeffrey F. Ryan_
JEFFREY F. RYAN