JEFFREY F. RYAN, ESQ. SBN 129079
RYAN & STEINER
An Association of Attorneys
455 North Whisman Road, Suite 200
Mountain View, CA 94043-5721
Telephone:    (650) 691-1430
Facsimile:    (650) 968-2685

Attorneys for Plaintiff,
CHARLES M. BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation, and DOES 1 THROUGH 50,<br><br>Defendant. | Case No.: C-07-04301 EDL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CHARLES M. BROWN'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: RETENTION OF SOURCE CODE IN CALIFORNIA AND/OR FOR AN ORDER INCREASING THE AMOUNT OF DEFENDANT'S BOND** |

The matter having come before the court on plaintiff's application for a temporary restraining order, and the Court having found that there is a substantial probability that plaintiff will recover on the complaint, that there is a substantial risk of irreparable injury to plaintiff and others if defendant is allowed to remove its source code from the State of California, that Defendant has operated for more than 10 years utilizing its Source Code while such source code was located within the State, and that the equities favor maintaining this status quo pending a full hearing on a preliminary injunction:

It is hereby ordered that Defendant Wireless Networks, Inc., and all those acting in concert therewith, are hereby restrained from removing from the State of California the Source Code DVD disks deposited with the San Mateo Superior Court, or any copy thereof,

1   It is further ordered that the amount of the bond filed by WNI in this matter shall be
2   increased by $_____$, to a total amount of $_____.
3   It is further ordered that on September \_\_\_\_, 2007, at \_\_\_\_\_ \_\_\_.m. in Courtroom \_\_\_\_
4   of this Court, Defendant WNI shall show cause why it should not be restrained during the
5   pendency of this action from removing from the State of California the Source Code DVD disks
6   deposited with the San Mateo Superior Court, or any copy thereof.
7   Defendant shall file any papers in connection with this Order to Show Cause by
8   September \_\_\_\_, 2007. Plaintiff shall file any reply thereto by September \_\_\_\_, 2007.
9   IT IS SO ORDERED:

11  DATED: _____    _____
                                  MAGISTRATE JUDGE ELIZABETH D. LAPORTE