IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M BROWN, | No. C-07-04301 EDL |
| Plaintiff, | **ORDER ENLARGING TIME** |
| v. | |
| WIRELESS NETWORKS INC, | |
| Defendant. | |

In its prior orders dated August 31 and September 4, 2007, the Court ordered Defendant to post a surety bond by September 6, 2007 in the amount of $51,617.32 to satisfy a potential judgment. On September 6, 2007, Defendant filed a request for an enlargement of time to post the bond because Defendant has been unable to complete the transaction by September 6, 2007. Defendant asks the Court to extend the deadline for posting the bond until September 14, 2007, to allow sufficient time. For good cause shown, the Court grants Defendant's request.[1] Upon completion of the transaction, and not before, the Court orders that the source code DVDs be immediately released to Defendant's counsel.

**IT IS SO ORDERED.**

Dated: September 6, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge

---

[1] The Court notes that Plaintiff has filed a Third Amended Complaint that would appear to nullify this Court's diversity jurisdiction. Plaintiff did not seek leave to file an amended pleading, however, as required by Rule 15(a) of the Federal Rules of Civil Procedure. The Court construes Plaintiff's filing as a request for leave, and defers ruling on it at this time, though it intends to do so promptly under an expedited schedule. Until the Court grants leave, the Second Amended Complaint is the operative complaint, and this Court has jurisdiction.