DANIEL J. HERLING (SBN 103711)
LINA M. BRENNER (SBN 191075)
JESSICA E. LA LONDE (SBN 235744)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   djherling@duanemorris.com
          lmbrenner@duanemorris.com
          jelalonde@duanemorris.com

Attorneys for Defendant
WIRELESS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. BROWN, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 3:07-CV-04301 EDL<br><br>**DEFENDANT WIRELESS NETWORKS, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STRIKE OR, IN THE ALTERNATIVE, MOTION TO DISMISS**<br><br>Date:   October 16, 2007<br>Time:   9:00 a.m.<br>Dept:   Courtroom E, 15th Floor<br>Judge:  Magistrate Elizabeth D. Laporte |

Defendant Wireless Networks, Inc. ("WNI") hereby requests that this Court take judicial notice, pursuant to Federal Rules of Evidence 201, of the following documents in support of WNI's Motion to Strike or, in the Alternative, Motion to Dismiss, filed concurrently herewith.

   1.   Attached as **Exhibit A** is a Notice of Claim and Conference from the Labor Commissioner of the State of California, in State Case Number 12-69471, *Charles M. Brown v. Wireless Networks, Inc.*

   2.   Attached as **Exhibit B** is the same document as Exhibit A, but reschedules the date of the Conference to September 11, 2007.

///

1  Rule 201 authorizes and directs a court to take judicial notice of any fact if requested by a
2  party and supplied with the necessary information, provided the fact is not subject to reasonable
3  dispute and is either (1) generally known within the territorial jurisdiction of the trial court, or (2)
4  capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably
5  be questioned.  Fed. R. of Evid. 201(b).  This authority allows the court to take judicial notice of the
6  records of state administrative agencies, including the Notice of Claim and Conference by the Labor
7  Commissioner of the State of California.  *See, e.g.*, *Louie v. McCormick & Schmick Rest. Corp.*, 460
8  F. Supp. 2d 1153, 1156 n.4 (C.D. Cal. 2006) ("Under Rule 201 of the Federal Rules of Evidence, the
9  court may take judicial notice of the records of state courts, the legislative history of state statutes,
10 and the records of state administrative agencies.")

11 For the reasons stated above, Rule 201 provides this Court with the authority to take judicial
12 notice of the referenced State of California Labor Commissioner Notice of Claim and Conference.
13 Accordingly, WNI respectfully requests that the Court take notice of the two documents referred to
14 herein.

16 Dated: September 7, 2007                **DUANE MORRIS LLP**

                                          By:      /s/ Daniel J. Herling
                                                 Daniel J. Herling
                                                 Lina M. Brenner
                                                 Jessica E. La Londe
                                                 Attorneys for Defendant
                                                 Wireless Networks, Inc.