Exhibit A to Request for Judicial Notice

*Direct any correspondence to:*
LABOR COMMISSIONER, STATE OF CALIFORNIA
Department of Industrial Relations
Division of Labor Standards Enforcement

100 Paseo de San Antonio, Ste. 120
San Jose, CA 95113
 FAX(408) 277-9643

**PLAINTIFF:** Charles M Brown

**DEFENDANT:** Wireless Networks, Inc.
c/o CT Corporation System
818 W. 7th Street, 2nd Floor
Los Angeles, CA 90017

| State Case Number 12-69471 WM | NOTICE OF CLAIM AND CONFERENCE |
|---|---|

**ALL PARTIES** in the above matter **ARE TO APPEAR** for a conference to be held in the Office of the State Labor Commissioner as follows:

**PLACE:** 100 Paseo de San Antonio, Ste. 120 San Jose, CA 95113

**DATE:** Wednesday, September 5, 2007      **TIME:** 3:15 PM

The purpose of this conference is to discuss the validity of and to settle the claim filed with this Division by the Plaintiff shown above alleging non-payment of:

Issue 1: Wages for 3.5 months at $6,000 per month earned from April 1, 2007 to July 13, 2007, claiming $21,000.00.

Issue 2: Wages for 3 months at $6,000.00 per month earned from July 1, 2002 to September 30, 2002, claiming $18,000.00.

Issue 3: Reimbursement for unauthorized deductions from wages earned during the period from April 1, 2007 to July 13, 2007, claiming $1,876.60.

☒ and also alleging additional wages accrued pursuant to Labor Code Section 203 as a penalty at the rate of $276.39 per day until paid, but not exceed thirty days.

☐ and also alleging additional wages accrued pursuant to Labor Code Section 203.1, as a penalty at the rate of .......... per day for issuance of an insufficient payroll check for an indeterminate number of days not to exceed thirty days.

In addition, the Defendant may be subject to penalties due to the State of California, pursuant to Labor Code Section 210.

ALL PARTIES please bring any supporting material you have, including books, payroll records, time records or other documents that may have bearing on this matter.

**TO THE DEFENDANT:**

Prior to the conference, you may submit to this office a written reply regarding this claim. However, you should still attend the conference, unless otherwise notified.

If this matter is not settled at the conference, a hearing may be scheduled. Any wages awarded as a result of a hearing pursuant to Labor Code Section 98 will accrue interest from the date they are found due until they are paid {Labor Code Section [98.1(c)].

**Instead of appearing** for the above conference you can settle this claim by mailing **immediately** to this office a check or money order made payable to the **Plaintiff** for the full amount of the claim, **including penalties**. If you concede that part of the claim is valid the conceded amount **must be paid immediately** as required by Labor Code Section 206.

Any disputed amount will be discussed at the scheduled conference. Payment must be accompanied by a separate or detachable itemized statement of any deductions made, as provided by the Labor Code. Do not make payroll deductions from amounts paid as penalties.

If this claim is not settled, it will be resolved as provided by Section 98 of the Labor Code.

DATED: August 1, 2007

*William McHargue*
**William McHargue**      *Deputy Labor Commissioner*
408-277-9646

DLSE 563/DEF. (REV9/96)      NOTICE OF CLAIM AND CONFERENCE      L.C. 9