DANIEL J. HERLING (SBN 103711)
LINA M. BRENNER (SBN 191075)
JESSICA E. LA LONDE (SBN 235744)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: djherling@duanemorris.com
lmbrenner@duanemorris.com
jelalonde@duanemorris.com

Attorneys for Defendant
WIRELESS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. BROWN, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>   Defendant. | Case No. 3:07-CV-04301 EDL<br><br>**DECLARATION OF DANIEL J. HERLING IN SUPPORT OF DEFENDANT WIRELESS NETWORKS, INC.'S MOTION TO STRIKE OR, IN THE ALTERNATIVE, MOTION TO DISMISS**<br><br>Date:   October 16, 2007<br>Time:   9:00 a.m.<br>Dept:   Courtroom E, 15th Floor<br>Judge:  Magistrate Elizabeth D. Laporte |

   I, Daniel J. Herling, declare as follows:

   1.   I am an attorney duly licensed to practice in all of the courts of the State of California and am a partner of Duane Morris LLP, attorneys of record for Defendant Wireless Networks, Inc. ("WNI") herein. The following matters are of my own personal knowledge, and if called as a witness in this matter, I could and would competently testify thereto.

   2.   This declaration is submitted in support of Defendant Wireless Networks, Inc.'s Motion to Strike or, in the Alternative, Motion to Dismiss, filed concurrently herewith.

///

3. Once Plaintiff amended his complaint to add causes of action for alleged "wages due," WNI planned on seeking a dismissal of Plaintiff's claim with the Labor Commissioner, on the ground that Plaintiff should not be allowed to simultaneously seek the same remedy in two different fora.

4. Attached as Exhibit A is a true and correct copy of my September 6, 2007 letter to Plaintiff's attorney, Mr. Jeffrey Ryan.

5. Attached as Exhibit B is a true and correct copy of Mr. Ryan's September 6, 2007 letter to me.

6. Plaintiff filed a Fourth Amended Complaint without first obtaining leave of court or WNI's written consent.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this was executed on September 7, 2007 in San Francisco, California.

      /s/ Daniel J. Herling
      Daniel J. Herling