# Exhibit A to Herling Declaration

# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

DANIEL J. HERLING
DIRECT DIAL: 415.957.3018
E-MAIL: djherling@duanemorris.com

www.duanemorris.com

September 6, 2007

**VIA FACSIMILE**

Jeffrey F. Ryan
Ryan & Steiner
455 North Whisman Avenue, Suite 200
Mountain View, California 94043-5721

Re: Charles M. Brown v. Wireless Networks, Inc.
    USDC Case No.: C07-4301 EDL

Dear Mr. Ryan:

I have reviewed the Third Amended Complaint ("TAC") which was filed with the court on September 5, 2007. In reviewing the TAC, I am somewhat confused as to the claims being made. Specifically, in paragraph 8 on page 2 of the TAC, it is alleged that Mr. Brown is making a claim for wages due.

A review of the common counts cause of action in the TAC sets forth that the claim for wages due is in the sum of zero.

Accordingly, it appears that Mr. Brown is abandoning his wage loss claim in federal court. I would appreciate your clarifying this for me. As you are aware, there is pending before the San Jose Labor Commissioner a hearing on September 11, 2007. At this point, we are intending on appearing before the Labor Commissioner at which time we will request that the claim of Mr. Brown be dismissed with prejudice since the TAC indicates the wage loss claim is in the sum of zero.

If my review of the TAC is inaccurate, I would appreciate your letting me know.

Very truly yours,

Daniel J. Herling

DJH/bmc
cc: Lori Ocheltree

DUANE MORRIS LLP

ONE MARKET, SPEAR TOWER, SUITE 2000   SAN FRANCISCO, CA 94105-1104   PHONE: 415.957.3000   FAX: 415.957.3001