# Exhibit B to Herling Declaration

# RYAN & STEINER
### An Association of Attorneys

455 North Whisman Road, Suite 200
Mountain View, CA 94043-5721
(650) 691-1430 Fax: (650) 968-2685

JEFFREY F. RYAN                                                                                    JR@RYANSTEINER.COM

September 6, 2007

**VIA FACSIMILE AND U.S. MAIL**

Daniel J. Herling, Esq.
DUANE MORRIS LLP
One Market Street, Spear Tower, Suite 2000
San Francisco, CA 94105-1104

  Re: *Brown v Wireless Networks, Inc.*
    Case No. C-07-04301 EDL

Dear Mr. Herling:

  This is in response to your correspondence of September 6, 2007 regarding the Third Amended Complaint. Mr. Brown is not abandoning his claim for wages. Unfortunately, due to a technical error, the template for the Second Amended Complaint did not successfully copy over to the Third Amended Complaint. We will be filing an errata.

              Very truly yours,

              RYAN & STEINER
              An Association of Attorneys

              JEFFREY F. RYAN

JFR:vlf

cc: Mr. Charles M. Brown