DANIEL J. HERLING (SBN 103711)
LINA M. BRENNER (SBN 191075)
JESSICA E. LA LONDE (SBN 235744)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   djherling@duanemorris.com
          lmbrenner@duanemorris.com
          jelalonde@duanemorris.com

Attorneys for Defendant
WIRELESS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. BROWN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WIRELESS NETWORKS, INC., a Delaware corporation, <br><br> Defendant. | Case No. 3:07-CV-04301 EDL <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT WIRELESS NETWORKS, INC.'S MOTION TO STRIKE OR, IN THE ALTERNATIVE, MOTION TO DISMISS** <br><br> Date:   October 16, 2007 <br> Time:   9:00 a.m. <br> Dept:   Courtroom E, 15th Floor <br> Judge:  Magistrate Elizabeth D. Laporte |

Defendant Wireless Networks, Inc. ("WNI")'s Motion to Strike or, in the Alternative, Motion to Dismiss came on regularly for hearing before this Court on October 16, 2007. Duane Morris LLP appeared on behalf of WNI and Mr. Jeffrey Ryan appeared on behalf of Plaintiff. Having read and considered all the papers, oral arguments of counsel, and good cause appearing therefor, the Court finds as follows.

Plaintiff neither sought leave of court to file his Fourth Amended Complaint nor obtained WNI's written consent to do so, in violation of Fed. R. Civ. P. 15(a).

///

///

1

IT IS HEREBY ORDERED THAT:

Plaintiff's Fourth Amended Complaint is stricken in its entirety, pursuant to Fed. R. Civ. P. 12(f).  WNI is entitled to its attorneys fees and costs incurred in filing its Motion, as sanctions for Plaintiff's violation of Fed. R. Civ. P. 15(a).

[In the alternative]

Plaintiff's "wages due" claim as it relates to the July 1, 2002 to September 30, 2002 time period (for a total of $18,000) is barred by the relevant statute of limitations.

IT IS HEREBY ORDERED THAT:

Plaintiff's "wages due" claim as it relates to the July 1, 2002 to September 30, 2002 time period (for a total of $18,000) is dismissed with prejudice.

**IT IS SO ORDERED.**

Date: _____, 2007

_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge