Daniel J. Herling (SBN 103711)
Lina M. Brenner (SBN 191075)
Jessica E. La Londe (SBN 235744)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:    djherling@duanemorris.com
            jelalonde@duanemorris.com

Attorneys for Defendant
WIRELESS NETWORKS, INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| CHARLES M. BROWN,<br><br>             Plaintiff,<br><br>      v.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>             Defendant. | Case No. C-07-04301 EDL<br><br>**DECLARATION OF DANIEL J. HERLING IN SUPPORT OF DEFENDANT WIRELESS NETWORKS, INC.'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: RETENTION OF SOURCE CODE IN CALIFORNIA AND/OR FOR AN ORDER INCREASING THE AMOUNT OF DEFENDANT'S BOND**<br><br>Dept:    Courtroom E, 15th Floor<br><br>Judge:   Mag. Elizabeth D. Laporte |

I, Daniel J. Herling, declare:

1.       I am an attorney duly licensed to practice in all the court in the State of California and am a partner of Duane Morris LLP, attorneys of record for defendant Wireless Networks, Inc. ("WNI") herein.  The following are matters of my own personal knowledge and, if called as a witness in this matter, I could and would competently testify thereto.

///

1

DECLARATION ON DANIEL J. HERLING IN SUPPORT OF DEFENDANT'S OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE                                            CASE NO. 07-4301 EDL

DM1\1189013.1

2.     This declaration is submitted in support of defendant WNI's opposition to plaintiff's TRO filed concurrently herewith.

3.     Attached and incorporated and marked as Exhibit 1 to my declaration is a true and correct copy of a letter dated September 7, 2007 from WNI's Chairman, Ruy Rothschild de Souza to the Shareholders of WNI.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 10, 2007, in San Francisco, California.

_/s/_   Daniel J. Herling

DECLARATION ON DANIEL J. HERLING IN SUPPORT OF DEFENDANT'S OPPOSITION          CASE NO. 07-4301 EDL
TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO
SHOW CAUSE
DM1\1189013.1