DANIEL J. HERLING (SBN 103711)
LINA M. BRENNER (SBN 191075)
JESSICA E. LA LONDE (SBN 235744)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   djherling@duanemorris.com
          lmbrenner@duanemorris.com
          jelalonde@duanemorris.com

Attorneys for Defendant
WIRELESS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. BROWN, an individual,<br><br>             Plaintiff,<br><br>     v.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>             Defendant. | Case No. 3:07-CV-04301 EDL<br><br>**DECLARATION OF JESSICA E. LA LONDE IN SUPPORT OF DEFENDANT WIRELESS NETWORKS, INC.'S OPPOSITION TO PLAINTIFF'S TRO**<br><br>Dept:   Courtroom E, 15th Floor<br><br>Judge:  Magistrate Elizabeth D. Laporte |

I, Jessica E. La Londe, declare as follows:

1. I am an attorney duly licensed to practice in all of the courts of the State of California and am an associate of Duane Morris LLP, attorneys of record for Defendant Wireless Networks Inc. ("WNI") herein. The following matters are of my own personal knowledge, and if called as a witness in this matter, I could and would competently testify thereto.

2. This declaration is submitted in support of Defendant Wireless Networks, Inc.'s Opposition to Plaintiff's TRO, filed concurrently herewith.

3. At the time Plaintiff's lawsuit was filed, WNI's corporate records were being held in a storage unit in Redwood City, California under the name of Charles M. Brown (Plaintiff herein).

1

4.  After repeated attempts, commencing on July 13, 2007, it was not until August 14, 2007 that Plaintiff sent the key to the storage unit where such records were being held to Duane Morris LLP's office in San Francisco.

5.  On August 18, 2007, I traveled to Redwood City and retrieved all pertinent corporate records that were stored in the storage unit.

6.  These corporate records are currently being inventoried and assessed.

7.  Operational records are being sent to Sao Paulo, Brazil, the principal place of business of WNI, and the corporate records such as articles of incorporation, minute books and bylaws are being sent to WNI's corporate counsel in New York City, New York.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this was executed on September 7, 2007 in San Francisco, California.

      /s/  Jessica E. La Londe
Jessica E. La Londe