```
1  JEFFREY F. RYAN, ESQ. SBN 129079
   RYAN & STEINER
2  An Association of Attorneys
   455 North Whisman Road, Suite 200
3  Mountain View, CA 94043-5721
   Telephone:    (650) 691-1430
4  Facsimile:    (650) 968-2685
5
   Attorneys for Plaintiff,
6  CHARLES M. BROWN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES M. BROWN, | Case No. 3:07-04301-EDL |
| Plaintiff, | **DECLARATION OF BOB ROGERS IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE AND PRELIMINARY INJUNCTION** |
| vs. | |
| WIRELESS NETWORKS, INC., a Delaware corporation, and DOES 1 THROUGH 50, | |
| Defendants. | Dept.:  Courtroom E, 15th Floor<br>Judge:  Magistrate Elizabeth D. Laporte |

I, BOB ROGERS, declare as follows:

1. I am over the age of 18 and a resident of California. I have personal knowledge of the facts set forth herein, and if called to testify as a witness, would testify thereto.

2. I am one of the original shareholders in Wireless Networks, Inc. I was a shareholder before Mr. Ruy de Souza became involved with the Company in 2002. It has come to my attention that Mr. de Souza and his attorneys have attempted to take control of the assets of the Company without compensating the original investors like myself who were responsible for bringing the technology and skilled professionals to their attention in the first place. He has not communicated once with us investors.

3. As far as I am aware he has simply taken over control of the intellectual, technological and material assets of the company without any intention of returning any part of our investment. I feel as if I have been defrauded of my investment on a good product that is actively and profitably being used in Brazil by Mr. de Souza. I do not feel it is fair for Mr. de Souza to profit in the short or long term without including the people that brought this product to his doorstep. If he walks away with our investment without fair compensation it would be a travesty of justice.

4. Mr. de Souza may think this is legal and proper, but I seriously doubt that it is and I want to have my shareholder rights preserved in any action, including not transferring any additional assets to Brazil under any circumstances until there is a fair compensation agreement for all of us original investors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed September 10, 2007, at Half Moon Bay, California.

*Bob Rogers*
BOB ROGERS

---

2
DECLARATION OF BOB ROGERS IN SUPPORT OF APPLICATION FOR TRO, OSC AND PRELIMINARY INJUNCTION
BROWN v. WIRELESS NETWORKS, INC.                                CASE NO. C07-4302 EDL