1  JEFFREY F. RYAN, ESQ. SBN 129079
   RYAN & STEINER
2  An Association of Attorneys
   455 North Whisman Road, Suite 200
3  Mountain View, CA 94043-5721
   Telephone:    (650) 691-1430
4  Facsimile:    (650) 968-2685
5
   Attorneys for Plaintiff,
6  CHARLES M. BROWN

7                 UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9                   SAN FRANCISCO DIVISION

10

11  CHARLES M. BROWN,                      Case No. 3:07-cv-04301-EDL

12          Plaintiff,                     **DECLARATION OF FRANK LaCORTE
                                           IN SUPPORT OF APPLICATION FOR
13      vs.                                TEMPORARY RESTRAINING ORDER,
                                           ORDER TO SHOW CAUSE AND
14  WIRELESS NETWORKS, INC., a Delaware    PRELIMINARY INJUNCTION**
    corporation, and DOES 1 THROUGH 50,
15                                         **Dept.:    Courtroom E, 15th Floor
16          Defendants.                    Judge:    Magistrate Elizabeth D. Laporte**

17

18

    I, FRANK LACOURTE, declare as follows:
19
            1. I am over the age of 18 and a resident of California. I have personal knowledge of the
20
    facts set forth herein, and if called to testify as a witness, would testify thereto.
21
            2. As a shareholder in Wireless Network, Inc. I have concerns about the lack of
22
    performance and failure to communicate exhibited by Mr. Ruy de Souza. When Mr. de Souza
23
    joined us and became a majority shareholder in our investment, it was made clear to him the
24
    expectations of his participation, including the need for additional investors and the plan for
25
    expansion into other regions.
26
            3. Mr. de Souza has been lax in his fiduciary responsibilities and has not communicated
27
    well with me or other investors I have spoken to. I am concerned that he may be purposely
28

1 | misleading and misinforming other investors for reasons which are not in keeping with his
2 | responsibilities.
3 |        4. I believe that Mr. de Souza is attempting to transfer assets illegally and without
4 | sufficient cause, except that he wants them and thinks he can get them for free. He has been
5 | playing games with us shareholders, and any rights we might have should be preserved for
6 | further possible legal action against Mr. de Souza and his associates.
7 |
8 |        I declare under penalty of perjury under the laws of the United States that the foregoing is
9 | true and correct.
10 |        Executed September *10 TH*, 2007, at Gilroy, California.
11 |
12 |
13 |        FRANK LACORTE
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

DECLARATION OF FRANK LACORTE IN SUPPORT OF APPLICATION FOR TRO, OSC AND PRELIMINARY INJUNCTION
BROWN v. WIRELESS NETWORKS, INC.                                    CASE NO. C07-4302 EDL