# RYAN & STEINER
## An Association of Attorneys

455 North Whisman Road, Suite 200
Mountain View, CA 94043-5721
(650) 691-1430 Fax: (650) 968-2685

JEFFREY F. RYAN                                                     jr@ryansteiner.com

September 11, 2007

Magistrate Judge Elizabeth D. LaPorte
United States District Court
Department 32, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Brown v. Wireless Networks, Inc.* – USDC Case No. C-07-04301 EDL
      *Mr. Herling's letter to Magistrate Judge LaPorte dated September 6, 2007*

Dear Judge LaPorte:

I am in receipt of Mr. Herling's letter to you dated September 6, 2007, which was electronically filed with the court. In the second paragraph, Mr. Herling states that "WNI has made a diligent attempt to obtain a bond through International Sureties, Ltd." I am concerned that this bonding company is not a California bonding company, but rather an international bonding company. The reason I raise this concern with you, Your Honor, is that when I met and conferred with Daniel Herling on this subject, he indicated to me that he was going to use a Brazilian bonding company and that I would be have to "chase the money in Brazil." Based on that statement, I am leery about an "International Surety, Ltd." and would ask the court to require some proof from Mr. Herling that it is, in fact, a California bonding company licensed to issue bonds in the State of California with its principal place of business in California.

Thank you for your consideration of this matter.

                                                    Very truly yours,

                                                    RYAN & STEINER
                                                    An Association of Attorneys

                                                    JEFFREY F. RYAN

JFR:dv

cc:   Daniel J. Herling, Esq.
      Mr. Charles M. Brown