**Duane Morris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

DANIEL J. HERLING
DIRECT DIAL: 415.957.3018
E-MAIL: djherling@duanemorris.com

www.duanemorris.com

September 12, 2007

Magistrate Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
Northern District of California
Courtroom E, 15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re: *Charles M. Brown v. Wireless Networks, Inc.*
    Case No.: C 07-4301 EDL

Dear Judge Laporte:

This responds to Mr. Ryan's letter dated September 11, 2007 and will allay any concerns about the bonafides of the bonding company.

First, International Sureties, Ltd. is a bond brokerage firm which is located in New Orleans, Louisiana.

International Sureties has placed the bond with International Fidelity Insurance Company, an insurance company licensed in California and Treasury listed with the Federal government. Its corporate headquarters are located at 1 Newark Center, Newark, New Jersey.

I am not aware of any requirement that a bonding company licensed to issue bonds in the State of California must have its principal place of business in California.

If you should have any questions regarding any of the above, please do not hesitate to contact me at your convenience.

Very truly yours,

*Daniel J. Herling*

DJH/bmc

DUANE MORRIS LLP

ONE MARKET, SPEAR TOWER, SUITE 2000   SAN FRANCISCO, CA 94105-1104     PHONE: 415.957.3000   FAX: 415.957.3001
DM1\1190237.1