1  Daniel J. Herling (SBN 103711)
   Lina M. Brenner (SBN 191075)
2  Jessica E. La Londe (SBN 235744)
   **DUANE MORRIS LLP**
3  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
4  Telephone: 415.957.3000
   Facsimile: 415.957.3001
5  E-Mail:   djherling@duanemorris.com
             jelalonde@duanemorris.com
6
   Attorneys for Defendant
7  WIRELESS NETWORKS, INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  CHARLES M. BROWN,                  | Case No. C-07-04301 EDL
12           Plaintiff,                | **STATEMENT OF RECENT DECISION**
13     v.                              | Date:  October 16, 2007
                                       | Time:  9:00 a.m.
14  WIRELESS NETWORKS, INC., a Delaware| Dept:  Courtroom E, 15th Floor
    corporation,                       | Judge: Mag. Elizabeth D. Laporte
15
             Defendant.
16

DM1\1195511.1

1

STATEMENT OF RECENT DECISION                              CASE NO.: C-07-04301 EDL

In accordance with Civil Local Rule 7-3(d), the Labor Commissioner, State of California, entered a notice that the claim of plaintiff has been closed. (Attached and marked as Exhibit A is a true and copy of the State of California, Department of Labor, Notice.)

This notice impacts the portion of the currently-pending motion to dismiss the fourth amended complaint. Specifically, it impacts the alternative request that the defendant dismiss certain of the plaintiff's cause of action denoted "CC-1" pursuant to Federal Rules of Civil Procedure 12(b)(6).

Dated: September 18, 2007

DUANE MORRIS LLP

By: _____
Daniel J. Herling
Jessica E. La Londe
Attorneys for Defendant
Wireless Networks, Inc.

Exhibit A to Statement of Recent Decision

Direct any correspondence to:
LABOR COMMISSIONER, STATE OF CALIFORNIA
Department of Industrial Relations
Division of Labor Standards Enforcement
100 Paseo de San Antonio, Ste. 120
San Jose, CA 95113
FAX(408) 277-9643



**PLAINTIFF:** Charles M. Brown

**DEFENDANT:** Wireless Networks, Inc.
c/o CT Corporation System
818 W. 7th Street, 2nd Floor
Los Angeles, CA 90017

| State Case Number | |
|---|---|
| 12-69471  WM | NOTICE - INVESTIGATION COMPLETED |

We have completed our investigation of the complaint made by the plaintiff shown above.

This is to advise you that no further action is contemplated by this office and we are closing our file.

Upon reviewing you case with the Senior Deputy Labor Commissioner of this office and our Legal staff, it has been determined to close State Case Number 12-69471-WM.  Case number C-07-04301 EDL has been assigned in United States District Court, Northern California District, which includes the issues presented in State Case 12-69471-WM.

It is our experience that claims such as this claim are normally appealed to a court of appropriate jurisdiction prior to a judgement being issued by California Superior Court.

**This case is dismissed and is closed without prejudice**.  The plaintiff may continue to pursue the claim through private litigation.  DLSE will record you claim for statistical purposes only.  If you have further questions regarding this matter, please contact Senior Deputy Eugene Markowitz at 408-277-9655.

STATE LABOR COMMISSIONER

Date: 9/13/2007

William McHargue    *DEPUTY LABOR COMMISSIONER*
408-277-9646

COPY

DLSE 15   (Rev. 6/98)          Notice - Investigation Completed          L.C. 98