**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES M. BROWN,

      Plaintiff,

    v.

WIRELESS NETWORKS, INC.,

      Defendant.
_____/

No. C 07-04301 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendant Wireless Networks, Inc.'s Motion to Strike Plaintiff's Fourth Amended Complaint or, in the alternative, Motion to Dismiss Certain Claims noticed for October 16, 2007 at 9:00 a.m. has been continued to **October 23, 2007 at 9:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: September 26, 2007

                                                      FOR THE COURT,
                                                      Richard W. Wieking, Clerk

                                        by: _____
                                                 Lili M. Harrell
                                                 Courtroom Deputy