LINA M. BRENNER (SBN 191075)
JESSICA E. LA LONDE (SBN 235744)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   lmbrenner@duanemorris.com
          jelalonde@duanemorris.com

Attorneys for Defendant
WIRELESS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. BROWN, an individual, | Case No. C 07-4301 EDL |
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL BY WIRELESS NETWORKS, INC.** |
| v. | |
| WIRELESS NETWORKS, INC., a Delaware corporation, | |
| Defendant. | |

**PLEASE TAKE NOTICE:**

Duane Morris LLP, counsel of record for defendant Wireless Networks, Inc., in this action, hereby associates as counsel of record the law firm of Keller & Heckman LLP, 50 California Street, Suite 1500, San Francisco, CA 94111.

Counsel for parties to this action are requested to amend the proof of service to add the following counsel for defendants:

> Daniel J. Herling
> Keller & Heckman LLP
> 50 California Street, Suite 1500
> San Francisco, California 94111
> T: (415) 277-5965
> F: (415) 277-5945
> E-mail: herling@khlaw.com

Dated: October 8, 2007                    DUANE MORRIS LLP

                                    By:      /s/ Lina M. Brenner
                                          Lina M. Brenner
                                          Jessica E. La Londe
                                          Attorneys for Defendant
                                          Wireless Networks, Inc.