JEFFREY F. RYAN, ESQ. SBN 129079
RYAN & STEINER
An Association of Attorneys
455 North Whisman Road, Suite 200
Mountain View, CA 94043-5721
Telephone:   (650) 691-1430
Facsimile:    (650) 968-2685

Attorneys for Plaintiff,
CHARLES M. BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. BROWN, <br><br> Plaintiff, <br><br> vs. <br><br> WIRELESS NETWORKS, INC., a Delaware corporation, and DOES 1 THROUGH 50, <br><br> Defendants. | Case No.: C-07-04301 EDL <br><br> **PROOF OF SERVICE OF SUMMONS & COMPLAINT** |

---

BROWN v. WIRELESS NETWORKS, INC.

PROOF OF SERVICE

CASE NO. C-07-04301 EDL

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CHARLES M. BROWN<br>55 SKYLONDA DRIVE<br>Redwood City, CA 94062<br>Telephone No: (650) 851-2858 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
SAN MATEO COUNTY SUPERIOR COURT

Plaintiff: BROWN
Defendant: WIRELESS NETWORKS, INC.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date:<br>Wed, Nov. 28, 2007 | Time:<br>9:00AM | Dept/Div: | Case Number:<br>CIV 464574 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS (AND) COMPLAINT; NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; ADR INFORMATION PACKAGE; LOCAL RULES; COURTCALL TELEPHONIC APPEARNCES INFORMATION AND REQUEST; AMENDED COMPLAINT

3. a. Party served:   WIRELESS NETWORKS, INC. (Attn: DANIEL J. HERLING)
   b. Person served:  JESSICA LALONDE, AUTHORIZED TO ACCEPT

4. Address where the party was served:
   DUANE MORIS LLP
   ONE MARKET, SPEAR TOWER, STE 2000
   San Francisco, CA 94105-1104

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Aug. 22, 2007 (2) at: 2:51PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: WIRELESS NETWORKS, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. VIRGILIO G. RONDOLO
   b. SWIFT ATTORNEY SERVICE
   P.O. BOX 5324
   500 ALLERTON STREET, SUITE 105
   Redwood City, CA 94063
   c. (650)364-9612, FAX (650)364-3305

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $58.50
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 285
      (iii) County: San Mateo

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Aug. 23, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(VIRGILIO G. RONDOLO)

zbrown2.11627