**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES BROWN,

    Plaintiff,                                  No. C 07-4301EDL

    v.                                          CLERK'S NOTICE

WIRELESS NETWORKS, INC.,

    Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Court finds Defendant's Motion to Strike Fourth Amended Complaint or, in the alternative, Motion to Dismiss Certain Claims, document 42, suitable for decision without oral argument. The hearing set for October 23, 2007 at 9:00 a.m. has been vacated.

Dated: October 10, 2007

                                                     FOR THE COURT,
                                                     Richard W. Wieking, Clerk

                                       by: _____
                                              Lili M. Harrell
                                              Courtroom Deputy