Exhibit C

*Direct any correspondence to:*
**LABOR COMMISSIONER, STATE OF CALIFORNIA**
Department of Industrial Relations
Division of Labor Standards Enforcement
100 Paseo de San Antonio, Ste. 120
San Jose, CA 95113
  FAX(408) 277-9643



**PLAINTIFF:**

    Charles M. Brown

**DEFENDANT:**  Wireless Networks, Inc.
          c/o CT Corporation System
          818 W. 7th Street, 2nd Floor
          Los Angeles, CA 90017

| State Case Number | |
|---|---|
| **12-69471    WM** | **NOTICE - INVESTIGATION COMPLETED** |

We have completed our investigation of the complaint made by the plaintiff shown above.

This is to advise you that no further action is contemplated by this office and we are closing our file.

Upon reviewing you case with the Senior Deputy Labor Commissioner of this office and our Legal staff, it has been determined to close State Case Number 12-69471-WM. Case number C-07-04301 EDL has been assigned in United States District Court, Northern California District, which includes the issues presented in State Case 12-69471-WM.

It is our experience that claims such as this claim are normally appealed to a court of appropriate jurisdiction prior to a judgement being issued by California Superior Court.

**This case is dismissed and is closed without prejudice.** The plaintiff may continue to pursue the claim through private litigation. DLSE will record you claim for statistical purposes only. If you have further questions regarding this matter, please contact Senior Deputy Eugene Markowitz at 408-277-9655.

                                     **STATE LABOR COMMISSIONER**

Date: 9/13/2007

                                     **William McHargue**   *DEPUTY LABOR COMMISSIONER*
                                     **408-277-9646**

COPY

Exhibit D

## Brenner, Lina M.

| | |
|---|---|
| **From:** | Brenner, Lina M. |
| **Sent:** | Tuesday, November 20, 2007 4:51 PM |
| **To:** | 'Jeff Ryan'; 'Debbie Vajretti' |
| **Cc:** | La Londe, Jessica E.; herling@khlaw.com; Hyman, Miriam O. |
| **Subject:** | Joint Statement |

Jeff, I have just attempted to call you, and gotten no response; only voicemail for you and your assistant.  The Joint Statement will have to be filed by 5, and I have not heard back from you with regard to the last changes you requested and I made.  We will be filing that last version of the Joint Statement, and explaining to the judge why we were unable to complete our meet/confer discussions.  Please call or email me as soon as possible to discuss an alternative plan.  Regards, Lina



Lina M. Brenner
Partner

Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104
P: 415.957.3039
F:

- BIO
- E-MAIL
- WEB SITE
- VCARD

## Brenner, Lina M.

| | |
|---|---|
| **From:** | Brenner, Lina M. |
| **Sent:** | Tuesday, November 20, 2007 4:17 PM |
| **To:** | 'Jeff Ryan'; 'Debbie Vajretti' |
| **Cc:** | La Londe, Jessica E.; herling@khlaw.com; Hyman, Miriam O. |
| **Subject:** | Joint Report, sent again |
| **Attachments:** | WNI_BROWN - JOINT REPORT VERSION 11_20_07.pdf |

Jeff, this incorporates the changes in both emails Debbie sent me. Review one last time and advise. As before, if we cannot agree, we will unfortunately have to file separately. Lina



## Brenner, Lina M.

**From:** Brenner, Lina M.
**Sent:** Tuesday, November 20, 2007 4:05 PM
**To:** 'Jeff Ryan'; 'Debbie Vajretti'
**Subject:** Disregard my last email

I just realized Debbie sent me changes in two pieces. I have to incorporate the first piece now. Then, I will resent a new document. I wish it had come in one piece, Lina



**Lina M. Brenner**
Partner

Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104
P: 415.957.3039
F:

● BIO
● E-MAIL
● WEB SITE
● VCARD

**Brenner, Lina M.**

| | |
|---|---|
| From: | Brenner, Lina M. |
| Sent: | Tuesday, November 20, 2007 4:01 PM |
| To: | 'Jeff Ryan' |
| Cc: | 'Debbie Vajretti'; herling@khlaw.com; La Londe, Jessica E.; Hyman, Miriam O. |
| Subject: | FW: Emailing: 20071120152956794.pdf |

