**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**                                  Date: November 27, 2007
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**    C-07-04301 EDL

**Title:**    CHARLES M BROWN v. WIRELESS NETWORKS, INC.

**Attorneys:**   Plaintiff:  Jeff Ryan      Defendant:  Daniel Herling, Jessica La Londe

**Deputy Clerk:**    Lili M. Harrell      **FTR Digital Recorder:** 10:32am - 10:47am


**PROCEEDINGS:**                                            **RULINGS:**

Initial Case Management Conference                          Held


**ORDERED AFTER HEARING:**
 - Any amendments to the complaint will be to add defendants as listed in the case management statement.
 - Case referred to the Court's ADR Program for mediation to occur within 60 days, or as soon thereafter as convenient to the assigned mediator.
 - If case does not resolve at mediation, the Court will set an advanced pretrial schedule.

**ORDER TO BE PREPARED BY:** [ ] Plaintiff  [ ] Defendant  [ ] Court

**Case Continued to:**   March 11, 2008 at 10:00 am for Further Case Management Conference.

Notes:


cc: ADR