# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Brown,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Wireless Networks, Inc.,<br><br>            Defendant(s). | 07-04301 EDL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Catherine A. Yanni**
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
415-982-5267

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04301 EDL MED                                    - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

Dated: December 12, 2007

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04301 EDL MED                - 2 -