1  Lina M. Brenner (SBN 191075)
   Jessica E. La Londe (SBN 235744)
2  **DUANE MORRIS LLP**
   One Market, Spear Tower, Suite 2000
3  San Francisco, CA 94105-1104
   Telephone: 415.957.3000
4  Facsimile: 415.957.3001
   E-mail:   lmbrenner@duanemorris.com
5             jelalonde@duanemorris.com

6  Daniel J. Herling
   Keller & Heckman LLP
7  50 California Street, Suite 1500
   San Francisco, California  94111
8  T:  (415) 277-5965
   F:  (415) 277-5945
9  E-mail:  herling@khlaw.com

10
   Attorneys for Defendant
11 WIRELESS NETWORKS, INC.

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO

| | |
|---|---|
| 16  CHARLES M. BROWN,                      | Case No. C-07-04301 EDL |
| 17          Plaintiff,                     | **DECLARATION OF JESSICA E. LA LONDE IN SUPPORT OF COUNTER-CLAIMANT WIRELESS NETWORKS, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE CERTAIN PHRASES IN COUNTER-DEFENDANT'S ANSWER AND FOR AN ORDER THAT CERTAIN ALLEGATIONS ARE DEEMED ADMITTED** |
| 18     v.                                  | |
| 19  WIRELESS NETWORKS, INC., a Delaware corporation, | |
| 20          Defendant.                     | |
| 21                                         | |
| 22  WIRELESS NETWORKS, INC., a Delaware corporation, | |
| 23          Counter-claimant,              | Date:   February 19, 2008<br>Time:   9:00 a.m.<br>Dept:   Courtroom E, 15th Floor<br>Judge:  Mag. Elizabeth D. Laporte |
| 24     v.                                  | |
| 25  CHARLES M. BROWN,                      | |
| 26                                         | |
| 27          Counter-defendant.             | |
| 28                                         | |

DM1\1271892.1

DECLARATION OF JESSICA E. LA LONDE ISO WNI'S MOTION TO STRIKE        CASE NO. 07-4301 EDL
AND FOR AN ORDER THAT CERTAIN ALLEGATIONS ARE DEEMED ADMITTED

1  I, Jessica E. La Londe, declare as follows:

2  1. I am an attorney duly licensed to practice in all of the courts of the State of California and am an associate of Duane Morris LLP, attorneys of record for Defendant Wireless Networks Inc. ("WNI") herein. The following matters are of my own personal knowledge, and if called as a witness in this matter, I could and would competently testify thereto.

3  2. This declaration is submitted in support of Counter-claimant Wireless Networks, Inc.'s Notice of Motion and Motion to Strike Certain Phrases in Counter-defendant's Answer and for an Order that Certain Allegations Are Deemed Admitted.

4  3. Attached as Exhibit A hereto is a true and correct copy of a December 31, 2007 letter from me to counter-defendant's counsel, Jeffrey Ryan, which was faxed and mailed on that date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this was executed on January 9, 2008 in San Francisco, California.

                                              /s/ Jessica E. La Londe  
                                              Jessica E. La Londe