1  Lina M. Brenner (SBN 191075)
   Jessica E. La Londe (SBN 235744)
2  **DUANE MORRIS LLP**
   One Market, Spear Tower, Suite 2000
3  San Francisco, CA 94105-1104
   Telephone: 415.957.3000
4  Facsimile: 415.957.3001
   E-mail:   lmbrenner@duanemorris.com
5             jelalonde@duanemorris.com

6  Daniel J. Herling
   Keller & Heckman LLP
7  50 California Street, Suite 1500
   San Francisco, California 94111
8  T: (415) 277-5965
   F: (415) 277-5945
9  E-mail: herling@khlaw.com

10
   Attorneys for Defendant
11 WIRELESS NETWORKS, INC.

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                             SAN FRANCISCO

16 | CHARLES M. BROWN,                              | Case No. C-07-04301 EDL
17 |         Plaintiff,                             | **DECLARATION OF JESSICA E. LA LONDE IN SUPPORT OF WIRELESS NETWORKS, INC.'S MOTION FOR SANCTIONS AGAINST CHARLES M. BROWN AND/OR HIS COUNSEL**
18 |   v.                                           |
19 | WIRELESS NETWORKS, INC., a Delaware corporation, |
20 |         Defendant.                             |
21 |                                                | Date:  February 19, 2008
   |                                                | Time:  9:00 a.m.
22 | WIRELESS NETWORKS, INC., a Delaware corporation, | Dept:  Courtroom E, 15th Floor
   |                                                | Judge: Mag. Elizabeth D. Laporte
23 |         Counter-claimant,                      |
24 |   v.                                           |
25 | CHARLES M. BROWN,                              |
26 |                                                |
27 |         Counter-defendant.                     |
28

DM1\1271982.1

DECLARATION OF JESSICA E. LA LONDE ISO WNI'S MOTION FOR SANCTIONS         CASE NO. 07-4301 EDL
AGAINST CHARLES M. BROWN AND/OR HIS COUNSEL

I, Jessica E. La Londe, declare as follows:

1. I am an attorney duly licensed to practice in all of the courts of the State of California and am an associate of Duane Morris LLP, attorneys of record for Defendant Wireless Networks Inc. ("WNI") herein. The following matters are of my own personal knowledge, and if called as a witness in this matter, I could and would competently testify thereto.

2. This declaration is submitted in support of Wireless Networks, Inc.'s Motion for Sanctions Against Charles M. Brown and/or His Counsel.

3. Attached as Exhibit A hereto is a true and correct copy of a December 31, 2007 letter from me to counter-defendant's counsel, Jeffrey Ryan, which was faxed and mailed on that date.

4. I anticipate that WNI will incur approximately $2,677 in attorneys' fees regarding Counter-Claimant Wireless Networks, Inc.'s Motion to Strike Certain Phrases in Counter-Defendant's Answer and Motion to Deem Certain Allegations Admitted. These expenses include 6.0 hours of attorney time in preparing the motions ($1,890) and 2.0 hours of attorney time in preparing for and attending the hearings ($787).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this was executed on January 9, 2008 in San Francisco, California.

                                                   /s/  Jessica E. La Londe
                                                 Jessica E. La Londe