1  Lina M. Brenner (SBN 191075)
   Jessica E. La Londe (SBN 235744)
2  **DUANE MORRIS LLP**
   One Market, Spear Tower, Suite 2000
3  San Francisco, CA 94105-1104
   Telephone: 415.957.3000
4  Facsimile: 415.957.3001
   E-mail:   lmbrenner@duanemorris.com
5             jelalonde@duanemorris.com

6  Daniel J. Herling
   Keller & Heckman LLP
7  50 California Street, Suite 1500
   San Francisco, California  94111
8  T:  (415) 277-5965
   F:  (415) 277-5945
9  E-mail:  herling@khlaw.com

10
   Attorneys for Defendant
11 WIRELESS NETWORKS, INC.

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                             SAN FRANCISCO

16 | CHARLES M. BROWN,                          | Case No. C-07-04301 EDL
17 |         Plaintiff,                         | **[PROPOSED] ORDER GRANTING WIRELESS NETWORKS, INC.'S MOTION FOR SANCTIONS AGAINST CHARLES M. BROWN AND/OR HIS COUNSEL**
18 |      v.                                    |
19 | WIRELESS NETWORKS, INC., a Delaware corporation, |
20 |         Defendant.                         |
21 |                                            | Date:   February 19, 2008
                                                  Time:   9:00 a.m.
                                                  Dept:   Courtroom E, 15th Floor
22 | WIRELESS NETWORKS, INC., a Delaware corporation, | Judge:  Mag. Elizabeth D. Laporte
23 |
24 |         Counter-claimant,
25 |      v.
26 | CHARLES M. BROWN,
27 |
           Counter-defendant.
28

DM1\1271972.1

[PROPOSED] ORDER GRANTING WNI'S MOTION FOR SANCTIONS         CASE NO. 07-4301 EDL
AGAINST CHARLES M. BROWN AND/OR HIS COUNSEL

Wireless Networks, Inc.'s Motion for Sanctions Against Charles M. Brown and/or His Counsel came on regularly for hearing before this Court on February 19, 2008. Duane Morris LLP appeared on behalf of Wireless Networks, Inc. ("WNI") and Mr. Jeffrey Ryan appeared on behalf of Charles M. Brown ("Brown"). Having read and considered all the papers, oral arguments of counsel, and good cause appearing therefor, the Court finds as follows.

Brown did not file an Answer to WNI's Counterclaim in conformance with Fed. R. Civ. P. 8 because he filed an Answer containing new allegations against WNI.

Brown violated Fed. R. Civ. P. 11(b)(4) by stating that he lacked knowledge or information sufficient to form a belief about certain of WNI's allegations with respect to which Brown either had or should have had knowledge or information sufficient to either admit or deny.

As a result, WNI was forced to file Counter-Claimant Wireless Networks, Inc.'s Motion to Strike Certain Phrases in Counter-Defendant's Answer and Motion to Deem Certain Allegations Admitted, and incurred or will incur $2,677 in attorneys fees as a result.

IT IS HEREBY ORDERED THAT:

Pursuant to the Court's inherent authority to enter sanctions, WNI is awarded $2,677 in sanctions against Brown and/or his attorney.

**IT IS SO ORDERED.**

Date: _____

The Honorable Elizabeth D. Laporte
United States Magistrate Judge