Daniel J. Herling (SBN 103711)
Keller and Heckman LLP
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: 415.277.5952
Facsimile: 415.277.5954

Attorneys for Defendant
WIRELESS NETWORKS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>　　　　Defendant. | C-07-04301 EDL<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Please be advised that as of January 28, 2008, the new address, telephone number, and fax number of Keller and Heckman will be as follows:

    Keller and Heckman, LLP
    Three Embarcadero Center, Suite 450
    San Francisco, CA 94111
    (415) 948-2800
    (415) 948-2808 - fax

Dated: January 14, 2008　　　　　　　　　　　　Keller and Heckman LLP


　　　　　　　　　　　　　　　　　　　　　　　By: /s/
　　　　　　　　　　　　　　　　　　　　　　　　　　Daniel J. Herling

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant WIRELESS NETWORKS, INC.