**FILED**

JAN 2 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Brown,

    Plaintiff(s),

v.

Wireless Networks, Inc.,

    Defendant(s).

No. C 07-04301 EDL MED

**Certification of ADR Session**

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __1/23/08__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __1/23/08__   _/s/ Catherine Yanni_

Mediator, Catherine A. Yanni
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

**Certification of ADR Session**
07-04301 EDL MED