Lina M. Brenner (SBN 191075)
Jessica E. La Londe (SBN 235744)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-mail:    lmbrenner@duanemorris.com
           jelalonde@duanemorris.com

Daniel J. Herling
Keller & Heckman LLP
Three Embarcadero Center, Suite 450
San Francisco, California  94111
T:  (415) 948-2800
F:  (415) 948-2808
E-mail:  herling@khlaw.com

Attorneys for Defendant
WIRELESS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CHARLES M. BROWN,<br><br>         Plaintiff,<br><br>    v.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>         Defendant.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>         Counter-claimant,<br><br>    v.<br><br>CHARLES M. BROWN,<br><br>         Counter-defendant. | Case No. C-07-04301 EDL<br><br>**DECLARATION OF JESSICA E. LA LONDE IN SUPPORT OF WIRELESS NETWORK'S INC.'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE CERTAIN PHRASES IN COUNTER-DEFENDANT'S ANSWER AND FOR AN ORDER THAT CERTAIN ALLEGATIONS ARE DEEMED ADMITTED**<br><br>Date:    February 19, 2008<br>Time:    9:00 a.m.<br>Dept:    Courtroom E, 15th Floor<br>Judge:   Mag. Elizabeth D. Laporte |

DM1\1286311.1

DECLARATION OF J. E. LA LONDE ISO WNI'S REPLY ISO ITS MOTION TO STRIKE AND FOR AN ORDER THAT CERTAIN ALLEGATIONS ARE DEEMED ADMITTED          CASE NO. 07-4301 EDL

I, Jessica E. La Londe, declare as follows:

1. I am an attorney duly licensed to practice in all of the courts of the State of California and am an associate of Duane Morris LLP, attorneys of record for Defendant Wireless Networks Inc. ("WNI") herein. The following matters are of my own personal knowledge, and if called as a witness in this matter, I could and would competently testify thereto.

2. This declaration is submitted in support of Counter-claimant Wireless Networks, Inc.'s Reply in Support of its Motion to Strike Certain Phrases in Counter-defendant's Answer and for an Order that Certain Allegations are Deemed Admitted.

3. On February 4, 2008, I searched the listing of attorneys available on the State Bar of California's website. Frank Sudia is not listed as a member of the State Bar of California.

4. Attached as Exhibit A hereto are true and correct copies of relevant excerpts from the Deposition of Charles Brown in *The Hagan Law Firm, Inc. v. Wireless Networks, Inc.*, Case No. CIV 464141, San Mateo Superior Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this was executed on February 5, 2008 in San Francisco, California.

                                         /s/ Jessica E. La Londe
                                         Jessica E. La Londe