UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**  Date: February 19, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**   C-07-04301 EDL

**Title:**   CHARLES M BROWN v. WIRELESS NETWORKS, INC.

**Attorneys:**   Plaintiff: Jeff Ryan     Defendant: Jessica La Londe

**Deputy Clerk:**   Lili M. Harrell     **Court Reporter:** Belle Ball
                                         (9:08am - 9:18am)

| PROCEEDINGS: | RULINGS: |
| --- | --- |
| Counter-claimant Wireless Networks, Inc.'s Motions: | |
| - to Strike Certain Phrases in Counter-defendant's Answer and for an Order that Certain Allegations are Deemed Admitted | Granted |
| - for sanctions | Denied |

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**  [ ] Plaintiff  [ ] Defendant  [X] Court

**Case Continued to:**   March 11, 2008 at 10:00 am for Further Case Management Conference.

Notes:

cc: