1 | Lina M. Brenner (SBN 191075)
Jessica E. La Londe (SBN 235744)
2 | **DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
3 | San Francisco, CA 94105-1104
Telephone: 415.957.3000
4 | Facsimile: 415.957.3001
E-mail:   lmbrenner@duanemorris.com
5 |         jelalonde@duanemorris.com

6 | Daniel J. Herling (SBN 103711)
**KELLER & HECKMAN LLP**
7 | Three Embarcadero Center, Suite 450
San Francisco, California  94111
8 | T:  (415) 948-2800
F:  (415) 948-2808
9 | E-mail:  herling@khlaw.com

10
Attorneys for Defendant
11 | WIRELESS NETWORKS, INC.

12

13 | UNITED STATES DISTRICT COURT

14 | NORTHERN DISTRICT OF CALIFORNIA

15 | SAN FRANCISCO

16 | CHARLES M. BROWN,                               Case No. C-07-04301 EDL

17 |            Plaintiff,                          **DECLARATION OF JESSICA E. LA LONDE IN SUPPORT OF WIRELESS NETWORK'S INC.'S MOTION TO DISMISS PLAINTIFF'S DEFAMATION CAUSE OF ACTION**
18 |     v.
19 | WIRELESS NETWORKS, INC., a Delaware corporation,
20 |            Defendant.
                                                    Date:    April 15, 2008
21 |                                                 Time:    9:00 a.m.
                                                    Dept:    Courtroom E, 15th Floor
22 | WIRELESS NETWORKS, INC., a Delaware             Judge:   Mag. Elizabeth D. Laporte
     corporation,
23 |
               Counter-claimant,
24
         v.
25
     CHARLES M. BROWN,
26
27 |            Counter-defendant.

28

DM1\1280692.1

DECLARATION OF JESSICA E. LA LONDE ISO WNI'S MOTION TO DISMISS    CASE NO. 07-4301 EDL
PLAINTIFF'S DEFAMATION CAUSE OF ACTION

I, Jessica E. La Londe, declare as follows:

1. I am an attorney duly licensed to practice in all of the courts of the State of California and am an associate of Duane Morris LLP, attorneys of record for Defendant Wireless Networks Inc. ("WNI") herein. The following matters are of my own personal knowledge, and if called as a witness in this matter, I could and would competently testify thereto.

2. This declaration is submitted in support of Wireless Networks, Inc.'s Notice of Motion and Motion to Dismiss Plaintiff's Defamation Cause of Action.

3. Plaintiff's August 20, 2007 *ex parte* application for writ of attachment regarding certain source code belonging to WNI, consisting of three DVD computer disks used to conduct WNI's business, was denied by the San Mateo Superior Court.

4. Attached as Exhibit A is a true and correct copy of a September 7, 2007 letter that WNI, through its chairman Ruy Rothschild de Souza, sent to its shareholders.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this was executed on March 10, 2008 in San Francisco, California.

/s/ Jessica E. La Londe
Jessica E. La Londe