| | |
|---|---|
| 1 | Lina M. Brenner (SBN 191075) |
|   | Jessica E. La Londe (SBN 235744) |
| 2 | **DUANE MORRIS LLP** |
|   | One Market, Spear Tower, Suite 2000 |
| 3 | San Francisco, CA 94105-1104 |
|   | Telephone: 415.957.3000 |
| 4 | Facsimile: 415.957.3001 |
|   | E-mail:   lmbrenner@duanemorris.com |
| 5 |           jelalonde@duanemorris.com |
| 6 | Daniel J. Herling (SBN 103711) |
|   | **KELLER & HECKMAN LLP** |
| 7 | Three Embarcadero Center, Suite 450 |
|   | San Francisco, California 94111 |
| 8 | T:  (415) 948-2800 |
|   | F:  (415) 948-2808 |
| 9 | E-mail:  herling@khlaw.com |

Attorneys for Defendant
WIRELESS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CHARLES M. BROWN, | Case No. C-07-04301 EDL |
| Plaintiff, | **DECLARATION OF DANIEL J. HERLING IN SUPPORT OF WIRELESS NETWORK'S INC.'S MOTION TO DISMISS PLAINTIFF'S DEFAMATION CAUSE OF ACTION** |
| v. | |
| WIRELESS NETWORKS, INC., a Delaware corporation, | |
| Defendant. | Date:   April 15, 2008 |
|  | Time:   9:00 a.m. |
|  | Dept:   Courtroom E, 15th Floor |
| WIRELESS NETWORKS, INC., a Delaware corporation, | Judge:  Mag. Elizabeth D. Laporte |
| Counter-claimant, | |
| v. | |
| CHARLES M. BROWN, | |
| Counter-defendant. | |

DM1\1302794.1

DECLARATION OF DANIEL J. HERLING ISO WNI'S MOTION TO DISMISS PLAINTIFF'S DEFAMATION CAUSE OF ACTION     CASE NO. 07-4301 EDL

I, Daniel J. Herling, declare as follows:

1. I am an attorney duly licensed to practice in all of the courts of the State of California and am a partner of Keller & Heckman LLP, attorneys of record for Defendant Wireless Networks, Inc. ("WNI") herein. The following matters are of my own personal knowledge, and if called as a witness in this matter, I could and would competently testify thereto.

2. This declaration is submitted in support of Wireless Networks, Inc.'s Notice of Motion and Motion to Dismiss Plaintiff's Defamation Cause of Action.

3. From the filing of Plaintiff's complaint through Plaintiff's Emergency *Ex Parte* Application for Right to Attach Order, Plaintiff's counsel suggested to me several times that Plaintiff was contemplating filing a shareholder derivative suit.

4. At the August 31 hearing on Plaintiff's Emergency *Ex Parte* Application for Right to Attach Order, Plaintiff's counsel indicated to me that Plaintiff would be filing a shareholder derivative suit on behalf of the minority shareholders. Plaintiff's counsel claimed that there were 40 shareholders who were pooling their money to prosecute the action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this was executed on March 10, 2008 in San Francisco, California.

                                              /s/ Daniel J. Herling
                                              Daniel J. Herling