1  Lina M. Brenner (SBN 191075)
   Jessica E. La Londe (SBN 235744)
2  **DUANE MORRIS LLP**
   One Market, Spear Tower, Suite 2000
3  San Francisco, CA 94105-1104
   Telephone: 415.957.3000
4  Facsimile: 415.957.3001
   E-mail:   lmbrenner@duanemorris.com
5             jelalonde@duanemorris.com

6  Daniel J. Herling (SBN 103711)
   **KELLER & HECKMAN LLP**
7  Three Embarcadero Center, Suite 450
   San Francisco, California 94111
8  T:  (415) 948-2800
   F:  (415) 948-2808
9  E-mail:  herling@khlaw.com

10
   Attorneys for Defendant
11 WIRELESS NETWORKS, INC.

12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                             SAN FRANCISCO

16 | CHARLES M. BROWN,                          | Case No. C-07-04301 EDL
17 |         Plaintiff,                         | **[PROPOSED] ORDER GRANTING WIRELESS NETWORKS, INC.'S MOTION TO DISMISS PLAINTIFF'S DEFAMATION CAUSE OF ACTION**
18 |     v.                                     |
19 | WIRELESS NETWORKS, INC., a Delaware corporation, |
20 |                                             | Date:   April 15, 2008
   |         Defendant.                          | Time:   9:00 a.m.
21 |                                             | Dept:   Courtroom E, 15th Floor
                                                   Judge:  Mag. Elizabeth D. Laporte
22   WIRELESS NETWORKS, INC., a Delaware corporation,
23
             Counter-claimant,
24
         v.
25
   CHARLES M. BROWN,
26
27           Counter-defendant.

28
   DM1\1280698.1

   [PROPOSED] ORDER GRANTING WNI'S MOTION TO DISMISS                    CASE NO. 07-4301 EDL
   PLAINTIFF'S DEFAMATION CAUSE OF ACTION

1  Defendant Wireless Networks, Inc.'s Motion to Dismiss Plaintiff's Defamation Cause of
2  Action came on regularly for hearing before this Court on April 15, 2008.  Duane Morris LLP
3  appeared on behalf of Defendant Wireless Networks, Inc. ("WNI") and Mr. Jeffrey Ryan appeared
4  on behalf of Plaintiff Charles M. Brown ("Brown").  Having read and considered all the papers,
5  oral arguments of counsel, and good cause appearing therefor IT IS HEREBY ORDERED THAT:
6  Plaintiff's Sixth Claim for Relief (Defamation) in his Third Amended Complaint is hereby
7  dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) because it is barred
8  by the litigation privilege.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge