Lina M. Brenner (SBN 191075)
Jessica E. La Londe (SBN 235744)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-mail:  lmbrenner@duanemorris.com
         jelalonde@duanemorris.com

Daniel J. Herling (SBN 103711)
**KELLER & HECKMAN LLP**
Three Embarcadero Center, Suite 450
San Francisco, California 94111
T: (415) 948-2800
F: (415) 948-2808
E-mail: herling@khlaw.com

Attorneys for Defendant
WIRELESS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CHARLES M. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>Defendant.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>Counter-claimant,<br><br>v.<br><br>CHARLES M. BROWN,<br><br>Counter-defendant. | Case No. C-07-04301 EDL<br><br>**DECLARATION OF RUY ROTHSCHILD DE SOUZA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Date:  April 15, 2008<br>Time:  9:00 a.m.<br>Dept:  Courtroom E, 15th Floor<br>Judge: Mag. Elizabeth D. Laporte |

DM1\1310196.2

DECLARATION OF RUY ROTHSCHILD DE SOUZA ISO                                    CASE NO. 07-4301 EDL
DEFENDANT'S OPP. TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

I, Ruy Rothschild de Souza, state as follows:

1. I am a resident of Sao Paulo, Brazil, a member of the Board of Directors of defendant Wireless Networks, Inc. ("WNI"), a principal of Wireless Networks do Brasil, LTDA ("WNB"), a principal of MRG International Inc. ("MRG"), and have personal knowledge of the facts set forth in this declaration. If called upon as a witness, I could and would competently testify to the facts contained in this declaration of my own personal knowledge.

2. WNB is a wholly-owned subsidiary of WNI, and is incorporated in and does business entirely within Brazil. WNB operates out of its principal place of business in Sao Paulo, Brazil. WNB does not conduct any business in the United States.

3. MRG is the majority shareholder of WNI, and is an international business company organized and existing under the laws of the Commonwealth of the Bahamas, with its head office in the City of Nassau, in the Island of New Province. MRG does not conduct any business in the United States.

4. Neither WNB nor MRG is registered or authorized to do business in California, nor do they have a registered agent in California for service or process. In fact, neither WNB nor MRG is registered or authorized to do business in any state in the United States.

5. I reside in Sao Paulo, Brazil.

6. WNB, MRG, and I, as an individual, have never owned, rented or leased any property in California.

7. WNB, MRG, and I, as an individual, have never maintained an office in California.

8. WNB, MRG, and I, as an individual, have never maintained any employees or bank accounts in California.

9. WNB and MRG have never maintained a phone number in California.

10. WNB and MRG have never had a mailing address in California.

11. WNB, MRG, and I, as an individual, have never advertised in California.

12. WNB, MRG, and I, as an individual, have never made any general appearances in a lawsuit in California.

13. WNB and MRG have never sought the benefits or privileges of the laws of California.

14. WNB, MRG, and I, as an individual, have never filed any tax returns or paid any taxes in California.

15. WNB, MRG, and I, as an individual, have never filed a legal action in California.

16. WNB and MRG have never otherwise engaged in substantial activity within California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. The declaration was executed this 24th day of March 2008, in Sao Paulo, Brazil.

_____
Ruy Rothschild de Souza