```
1  JEFFREY F. RYAN, ESQ. SBN 129079
   RYAN & STEINER
2  An Association of Attorneys
   455 North Whisman Road, Suite 200
3  Mountain View, CA 94043-5721
4  Telephone:    (650) 691-1430
   Facsimile:    (650) 968-2685
5
   Attorneys for Plaintiff,
6  CHARLES M. BROWN
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CHARLES M. BROWN, | Case No.: C-07-04301 EDL |
|---|---|
| Plaintiff, | |
| vs. | |
| WIRELESS NETWORKS, INC., a Delaware corporation, and DOES 1 THROUGH 50, | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| Defendants. | |

NOTICE IS HEREBY GIVEN that from May 5, 2008, through May 18, 2008, Jeffrey F. Ryan will be unavailable for any purpose, whatsoever, including, but not limited to, receiving notices of any kind, responding to *ex parte* applications, appearing in court, attending depositions or responding to discovery.

Purposefully scheduling a conflicting proceeding without good cause is sanctionable conduct.  Tenderloin Housing Clinic v. Sparks (1992) 10 Cal. Rptr.2d 371.

Dated: April 15, 2008                    RYAN & STEINER

                                         By:    /s/  Jeffrey F. Ryan
                                         Jeffrey F. Ryan
                                         Attorneys for Counter-defendant
                                         CHARLES M. BROWN

---

1
**NOTICE OF UNAVAILABILITY OF COUNSEL**
BROWN V. WIRELESS NETWORKS, INC.                                    CASE NO. C-07-04301 EDL