## In the United States District Court
## for the Northern District of California
## Magistrate Judge Elizabeth D. Laporte

## CIVIL MINUTES

Date: April 15, 2008

Case No: **C-07-04301 (EDL)**

Case Name: **CHARLES M BROWN v. WIRELESS NETWORKS INC**

    Attorneys:    Pltf: Jeffrey Ryan    Deft: Lina Brnner/Jessica La Londe

    Deputy Clerk: Frank Justiliano        Reporter: Debra Pas
                                                          (Time: 9:09 - 9:33 a.m.  )

**PROCEEDINGS:**
    Plaintiff's Motion for Leave to Amend Complaint;
    Defendant's Motion to Dismiss Plaintiff's Defamation Cause of Action

**ORDERED AFTER HEARING: Matters Submitted.**


**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court


cc: chambers