1  Lina M. Brenner (SBN 191075)
   Jessica E. La Londe (SBN 235744)
2  **DUANE MORRIS LLP**
   One Market, Spear Tower, Suite 2000
3  San Francisco, CA 94105-1104
   Telephone: 415.957.3000
4  Facsimile: 415.957.3001
   E-mail:   lmbrenner@duanemorris.com
5             jelalonde@duanemorris.com

6  Daniel J. Herling
   Keller & Heckman LLP
7  50 California Street, Suite 1500
   San Francisco, California  94111
8  T:  (415) 277-5965
   F:  (415) 277-5945
9  E-mail:  herling@khlaw.com

10 Attorneys for Defendant
   WIRELESS NETWORKS, INC.
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO

| | |
|---|---|
| 15  CHARLES M. BROWN, | Case No. C-07-04301 EDL |
| 16              Plaintiff, | **DEFENDANT WIRELESS NETWORKS, INC.'S *EX PARTE* APPLICATION SEEKING ORDER SHORTENING TIME IN WHICH TO BRIEF AND HEAR MOTION TO COMPEL TRANSFER OF DOMAIN NAME WIRELESS-NETWORKS.COM** |
| 17         v. | |
| 18  WIRELESS NETWORKS, INC., a Delaware corporation, | |
| 19              Defendant. | |
| 20  | |
| 21  | Dept:     Courtroom E, 15th Floor<br>Judge:    Mag. Elizabeth D. Laporte |
| 22  | |
| 23  WIRELESS NETWORKS, INC., a Delaware corporation, | |
| 24              Counter-claimant, | |
| 25        v. | |
| 26  CHARLES M. BROWN, | |
| 27              Counter-defendants. | |
| 28  | |

---

Defendant and Counter-claimant Wireless Networks, Inc. ("WNI") hereby moves on an *ex parte* basis, for an order shortening time in which its prospective Motion to Compel Transfer of Domain Name Wireless-Networks.Com from Charles Brown to WNI, may be briefed and heard; or, in the alternative, an immediate hearing before this Court at its discretion, at which both parties may appear and discuss transfer of the domain name, without need of further pleadings.

## BRIEF BACKGROUND

Brown was a director and officer of WNI until his resignation, on July 13, 2007. During his tenure at WNI, Brown registered WNI's domain name, Wireless-Networks.com, in his own name, and not under that of the company itself, with Brown solely as a representative of the registrant WNI. Declaration of Lina M. Brenner ("Brenner Decl."), ¶ 2 and see Exh. A, page 30.

Beginning on July 12, 2008, WNI and Brown, through their respective counsel, corresponded concerning transfer of the registration rights to the domain name back to WNI. Brenner Decl., ¶¶ 3-14 and Exh. A, pages 1-30. Through June 20, 2008, WNI's counsel spoke repeatedly to Network Solutions, the registrar, and Brown's counsel, in support of numerous informal attempts to obtain access to WNI's website domain name registration. *Id.*

WNI's counsel was initially led to believe that Brown was cooperating in transferring the registration rights of the domain name, but when it came time to finalize the transfer arrangements, Brown's counsel refused to complete the process and instead told WNI's counsel to "stop bothering" him. Brenner Decl., ¶¶ 3-15. After that, there was nothing left for WNI to do but seek the present relief.

The domain name registration is set to expire on August 1, 2008. As a result, and having exhausted all efforts to resolve this issue outside of Court, WNI has no choice now but to seek formal relief through judicial channels. To that end, WNI seeks either a shortened hearing and briefing schedule on its forthcoming Motion To Compel Transfer, or in the alternative, an immediate hearing before this Court, at which both parties may appear and discuss transfer of the domain name, without need of further pleadings.

Network Solutions, the registrar, will not transfer the domain name to WNI absent court order. Brenner Decl., ¶ 3 and Exh. A, pages 1-2.

## POINTS AND AUTHORITIES

Pursuant to Local Rule 6-3(a), WNI hereby respectfully requests that this Court entertain its Motion to Compel Transfer (collectively, the "Motions") on a shortened briefing and hearing schedule, due to the fact that the domain name registration, Wireless-Networks.com, is set to expire August 1, 2008, and there is insufficient time between the present and August 1, 2008 to comply with the 35 day filing Local Rule 7-2(a), to allow for any opposition to this Application in accordance with Local Rule 6-3(c), and to thereafter complete all administrative steps to effectuate such transfer.

Plaintiff Charles Brown, the current registrant of Wireless-Networks.com, and his counsel, have refused to undertake the current steps necessary to authorize transfer of the domain name. Brenner Decl., ¶¶ 3-15. Numerous attempts have been made for informal transfer of such domain name. Brenner Decl., ¶¶ 3-15 and Exh. A, pages 1-29. There is no valid basis for the lack of cooperation from Brown and his counsel concerning transferring the registration rights to a domain name that the parties agree is the corporate property interest of WNI. This lack of cooperation has proven costly and prejudicial to WNI, not least because loss of control over the domain name has negatively impacted WNI's business, and because it has resulted in this otherwise unnecessary series of overtures to the Court. Brenner Decl., ¶¶ 16-17.

WNI will similarly file a Motion for Sanctions, along with the Motion to Compel Transfer, seeking the fees it has expended to date attempting to obtain the cooperation of Brown and his counsel, as well as preparing this Application and the Motion to Compel Transfer.

There have been no previous time modifications in this case, pursuant to Local Rule 6-3. Further, the requested time modification would have no effect on this case. Finally, pursuant to Rule 6-3(b), Brown and his counsel will be served electronically with this Application the day it is filed, both by WNI counsel and through the e-service commensurate with the e-filing process in this case. WNI's counsel advised Brown's counsel as of June 12, 2008 that if informal efforts were unsuccessful, such *ex parte* application would become necessary; such message was repeated in other emails exchanged with Brown's counsel, to no avail. Brenner Decl., Exh. A, pages 4, 9A,

24 and 28.  Based on communications with the Court clerk, WNI has been given to understand that this Application will be adjudicated on the papers and will not require a hearing date.

### **PROPOSED SCHEDULE AND ORDER**

Based on all the above, and the Declaration of Lina M. Brenner filed herewith, WNI respectfully requests that the Court permit the Motion To Compel Transfer to be briefed and heard on the proposed, shortened hearing schedule set out below:

1. The Motion to Compel Transfer to be filed Monday, June 30, 2008;

2. Any opposition thereto to be filed Monday, July 7, 2008; and

3. Any reply brief to be filed Thursday, July 10, 2008, with a hearing to take place as ordered by the Court, but no later than July 17, 2008, thereby allowing sufficient time to receive the requisite order and thereafter effectuate the transfer of the domain name through the registrar, Network Solutions.

In the alternative, WNI respectfully submits that, in accordance with Local Rule 6-3(d), the Court may, in its discretion, order the parties to appear at a hearing forthwith, to address the issues herein, without the filing of additional pleadings.

Dated:  June 24, 2008                                           **DUANE MORRIS LLP**


By:   /s/ Lina M. Brenner
        Lina M. Brenner
        Jessica E. La Londe
        Attorneys for Defendant
        WIRELESS NETWORKS, INC.