**Duane Morris**

**Lina M. Brenner**
Partner

Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104
P: 415.957.3039
F:

◉ **BIO**
◉ **E-MAIL**
◉ **WEB SITE**
◉ **VCARD**

---

**From:** Resolution1 [mailto:Resolution1@networksolutions.com]
**Sent:** Friday, June 13, 2008 7:39 AM
**To:** Brenner, Lina M.
**Cc:** Hyman, Miriam O.
**Subject:** Domain Name: Wireless-Networks.com

Ms. Brenner

We are in receipt of your Facsimile dated June 12, 2008.

Please know that it is Network Solutions' position (one that has been upheld by several courts) that a domain name is merely the result of a service agreement – it is not property. See, *e.g. Network Solutions, Inc. v. Umbro International, Inc.*, 259 Va 759, 529 S.E.2d 80 (2000) (holding that "a domain name registration is the product of a contract for services between the registrar and registrant").

Please note that the domain name Wirless-Networks.com is Registered under Charles Brown. On our site (www.networksolutions.com) locate and click on the "WHOIS" tab. Then enter the search term "Wireless-Networks.com" under the "SEARCH ALL WHOIS RECORDS." Click on search by "Domain Name" and hit the "SEARCH" button. This will bring you to the "WHOIS Search Results". The request to change the primary contact still would have the domain name registered with Charles Brown.

Network Solutions, LLC is a domain name registrar and as such is not in a position to determine rights to domain name registrations. As an ICANN accredited registrar, we participate in the UDRP administrative proceeding process established by ICANN http://www.icann.org/udrp/. We also comply with properly documented court directives. Should your client obtain an ORDER (i) from an administrative panel under ICANN's Uniform Dispute Resolution Policy ("UDRP") or (ii) from a court which requires the current domain name registrant to transfer the domain name to your client, we will enforce that ORDER in accordance with our Service Agreement.

Network Solutions will, of course, abide by any court order you obtain against our customer. Please understand that you should not include Network Solutions, LLC, in any such court proceeding. Should you do so, Network Solutions will vigorously defend any such action, and will seek to recover its costs (including reasonable attorney fees) in connection with any such action.

I trust this information is of use. If you have any further questions please do not hesitate to contact me.

Regards,

John David, Paralegal – Corporate Legal Department
Network Solutions, LLC | 13861 Sunrise Valley Drive
Suite 300 | Herndon, Virginia 20171 | Telephone: 703.668.4600

Facsimile: 703.668.5959 | Direct Dial: 703.668.5011
Email: resolution1@networksolutions.com

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for your cooperation.

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

6/23/2008

## Brenner, Lina M.

| | |
|---|---|
| **From:** | Resolution1 [Resolution1@networksolutions.com] |
| **Sent:** | Monday, June 16, 2008 7:53 AM |
| **To:** | Brenner, Lina M. |
| **Cc:** | Hyman, Miriam O. |
| **Subject:** | RE: Domain Name: Wireless-Networks.com |

Ms. Brenner

When in receipt of your facsimile dated June 12, 2008, please note that the domain name wireless-networks.com was placed on "Legal Lock", pending litigation/dispute. "Legal Lock" means that the registrant or primary contact of the domain name can not modify account information or transfer the domain name. Of course the registrant or primary contact prior to the domain name being placed in "Legal Lock" can modify account information. The domain name will remain on lock as is pending the outcome of the litigation.

In order for Network Solutions to answer your question as to when Charles Brown transferred the registrant contact to cbrown@flyingcircuit instead of brown@wireless-networks.com we require a subpoena to give registrant account information.

If you have any further questions please do not hesitate to contact me.

Regards,

John David, Paralegal – Corporate Legal Department
Network Solutions, LLC | 13861 Sunrise Valley Drive
Suite 300 | Herndon, Virginia 20171 | Telephone: 703.668.4600
Facsimile: 703.668.5959 | Direct Dial: 703.668.5011
Email: resolution1@networksolutions.com

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for your cooperation.

**From:** Brenner, Lina M. [mailto:LMBrenner@duanemorris.com]
**Sent:** Friday, June 13, 2008 9:21 PM
**To:** Resolution1
**Cc:** Hyman, Miriam O.
**Subject:** RE: Domain Name: Wireless-Networks.com

Thank you for the response below. We would like to know when Charles Brown transfered the registrant contact to cbrown@flyingcircuit instead of brown@wireless-networks.com. It appears it was on June 13, 2008. It also appears this was a direct result of our communication to Network Solutions. Please confirm.

We will be contacting you further as this matter proceeds. Best regards, Lina Brenner

6/23/2008

3

**Duane**Morris*

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

LINA M. BRENNER
DIRECT DIAL: 415.957.3039
E-MAIL: lmbrenner@duanemorris.com

www.duanemorris.com

June 16, 2008

**VIA ELECTRONIC MAIL AND FACSIMILE**

Jeffrey F. Ryan
Ryan & Steiner
455 North Whisman Avenue, Suite 200
Mountain View, California 94043-5721

      Re:    Charles M. Brown v. Wireless Networks, Inc.
              <u>USDC Case No.:  C07-4301 EDL</u>

Dear Mr. Ryan:

       This constitutes a demand for the immediate transfer of the domain name wireless-networks.com from Charles Brown, who is the current registrant, to Wireless Networks, Inc. ("WNI")  As you are aware, the domain name is a proprietary corporate interest of Wireless Networks and not the property of Mr. Brown.

