DANIEL J. HERLING (SBN 103711)
LINA M. BRENNER (SBN 191075)
JESSICA E. LA LONDE (SBN 235744)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:    djherling@duanemorris.com
           lmbrenner@duanemorris.com
           jelalonde@duanemorris.com

Attorneys for Defendant
WIRELESS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. BROWN, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>                    Defendant. | Case No. 3:07-CV-04301 EDL<br><br>**[PROPOSED] ORDER GRANTING WIRELESS NETWORKS, INC.'S *EX PARTE* APPLICATION SEEKING ORDER SHORTENING TIME IN WHICH TO BRIEF AND HEAR MOTION TO COMPEL TRANSFER OF DOMAIN NAME WIRELESS-NETWORKS.COM**<br><br>Dept:    Courtroom E, 15th Floor<br>Judge:   Magistrate Elizabeth D. Laporte |

The Court has reviewed and considered the *Ex Parte* Application of Defendant Wireless Networks, Inc. ("WNI"), and the opposition pleadings, if any, submitted by defendant Charles Brown thereto.  Having read and considered all the papers, and good cause appearing therefor, the Court finds as follows.

IT IS HEREBY ORDERED THAT:

1.      The Motion To Compel Transfer of Domain Name Wireless-Networks.Com shall be filed no later than Monday, June 30, 2008;

2.      Any opposition thereto shall be filed Monday, July 7, 2008; and

1

1       3.      Any reply brief shall be filed Thursday, July 10, 2008, with a hearing to take place on

2 July _____, 2008 at _____ a.m.

3      [IN THE ALTERNATIVE]

4      Pursuant to Local Rule 6-3(d), the Court finds that it has sufficient information to

5 immediately conduct a hearing with regard to the request for relief underlying the *Ex Parte*

6 Application and the prospective Motion To Compel Transfer of Domain Name Wireless-

7 Networks.Com. Such hearing will be held at _____ a.m. on July ___, 2008, with counsel to appear in

8 person for both WNI and Charles Brown.

9      **IT IS SO ORDERED.**

10

11 Date: _____, 2008      _____

12                                The Honorable Elizabeth D. Laporte
                                 United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION      CASE NO. 07-04301 EDL