Attachments:            20071120152956794.pdf; WNI_BROWN - JOINT REPORT VERSION 11_20_07.pdf

 

2007112015295679   WNI_BROWN -
4.pdf (395 KB)...  JINT REPORT VERSI

Jeff, please see your pdf'd requested changes and the final version of the joint statement; I have incorporated your changes, and responded to them where applicable.   I have also changed the last paragraph to reflect that it is defendant, and not plaintiff, who suggest a further case management conference in 60 days.  Please advise whether I may file this.  If not, you can create your own, solely with plaintiff's contentions, and we will advise the court we could not agree on the pleading.  Lina

Lina M. Brenner
Partner

Duane Morris LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
P:415.957.3039
LMBrenner@duanemorris.com
www.duanemorris.com

-----Original Message-----
From: Debbie Vajretti [mailto:dv@ryansteiner.com]
Sent: Tuesday, November 20, 2007 3:31 PM
To: Brenner, Lina M.
Cc: 'Jeff Ryan'
Subject: Emailing: 20071120152956794.pdf

Attached are the changes for the rest of the Joint Report.

**Brenner, Lina M.**

| | |
|---|---|
| **From:** | Brenner, Lina M. |
| **Sent:** | Tuesday, November 20, 2007 3:42 PM |
| **To:** | 'Jeff Ryan'; 'Debbie Vajretti' |
| **Cc:** | La Londe, Jessica E.; herling@khlaw.com; Hyman, Miriam O. |
| **Subject:** | RE: Emailing: 20071120152956794.pdf |

Jeff, I am reviewing your new changes. They were not included in your earlier draft of the joint statement, so they are new. I will review, and if comfortable with them, I will include them. If uncomfortable, and we decide we cannot agree, we will file our own copy, take out all references to plaintiff's contetions, and you can file your own. We're doing our level best to meet and confer, but it's difficult when the representations one is getting are inaccurate.

Lina M. Brenner
Partner

Duane Morris LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
P:415.957.3039
LMBrenner@duanemorris.com
www.duanemorris.com

-----Original Message-----
From: Jeff Ryan [mailto:jr@ryansteiner.com]
Sent: Tuesday, November 20, 2007 3:36 PM
To: 'Debbie Vajretti'; Brenner, Lina M.
Subject: RE: Emailing: 20071120152956794.pdf

Lina: Now you have everything you need to finalize our changes. If you make all of them then we are good to go. If you leave any out I will not approve your filing of the same. Jeff

-----Original Message-----
From: Debbie Vajretti [mailto:dv@ryansteiner.com]
Sent: Tuesday, November 20, 2007 3:31 PM
To: LMBrenner@duanemorris.com
Cc: 'Jeff Ryan'
Subject: Emailing: 20071120152956794.pdf

Attached are the changes for the rest of the Joint Report.

## Brenner, Lina M.

| | |
|---|---|
| **From:** | Jeff Ryan [jr@ryansteiner.com] |
| **Sent:** | Tuesday, November 20, 2007 3:34 PM |
| **To:** | Brenner, Lina M.; 'Debbie Vajretti' |
| **Cc:** | La Londe, Jessica E.; herling@khlaw.com |
| **Subject:** | RE: WNI/BROWN - FINAL VERSION OF JOINT STATEMENT |

Lina: You now have my final changes. If you make all of them I will sign off on the Joint Status Report. Otherwise we can keep going back and forth and file it late. I will not sign off on it unless all of the changes are made. Jeff

---

**From:** Brenner, Lina M. [mailto:LMBrenner@duanemorris.com]
**Sent:** Tuesday, November 20, 2007 3:09 PM
**To:** Jeff Ryan; Debbie Vajretti
**Cc:** La Londe, Jessica E.; herling@khlaw.com
**Subject:** RE: WNI/BROWN - FINAL VERSION OF JOINT STATEMENT

That's odd, Jeff, since I believe I included absolutely everything you added from last time; please re-read the pleading again - you may have missed things simply because they were organizationally reordered to make sense.