       Mr. Brown registered it in his own name, and very recently, on June 13, 2008, apparently transferred the registrant contact information to cbrown@flyingcircuit.com.  The domain name contract will need to be renewed August 1, 2008.  As a result, it is important that WNI have the name transferred back to it immediately.  Please have Mr. Brown call 1-800-333-7680 or simply log in and transfer the name, which he can easily due from the following link: http://www.networksolutions.com/domain-transfer/index.jsp;jsessionid=928402e283ea959f83f00a4bd3de:pN5Y .  The domain name should be registered in the name of Wireless Networks, Inc., c/o Lina M. Brenner, at lmbrenner@duanemorris.com, with a current password of WNI2008.  If any other information is required for the transfer to be effectuated, let us know immediately and we will provide same.

       Please note that if Mr. Brown does not cooperate and transfer the domain name by noon, **Wednesday, June 18th, 2008,** <u>we will immediately move the Court *ex parte* on Thursday, June 19th,</u> for an order shortening the time in which to have a motion seeking transfer of the domain name briefed and heard.  This constitutes notice of such *ex parte* application, in the event the domain name is not transferred.[1]  Please also be apprised that if the transfer does not occur, the motion for transfer will be accompanied by a motion seeking sanctions.

---

[1] We have been advised by the Court's clerk that no physical *ex parte* appearance is necessary.

4

**DuaneMorris**

Jeffrey F. Ryan
June 16, 2008,
Page 2


Please call me should you have any questions.  I look forward to hearing from you before Wednesday at noon.



Very truly yours,

Lina M. Brenner

5

```
********************
***   TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO            0062
CONNECTION TEL      7#00001#16509682685#
SUBADDRESS
CONNECTION ID
ST. TIME            06/16 11:37
USAGE T             00'27
PGS. SENT           3
RESULT              OK
```

# DuaneMorris®

DUANE MORRIS LLP
ONE MARKET, SPEAR TOWER, SUITE 2000
SAN FRANCISCO, CA 94105-1104
PHONE: 415.957.3000
FAX: 415.957.3001

# FACSIMILE TRANSMITTAL SHEET

|  |  |
|---|---|
| **TO:** | Jeffrey F. Ryan, Esq. |
| **FIRM/COMPANY:** | Ryan & Steiner |
| **FACSIMILE NUMBER:** | 650.968.2685 |
| **CONFIRMATION TELEPHONE:** | 650.691.1430 |
| **FROM:** | Lina M. Brenner |
| **DIRECT DIAL:** | 415.957.3039 |
| **DATE:** | June 16, 2008 |
| **USER NUMBER:** | 7066 |
| **FILE NUMBER:** | R1237-00001 |
| **TOTAL # OF PAGES:** (INCLUDING COVERSHEET) | 3 |

6

**Brenner, Lina M.**

| | |
|---|---|
| **From:** | Jeff Ryan [jr@ryansteiner.com] |
| **Sent:** | Monday, June 16, 2008 1:51 PM |
| **To:** | Brenner, Lina M. |
| **Subject:** | : BROWN/WNI - LETTER - DEMAND FOR DOMAIN NAME TRANSFER |

**Importance:**          High

**Attachments:**          Response to demand from La Londe 5Feb08.pdf



Response to
emand from La Lon.        Lisa:

Please see the attached letter of February 5, 2008.  What do you think
it is about paragraph 4 that is unclear? Jeff

7

Ryan & Steiner
An Association of Attorneys

455 North Whisman Road, Suite 200
Mountain View, CA 94043-5721
(650) 691-1430 Fax: (650) 968-2685

JEFFREY F. RYAN                                                                    jr@ryansteiner.com

February 5, 2008

Via Facsimile and U.S. Mail

Jessica E. La Londe
Duane Morris
One Market, Spear Tower, Suite 2000
San Francisco, California 94105-1104

      Re:    *Brown v Wireless Networks, Inc.*
             Case No. CIV 464574

Dear Ms. La Londe:

Please see our response below to each item referenced in your letter addressed to me dated January 28, 2008.

      1. (a)      As you have already been informed, Mr. Brown has turned over all documents in his possession.

      1. (b)      Mr. Brown provided a compact disk with the company's accounting records located thereon, which is also in your possession. I don't know what other documents you might be referring to for the purpose of preparing financial statements and tax returns. Copies of tax returns filed for prior years are in the files in your possession. The procedure which has been used in the past to prepare the tax returns is to update the QuickBooks files with the information since your client has taken over operations, and forward the information to an accountant for financial statement preparation and filing of Federal and State Income Tax Returns.

      2.      All property that was in Mr. Brown's possession was taken to storage, to which you have access.

      3.      Mr. Brown resigned from the Company on July 13, 2007. At that time he moved all WNI files in his possession from his home office to the storage space, where most of the Company's records had been sitting for years. Mr. Brown contracted third parties to move files and boxes around in storage, clean and maintain the space, etc. What you found in the warehouse is what was in Mr. Brown's possession.

*8*

February 5, 2008
Page 2

    4.    Mr. Brown cannot unilaterally transfer a domain to anyone, including you. The procedure is for the entity requesting the domain name transfer to initiate the transfer process. The transferring party has no idea as to what technical information to enter into the transfer documents; e.g., new domain name servers, administrative contact, technical contact, and so on. You must go to www.networksolutions.com and request a transfer of the WNI domain names, to whomever or wherever you desire, but you are required to provide this information, not Mr. Brown. He doesn't have the information required to transfer a domain name to you.

WNI owns the following domain names in addition to www.wireless-networks.com (auth. code: 7aC4vdlg0oy) stated in your letter;  wireless-networks.net (auth. code: IlsKbdg2mbd) and www.wireless-networks.us (auth. code: fax9121). However, we are unsure of their current status.