Your changes, incidentally, were not "minor" - they were major; including the entire paragraphs you removed from our contentions, which had to be put back. I will take a look at your changes, reflect them and send you back a pdf for your final review. Lina



Lina M. Brenner
Partner

Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104
P: 415.957.3039
F:

● BIO
● E-MAIL
● WEB SITE
● VCARD

---

**From:** Jeff Ryan [mailto:jr@ryansteiner.com]
**Sent:** Tuesday, November 20, 2007 3:06 PM
**To:** Brenner, Lina M.; 'Debbie Vajretti'
**Cc:** La Londe, Jessica E.; herling@khlaw.com
**Subject:** RE: WNI/BROWN - FINAL VERSION OF JOINT STATEMENT

As I'm reading through this draft there are several things which are unacceptable. You have changed what I wrote without my consent and after I specifically told you not to do so. I will therefore send you hand written changes given how little time is left to file this and expect that you will make all of them. BTW, my

handwriting is very legible. Jeff

---

**From:** Brenner, Lina M. [mailto:LMBrenner@duanemorris.com]
**Sent:** Tuesday, November 20, 2007 2:55 PM
**To:** Jeff Ryan; Debbie Vajretti
**Cc:** La Londe, Jessica E.; herling@khlaw.com
**Subject:** WNI/BROWN - FINAL VERSION OF JOINT STATEMENT

Jeff, on our last go-around concerning the joint statement, you sent me a pdf of and not a WORD document, even though I requested the latter. You furthermore sent a pdf which specifically failed to show a series of paragraphs of ours *that you took out, even though I asked you not to touch our contentions.* Your pdf did not reflect these omissions. This posed a major problem in final preparation and editing of the document.

As a result, and in order to expedite this and get it on file by 5 pm, I am attaching a final pdf version, which includes all your revisions, and defense contentions that you previously removed without permission. Please note that I did not remove any of *your* contentions, and your revisions are all included. Wherever we disagreed, I simply preceded the statement with the phrase "Plaintiff contends" or "Plaintiff alleges" etc.

Please confirm that we may e-file the attached. Should you have any additional revisions you want to have made to *your contentions,* please call me and I will make them manually with you on the telephone. Otherwise, I will assume the attached, since it includes your last round of revisions, reflects your final requested "to be filed" version. Please call and advise me of any final changes by 4:30, as my assistant must e-file this before her departure today before 5 pm. Thank you, Lina



**Lina M. Brenner**
Partner

Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104
P: 415.957.3039
F:

- BIO
- E-MAIL
- WEB SITE
- VCARD

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.


Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the

**Brenner, Lina M.**

| | |
|---|---|
| **From:** | Jeff Ryan [jr@ryansteiner.com] |
| **Sent:** | Tuesday, November 20, 2007 2:57 PM |
| **To:** | Brenner, Lina M. |
| **Cc:** | La Londe, Jessica E.; 'Herling, Daniel J'; Hyman, Miriam O. |
| **Subject:** | RE: Brown v. WNI |

Lina: I don't have it in word. I tried to save it last night when I was
working on it but I'm afraid I was not successful. Sorry for the
inconvenience. Luckily for you my changes are minor and should not take too
long to make. jeff

-----Original Message-----
From: Brenner, Lina M. [mailto:LMBrenner@duanemorris.com]
Sent: Tuesday, November 20, 2007 10:41 AM
To: Jeff Ryan
Cc: La Londe, Jessica E.; Herling, Daniel J; Hyman, Miriam O.
Subject: FW: Brown v. WNI

Jeff, is this pdf your last iteration of the joint status conference
statement?  If yes, we will work off of this to put it into final and
forward to you for execution.  Lina

Lina M. Brenner
Partner

Duane Morris LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
P:415.957.3039
LMBrenner@duanemorris.com
www.duanemorris.com

-----Original Message-----
From: Debbie Vajretti [mailto:dv@ryansteiner.com]
Sent: Tuesday, November 20, 2007 9:15 AM
To: Brenner, Lina M.
Cc: 'Jeff Ryan'
Subject: Brown v. WNI

Jeff Ryan asked me to forward this document to you.