    5.    Mr. Brown recollects that over one gigabyte of technical documentation, source code, web site information and documentation, electronic documents and numerous technical documentation created by the Company were duly delivered to storage on three DVD/CD disks, and thence to California Superior Court. Nearly 100 megabytes, or almost 10% of that data was comprised of technical documentation. Whatever documentation the company created is on those disks and, presumably, in your client's possession. It is not Mr. Brown's responsibility that your client doesn't know what to do with the data.

On a related issue, kindly instruct your client to provide Mr. Brown with an address to forward all U.S. mail addressed to the WNI, some of which continues to be forwarded to his post office box. Mr. Brown is busy with his career and doesn't have time to devote to WNI's affairs and would appreciate your cooperation in this matter.

Finally, inasmuch as you seem willing to indulge whatever WNI fabricates factually, you may file whatever documents you wish. Please recall, however, that by doing so, you place yourself and your firm at risk of sanctions when your assertions on WNI's behalf are shown to have been wholly without merit.

Very truly yours,

RYAN & STEINER
An Association of Attorneys

JEFFREY F. RYAN

JFR:dv

cc:    Client

9

## Brenner, Lina M.

| | |
|---|---|
| **From:** | Brenner, Lina M. |
| **Sent:** | Monday, June 16, 2008 1:58 PM |
| **To:** | 'Jeff Ryan' |
| **Cc:** | herling@khlaw.com; La Londe, Jessica E.; Hyman, Miriam O. |
| **Subject:** | RE: : BROWN/WNI - LETTER - DEMAND FOR DOMAIN NAME TRANSFER |

**Attachments:**    Response to demand from La Londe 5Feb08.pdf



Response to
emand from La Lon.

Jeff, thank you for the attached letter, reminding me of prior communications.

First, the company cannot transfer the domain to itself, because Mr. Brown registered the domain name under his own name and not as a company representative. I have verified this in writing with Network Solutions. WNI cannot do a thing about the transfer - only Brown can transfer it himself, to WNI, because Network Solutions considers Brown the registrant, and not WNI. We do not have the password, the email relating to it (which Brown has now re-registered as cbrown@flyingcircuit.com for some reason), or any information concerning the registration, which is solely in Mr. Brown's possession. If Brown needs information to effectuate such transfer, he needs to let us know precisely what information that is, and we will provide it all immediately.

Second, my name is Lina, not Lisa. Please advise as soon as possible concerning the information Mr. Brown needs, in order to effectuate the transfer. We appreciate the cooperation, as we would like to avoid moving the Court for relief in what should be a simple administrative matter. Thank you in advance, Lina

Lina M. Brenner
Partner

Duane Morris LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
P:415.957.3039
LMBrenner@duanemorris.com
www.duanemorris.com

-----Original Message-----
From: Jeff Ryan [mailto:jr@ryansteiner.com]
Sent: Monday, June 16, 2008 1:51 PM
To: Brenner, Lina M.
Subject: : BROWN/WNI - LETTER - DEMAND FOR DOMAIN NAME TRANSFER
Importance: High

# Ryan & Steiner
## An Association of Attorneys

455 North Whisman Road, Suite 200
Mountain View, CA 94043-5721
(650) 691-1430 Fax: (650) 968-2685

| To: | Lena M. Brenner, Esq. | FROM: | Jeffrey F. Ryan, Esq. |
|---|---|---|---|
| COMPANY: | DUANE MORRIS LLP | DATE: | June 17, 2008 |
| FACSIMILE: | (415) 957-3001 | TELEPHONE | (415) 957-3000 |
| RE: | *Brown v Wireless Networks, Inc.* | PAGE NO.: | **4** (including cover page) |

**COMMENTS:**      **Attached please find correspondence dated June 17, 2008.  Thank you.**

|   |   |
|---|---|
|   | Original will not follow. |
| **X** | Original will follow by: __**X**__ regular mail ___ Fed Ex ____ hand delivery |
|   | Please call upon receipt |
|   | For your approval/suggestions |
|   | Please respond by |

*The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.*

10

# Ryan & Steiner
## An Association of Attorneys

455 North Whisman Road, Suite 200
Mountain View, CA 94043-5721
(650) 691-1430 Fax: (650) 968-2685

JEFFREY F. RYAN                                                                    jr@ryansteiner.com

June 17, 2008

**VIA FACSIMILE AND U.S. MAIL**

Lena M. Brenner
Duane Morris
One Market, Spear Tower, Suite 2000
San Francisco, California  94105-1104

   Re: *Brown v Wireless Networks, Inc.*
     Case No. CIV 464574

Dear Ms. Brenner:

As we informed you back in February, we did everything necessary for WNI to transfer the domain name.  Our client's current correspondence with Network Solutions on this issue is copied below:

   From: "Gasper, Kimberly" <KGasper@networksolutions.com>
   Date: June 17, 2008 12:41:35 PM PDT
   To: <cbrown@flyingcircuit.com>
   Subject: Regarding domain name: WIRELESS-NETWORKS.COM

   Dear Charles Brown,

   Thank you for speaking with me today and I do apologize for any inconvenience this issue may be causing.

   Per our conversation, I have removed the Domain Protect from the following Domain Names:  WIRELESS-NETWORKS.NET & WIRELESS-NETWORKS.US.  They are available for the other party to transfer.

   I can see that the Domain Protect was removed in January along with a request for the Authorization Codes.  The Domain Protect reactivates after 14 days if a transfer isn't completed.  The Domain Protect reactivated on 2/14/2008.

*11*

Lena M. Brenner
Duane Morris
June 17, 2008
Page 2

The Domain Name, WIRELESS-NETWORKS.COM would need to be addressed through our Legal Department at resolution1@networksolutions.com.

Please do not hesitate to contact me with any questions regarding this matter. I can be reached at 570-708-8700 Ext. 8484 Monday through Friday from 9 AM to 6 PM Eastern time.

For all other inquiries, as a Network Solutions Customer, you are entitled to unlimited access, day or night, to technically skilled Customer Service representatives who are dedicated to delivering any level of support you may need. To reach us, call 1-888-642-9675. If you are calling from outside the U.S. or Canada, please call 1-570-708-8788. Or, email us at customerservice@networksolutions.com.

Regards,

Kim Gasper
Executive Support Specialist
Network Solutions
O: 570.708.8700 ext: 8484 | F: 570.708.3077
| kgasper@networksolutions.com | www.networksolutions.com

By this correspondence, Network Solutions confirms that Mr. Brown took the steps necessary for you to effect the transfer. You delayed, and the "domain protect" reactivated through no fault of Mr. Brown.

You then decided to contact Network Solutions on your own earlier this month. The effect of that communication is described below in correspondence Network Solutions' Legal Department:

From: "Resolution1" <Resolution1@networksolutions.com>
Date: June 17, 2008 1:39:18 PM PDT
To: "Charles Brown" <cbrown@flyingcircuit.com>
Subject: RE: wireless-networks.com domain

Mr. Brown

The domain name wireless-networks.com is place on "Legal Locked" per legal and our service agreement. When in receipt of notification of a dispute regarding registration of a domain name the domain name is placed on lock. Please find attached facsimile dated June 12, 2008. The Domain name will remain locked as is pending the outcome of

*12*

Lena M. Brenner
Duane Morris
June 17, 2008
Page 3

litigation/Dispute. Please provide any legal documentation that may be helpful in removing the lock from the domain name.

Network Solutions is not in a position to determine who, as between two parties, should be able to use a particular domain name.

Should Network Solutions receive an order from an administrative panel under ICANN's Uniform Dispute Resolution Policy ("UDRP") or from a court
which requires the transfer the domain name, we will enforce that ORDER in accordance with our Service Agreement.

Hopefully this information is helpful to you and this matter will be resolved amicably.

Respectfully,


Network Solutions
Legal Department

Since your inability to effect the transfer is solely the result of (1) your failure to timely make the change earlier this year and (2) your recent correspondence to Network Solutions which will now require a court order to transfer the domain, we suggest you prepare a stipulation and proposed order for the court to sign. If you choose to take other action that requires us to expend time on this issue, we will seek appropriate sanctions.

Very truly yours,

RYAN & STEINER
An Association of Attorneys

JEFFREY F. RYAN

JFR:dv

cc:    Client

*13*

PURPOSELY LEFT BLANK

14

## Brenner, Lina M.

| | |
|---|---|
| **From:** | Brenner, Lina M. |
| **Sent:** | Wednesday, June 18, 2008 10:42 AM |
| **To:** | 'Jeff Ryan' |
| **Cc:** | 'Herling, Daniel J' |
| **Subject:** | Wireless-Networks.Com Domain Name |

Jeff, I am in receipt of your fax this morning.  I have already processed requests for transfer of the .net and .us domain names, and Mr. Brown will shortly get a request to approve same. Have him approve such requests as soon as possible, and we can proceed to finalize transfer.

As for the .com domain name, I have written (and you have been cc'd) on an email letter to the legal contact at Network Solutions, who placed a litigation hold on the .com name, seeking to have such hold lifted, given the consent of Mr. Brown to transfer the domain name.  If they still require an order, I will prepare a stipulated request for one, have you sign it today or tomorrow and file it with Judge LaPorte.

Thank you in advance for your prompt cooperation.



**DuaneMorris**

**Lina M. Brenner**
Partner

Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104
P: 415.957.3039
F:

- ⊙ BIO
- ⊙ E-MAIL
- ⊙ WEB SITE
- ⊙ VCARD

15

## Brenner, Lina M.

| | |
|---|---|
| **From:** | Resolution1 [Resolution1@networksolutions.com] |
| **Sent:** | Wednesday, June 18, 2008 11:01 AM |
| **To:** | Brenner, Lina M. |
| **Cc:** | Jeff Ryan; Herling, Daniel J |
| **Subject:** | RE: Domain Name: Wireless-Networks.com - Further Request for Transfer |

Network Solutions is in receipt of a correspondence regarding the domain name wireless-networks.com. Please confirm that the domain name is to be unlocked. Once in receipt of confirmation from all parties, we will unlock the domain name.

Thank you,

Network Solutions
Legal Department

---

**From:** Brenner, Lina M. [mailto:LMBrenner@duanemorris.com]
**Sent:** Wednesday, June 18, 2008 1:32 PM
**To:** Resolution1
**Cc:** Jeff Ryan; Herling, Daniel J
**Subject:** RE: Domain Name: Wireless-Networks.com - Further Request for Transfer

To: John David, Paralegal – Corporate Legal Department
Network Solutions, LLC | 13861 Sunrise Valley Drive

Mr. David, this is further to my correspondence of June 12 and 13, 2008 concerning the above domain name. Please see the attached letter from counsel for Mr. Brown. It appears that Mr. Brown was always ready and willing to transfer the domain name wireless-networks.com to Wireless Networks, and according to him, my letter to Network Solutions actually now prevents Mr. Brown from effectuating transfer of the domain to Wireless Networks, due to the litigation hold placed resulting from such letter. As you can see from the attached, the other two Wireless-Networks domain names (.net and .us) have been made available for transfer, and I have already put in a request through Ms. Kim Gasper, who has processed everything in support of such transfer. Given that Mr. Brown is more than willing to transfer the wireless-networks.com name, and there is a mutual desire for such transfer, we would request that the inadvertent hold placed on such transfer be lifted, and we go on to process the transfer. Please respond to me as soon as possible, as there is no need to waste the parties' time and money getting a formal court order, given that everyone agrees to such transfer. Thank you in advance, Lina Brenner



**Lina M. Brenner**
Partner

Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104

- BIO
- E-MAIL
- WEB SITE

*16*

## Brenner, Lina M.

| | |
|---|---|
| **From:** | Brenner, Lina M. |
| **Sent:** | Wednesday, June 18, 2008 2:29 PM |
| **To:** | Jeff Ryan |
| **Cc:** | 'KGasper@networksolutions.com' |
| **Subject:** | FW: Regarding domain name: WIRELESS-NETWORKS.US |
| **Attachments:** | RNCA Fax form 5 2.doc |

Jeff, please see the below.  Please fill out and/or check for accuracy the attached, with regard to Mr. Brown's information, both in the section for the current registration and the signature block information.  We will fill out all the other portions of the form and submit to Network Solutions, care of Kim Gasper.   I understand you are in depositions all day today, so I look forward to getting all this information by tomorrow.  Thanks very much in advance.  Lina



**From:** Gasper, Kimberly [mailto:KGasper@networksolutions.com]
**Sent:** Wednesday, June 18, 2008 12:32 PM
**To:** Brenner, Lina M.
**Subject:** Regarding domain name: WIRELESS-NETWORKS.US

Dear Lina Brenner,

Thank you for speaking with me today and again I do apologize for any inconvenience this issue may be causing.

This is a follow up email to the voicemail that I left you.  I have attached the form that would need to be filled out by both parties in order to transfer WIRELESS-NETWORKS.US.
Please do not hesitate to contact me with any questions regarding this matter. I can be reached at 570-708-8700 Ext. 8484 Monday through Friday from 9 AM to 6 PM Eastern time.
For all other inquiries, as a Network Solutions Customer, you are entitled to unlimited access, day or night, to technically skilled Customer Service representatives who are dedicated to delivering any level of support you may need.  To reach us, call 1-888-642-9675.  If you are calling from outside the U.S. or Canada, please call 1-570-708-8788.  Or, email us at customerservice@networksolutions.com.
Regards,
**Kim Gasper**
Executive Support Specialist
**Network Solutions**
**O:** 570.708.8700 ext: 8484 | **F:** 570.708.3077

*17*

**Send this Service Agreement via fax to:**
**Network Solutions, LLC**
**Attn: Registrant Change Group**
**Fax #: 571-434-4652**

Service Request Number: _____

# REGISTRANT NAME CHANGE AGREEMENT
Version 5.2

## INSTRUCTIONAL INFORMATION

To successfully complete the attached forms, you will need the Whois record for the domain name. The Whois database can be found at http://www.networksolutions.com.

Please review the information on the attached form carefully before submitting and ensure that all information is accurate and complete.

Please make a copy of the completed Registrant Name Change Agreement for your records, then fax it to Network Solutions at the number shown above. If this domain name is the subject of litigation or a trademark dispute, please send this Registrant Name Change Agreement to Network Solutions, LLC via fax at 703-668-5959 (**litigation or trademark disputes only**) or via postal mail to: 13861 Sunrise Valley Drive, Herndon, VA 20171 Attn: Legal Department.

Processing of the Registrant Name Change Agreement will take 2 to 3 business days after receipt of the fax. The New Registrant will be notified upon successful completion of the Registrant Name Change Agreement.

For purposes of this Registrant Name Change Agreement, the term Domain Name refers to the domain name identified in Section 1 below, the term Current Registrant refers to the current registrant identified in Section 2 below, and the term New Registrant refers to the new registrant identified in Section 3 below.

If you have any questions, please contact Customer Service at 1-888-642-9675 from the U.S. or Canada or +1-703-742-0914 from international locations.

*18*

## 1. DOMAIN NAME INFORMATION

Domain Name: WIRELESS-NETWORKS.US

(Please provide only one domain name in this Section 1. If this Registrant Name Change Agreement applies to more than one domain name, please put "See Attached" in this Section 1and attach a list of the applicable domain names.)

## 2. CURRENT REGISTRANT INFORMATION

Current Registrant Name: CHARLES BROWN

Current Registrant Postal Address:

Street: City:

State:

Postal Code:

Country:

## 3. NEW REGISTRANT INFORMATION

Are you transferring into an existing Network Solutions account? _____YES _____NO

If YES, please provide us with your existing Network Solutions account number:

_____

If NO, please provide the following information so that we can create your new account:
Account Type: _____Organization _____Individual

If you are a Network Solutions Wholesale Partner, please indicate your Partner ID:

_____

## 3.1. ACCOUNT HOLDER INFORMATION:

*19*

For Individual Accounts, the Account Holder will be the same as the Primary Contact. For Organizational Accounts, the Primary Contact is an individual with the authority to manage and modify the account on behalf of the organization.

Organization Name or Individual Name:

Account Holder Postal Address:

Street:

City:

State:

Postal Code:

Country:

Account Holder E-mail Address:

Account Holder Phone Number:

Account Holder Fax Number:

## 3.2. PRIMARY CONTACT INFORMATION:

Primary Contact Name:

Primary Contact Postal Address:

Street:

City:

State:

Postal Code:

Country:

Primary Contact E-mail Address:

Primary Contact Phone Number:

Primary Contact Fax Number:

Primary Contact Desired Password:

(Password must be between 4-8 characters)

**Select your password security question or create your own:**

☐ Who was your favorite teacher?
☐ Where is your favorite vacation spot?
☐ What is the name of your favorite pet?
☐ What is your favorite movie?
☐ What is your favorite book?
☐ Create Your Own: _____

Please enter the answer to the security question selected:

_____
Please Provide Security Question Answer

**IMPORTANT NOTES:**

*20*

Once your account has been created, you may go to http://www.networksolutions.com and log in to Account Manager to:
- Change your password and User ID.  You may also change you're Security Question so you can quickly retrieve a forgotten login.
- Login to Account Manager to add or change Account contacts to help manage your account. Please note that for purposes of the Whois Database, we will default the Primary Contact information provided in this Section 3.2 as the Whois Administrative Contact and Technical Contact.
- Manage your Domain Name Servers (DNS). Your DNS will default to your current settings for the transferred domain name.

## TERMS & CONDITIONS

The Current Registrant and the New Registrant enter into this Registrant Name Change Agreement as of the date executed by the final party hereto. WHEREAS the Current Registrant and Network Solutions, LLC ("Network Solutions") have entered into the Network Solutions Service Agreement, which Service Agreement may be found at https://www.netsol.com/en_US/legal/static-serviceService Agreement.html, (the "Service Agreement") for the registration of the second-level domain name(s) referenced in Section 1 above (the "Domain Name"); WHEREAS the New Registrant desires to register the Domain Name with Network Solutions and to that end has reviewed the Service Agreement, including the applicable Schedules thereof, and agrees to its terms for registration of the Domain Name; WHEREFORE, in consideration of these premises, and for other good and valuable consideration the sufficiency of which is hereby acknowledged, the parties agree as follows:
1. **The terms of this Section apply only to the Current Registrant.** In accordance with the Service Agreement, the Current Registrant hereby relinquishes its registration of the Domain Name and discharges Network Solutions from all obligations under the Service Agreement. The Current Registrant releases Network Solutions from all claims, liabilities or demands arising from the Service Agreement. The Current Registrant further acknowledges and agrees that it is not entitled to a refund of any fees it may have paid to Network Solutions. Nothing contained in this Registrant Name Change Agreement or the Service Agreement shall be construed as an assignment of the Current Registrant's rights under the Service Agreement. The Current Registrant hereby authorizes Network Solutions to take all steps necessary to register the Domain Name to the New Registrant, including without limitation, disassociating the Domain Name from the host servers designated by the Current Registrant without further notice. The Current Registrant hereby represents and warrants that it possesses the authority to legally bind the Registrant of the Domain Name.
2. **The terms of this Section apply only to the New Registrant.** The New Registrant acknowledges that it has reviewed and understands the terms, conditions, representations and warranties of the Service Agreement, including to the applicable Schedules thereof, in effect as of the date of this Registrant Name Change Agreement. The New Registrant, by signing and sending this Registrant Name Change Agreement to Network Solutions, agrees to be bound by and to
perform in accordance with the terms and conditions of the Service Agreement, which includes Network Solutions' current Domain Name Dispute Policy. The New Registrant also reaffirms the accuracy and completeness of all of the information contained in Section 3 above. To the extent the terms and conditions of the Service Agreement conflict with the terms and conditions of this Registrant Name Change Agreement, the terms and conditions of this Registrant Name Change
Agreement shall prevail. The New Registrant represents and warrants that it possesses the authority to legally bind the Registrant of the Domain Name. The New Registrant acknowledges and agrees that unless it applies for additional registration years for the Domain Name, the term of the Domain Name registration will be equal to the remaining  registration term of the Domain Name at the time of this Registrant Name Change Agreement.
3. **Effective Date of the New Registrant's Registration of the Domain Name.** The New Registrant's registration of the Domain Name shall be effective upon Network Solutions' transmission of an acknowledgement to the New Registrant that the Domain Name has been registered to the New Registrant.

## 4. SIGNATURE BLOCK

21

| Current Registrant must complete below: | New Registrant must complete below: |
|---|---|
| Organization or Individual Name: | Organization or Individual Name: |
| Signature: | Signature: |
| Signor's Name (Please print): | Signor's Name (Please print): |
| Signor's Phone Number: | Signor's Phone Number: |
| Signor's Active E-mail Address: | Signor's Active E-mail Address: |
| Date: | Date: |

**For security purposes the new registrant must include a photocopy of a state or government issued Identification.**

22

your cooperation.

---

**From:** Brenner, Lina M. [mailto:LMBrenner@duanemorris.com]
**Sent:** Wednesday, June 18, 2008 2:05 PM
**To:** Resolution1
**Cc:** Jeff Ryan; Herling, Daniel J
**Subject:** RE: Domain Name: Wireless-Networks.com - Further Request for Transfer

This confirms that we agree to the unlocking of the wireless-networks.com domain name.



Lina M. Brenner
Partner

Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104
P: 415.957.3039
F:

● BIO
● E-MAIL
● WEB SITE
● VCARD

---

**From:** Resolution1 [mailto:Resolution1@networksolutions.com]
**Sent:** Wednesday, June 18, 2008 11:01 AM
**To:** Brenner, Lina M.
**Cc:** Jeff Ryan; Herling, Daniel J
**Subject:** RE: Domain Name: Wireless-Networks.com - Further Request for Transfer

Network Solutions is in receipt of a correspondence regarding the domain name wireless-networks.com. Please confirm that the domain name is to be unlocked. Once in receipt of confirmation from all parties, we will unlock the domain name.

Thank you,

Network Solutions
Legal Department

---

**From:** Brenner, Lina M. [mailto:LMBrenner@duanemorris.com]
**Sent:** Wednesday, June 18, 2008 1:32 PM
**To:** Resolution1
**Cc:** Jeff Ryan; Herling, Daniel J
**Subject:** RE: Domain Name: Wireless-Networks.com - Further Request for Transfer

To: John David, Paralegal – Corporate Legal Department
Network Solutions, LLC | 13861 Sunrise Valley Drive

ZZA

**From:** Brenner, Lina M. [mailto:LMBrenner@duanemorris.com]
**Sent:** Thursday, June 19, 2008 2:08 PM
**To:** Jeff Ryan
**Subject:** WNI/Brown

Jeff, this is a reminder that I need you to make sure 1) Mr. Brown authorizes (and gives the requisite authorization code to us) for transfer of the .net and .us domains for wireless-networks; 2) fill out the form Kim provided to us, concerning the .us domain name; 3) that you acknowledge with John David, the legal dept paralegal for Network Solutions, that the litigation hold is lifted and 4) thereafter get an authorization code for the .com domain name.

Please do this at your earliest convenience.  Thanks, Lina



**Lina M. Brenner**
Partner

Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104
P: 415.957.3039
F:

❏ BIO
❏ E-MAIL
❏ WEB SITE
❏ VCARD

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

23

## Brenner, Lina M.

**From:**   Jeff Ryan [jr@ryansteiner.com]
**Sent:**   Thursday, June 19, 2008 2:17 PM
**To:**   Brenner, Lina M.
**Cc:**   'Herling, Daniel J'
**Subject:** RE: WNI/Brown

Please stop bothering me. Thanks, jeff

---

**From:** Brenner, Lina M. [mailto:LMBrenner@duanemorris.com]
**Sent:** Thursday, June 19, 2008 2:13 PM
**To:** Jeff Ryan
**Cc:** Herling, Daniel J
**Subject:** RE: WNI/Brown

I have no acknowledgment of the below having been done.  I have not received back the completed form I sent yesterday; I have not heard about release of the litigation hold; and I have not received any other information from you concerning authorization codes.  Nothing can be transfered without such codes.  If you have done all the above, please provide me with all information concerning same; otherwise I will have no choice but to keep "bothering" you, with informal requests or, if I cannot get cooperation, filings.  Thank you.



Lina M. Brenner
Partner

Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104
P: 415.957.3039
F:

● **BIO**
● **E-MAIL**
● **WEB SITE**
● **VCARD**

---

**From:** Jeff Ryan [mailto:jr@ryansteiner.com]
**Sent:** Thursday, June 19, 2008 2:10 PM
**To:** Brenner, Lina M.
**Subject:** RE: WNI/Brown

Lina: I have done everything you have requested of me now if you would not mind stop bothering me I have much more important matters to attend to, thanks, jeff

---

24

# Brenner, Lina M.

| | |
|---|---|
| **From:** | Resolution1 [Resolution1@networksolutions.com] |
| **Sent:** | Friday, June 20, 2008 10:40 AM |
| **To:** | Brenner, Lina M. |
| **Cc:** | Jeff Ryan; Herling, Daniel J |
| **Subject:** | RE: Domain Name: Wireless-Networks.com - Further Request for Transfer |

Thank you for your confirmation, we are still awaiting confirmation from the other party, once in receipt we will unlock the domain name.

Regards,

John David, Paralegal – Corporate Legal Department
Network Solutions, LLC | 13861 Sunrise Valley Drive
Suite 300 | Herndon, Virginia 20171 | Telephone: 703.668.4600
Facsimile: 703.668.5959 | Direct Dial: 703.668.5011
Email: jdavid@networksolutions.com

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for your cooperation.

---

**From:** Brenner, Lina M. [mailto:LMBrenner@duanemorris.com]
**Sent:** Wednesday, June 18, 2008 2:05 PM
**To:** Resolution1
**Cc:** Jeff Ryan; Herling, Daniel J
**Subject:** RE: Domain Name: Wireless-Networks.com - Further Request for Transfer

This confirms that we agree to the unlocking of the wireless-networks.com domain name.



Lina M. Brenner
Partner

Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104
P: 415.957.3039
F:

◉ **BIO**
◉ **E-MAIL**
◉ **WEB SITE**
◉ **VCARD**

---

**From:** Resolution1 [mailto:Resolution1@networksolutions.com]

6/23/2008                                                                                              Z6

**Sent:** Wednesday, June 18, 2008 11:01 AM
**To:** Brenner, Lina M.
**Cc:** Jeff Ryan; Herling, Daniel J
**Subject:** RE: Domain Name: Wireless-Networks.com - Further Request for Transfer

Network Solutions is in receipt of a correspondence regarding the domain name wireless-networks.com.
Please confirm that the domain name is to be unlocked. Once in receipt of confirmation from all parties,
we will unlock the domain name.

Thank you,

Network Solutions
Legal Department

---

**From:** Brenner, Lina M. [mailto:LMBrenner@duanemorris.com]
**Sent:** Wednesday, June 18, 2008 1:32 PM
**To:** Resolution1
**Cc:** Jeff Ryan; Herling, Daniel J
**Subject:** RE: Domain Name: Wireless-Networks.com - Further Request for Transfer

To: John David, Paralegal – Corporate Legal Department
Network Solutions, LLC | 13861 Sunrise Valley Drive

Mr. David, this is further to my correspondence of June 12 and 13, 2008 concerning the
above domain name. Please see the attached letter from counsel for Mr. Brown. It
appears that Mr. Brown was always ready and willing to transfer the domain name
wireless-networks.com to Wireless Networks, and according to him, my letter to Network
Solutions actually now prevents Mr. Brown from effectuating transfer of the domain to
Wireless Networks, due to the litigation hold placed resulting from such letter. As you
can see from the attached, the other two Wireless-Networks domain names (.net
and .us) have been made available for transfer, and I have already put in a request
through Ms. Kim Gasper, who has processed everything in support of such transfer.
Given that Mr. Brown is more than willing to transfer the wireless-networks.com name,
and there is a mutual desire for such transfer, we would request that the inadvertent hold
placed on such transfer be lifted, and we go on to process the transfer. Please respond
to me as soon as possible, as there is no need to waste the parties' time and money
getting a formal court order, given that everyone agrees to such transfer. Thank you in
advance, Lina Brenner



**Lina M. Brenner**
Partner

Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104
P: 415.957.3039
F:

● **BIO**
● **E-MAIL**
● **WEB SITE**
● **VCARD**

## Brenner, Lina M.

| | |
|---|---|
| **From:** | Brenner, Lina M. |
| **Sent:** | Friday, June 20, 2008 10:42 AM |
| **To:** | 'Resolution1' |
| **Cc:** | Jeff Ryan; Herling, Daniel J |
| **Subject:** | RE: Domain Name: Wireless-Networks.com - Further Request for Transfer |

Mr. Ryan, please confirm lift of the litigation hold immediately, so we need not seek a court order to effectuate same. A simple email will do, given that you have already acknowledged multiple times that Mr. Brown is more than willing to transfer the name. Please write an email immediately lifting the litigation hold, or we will have to go in to Court and seek our attorney fees for having wasted time and money in having to do so unnecessarily. Thank you in advance for your cooperation.



**Lina M. Brenner**
Partner

Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104
P: 415.957.3039
F:

❷ BIO
❷ E-MAIL
❷ WEB SITE
❷ VCARD

**From:** Resolution1 [mailto:Resolution1@networksolutions.com]
**Sent:** Friday, June 20, 2008 10:40 AM
**To:** Brenner, Lina M.
**Cc:** Jeff Ryan; Herling, Daniel J
**Subject:** RE: Domain Name: Wireless-Networks.com - Further Request for Transfer

Thank you for your confirmation, we are still awaiting confirmation from the other party, once in receipt we will unlock the domain name.

Regards,

John David, Paralegal – Corporate Legal Department
Network Solutions, LLC | 13861 Sunrise Valley Drive
Suite 300 | Herndon, Virginia 20171 | Telephone: 703.668.4600
Facsimile: 703.668.5959 | Direct Dial: 703.668.5011
Email: jdavid@networksolutions.com

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for

Z8

Mr. David, this is further to my correspondence of June 12 and 13, 2008 concerning the above domain name. Please see the attached letter from counsel for Mr. Brown. It appears that Mr. Brown was always ready and willing to transfer the domain name wireless-networks.com to Wireless Networks, and according to him, my letter to Network Solutions actually now prevents Mr. Brown from effectuating transfer of the domain to Wireless Networks, due to the litigation hold placed resulting from such letter. As you can see from the attached, the other two Wireless-Networks domain names (.net and .us) have been made available for transfer, and I have already put in a request through Ms. Kim Gasper, who has processed everything in support of such transfer. Given that Mr. Brown is more than willing to transfer the wireless-networks.com name, and there is a mutual desire for such transfer, we would request that the inadvertent hold placed on such transfer be lifted, and we go on to process the transfer. Please respond to me as soon as possible, as there is no need to waste the parties' time and money getting a formal court order, given that everyone agrees to such transfer. Thank you in advance, Lina Brenner



**DuaneMorris**

**Lina M. Brenner**
Partner

Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104
P: 415.957.3039
F:

❂ **BIO**
❂ **E-MAIL**
❂ **WEB SITE**
❂ **VCARD**

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

6/23/2008

Z9

**Domain Name:** WIRELESS-NETWORKS.COM

## Promote your business to millions of viewers for only $1 a month!

Learn how you can get an Enhanced Business Listing here for your domain name.

  **Learn More**

**Administrative Contact :**
Brown, Charles
cbrown@flyingcircuit.com
P.O. Box 620042
Woodside, CA 94062
US
Phone: 650-851-2858
Fax: 650-851-7914

**Technical Contact :**
Arasmith, Robert **
bob@CREWSOFT.COM
1030 E EL CAMINO REAL # 165
SUNNYVALE, CA 94087-3759
US
Phone: 408-523-9990
Fax: 408-523-9991

**Record expires on** 01-Aug-2008
**Record created on** 02-Aug-1997
**Database last updated on** 14-Feb-2008

**Domain servers in listed order:**                    Manage DNS

NS25.WORLDNIC.COM                                        205.178.190.13
NS26.WORLDNIC.COM                                        205.178.144.13

  Show underlying registry data for this record

**Current Registrar:** NETWORK SOLUTIONS, LLC.
**IP Address:**         209.62.20.200 (ARIN & RIPE IP search)
**IP Location:**        US(UNITED STATES)-TEXAS-DALLAS
**Record Type:**        Domain Name
**Server Type:**        Apache 2