JEFFREY F. RYAN, ESQ. SBN 129079
RYAN & STEINER
An Association of Attorneys
455 North Whisman Road, Suite 200
Mountain View, CA 94043-5721
Telephone: (650) 691-1430
Facsimile: (650) 968-2685

Attorneys for Plaintiff,
CHARLES M. BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>    Defendant. | Case No.: C-07-04301 EDL<br><br>STATEMENT OF OPPOSITION TO EX PARTE APPLICATION FOR ORDER SHORTENING TIME AND REQUEST FOR ENTRY OF ORDER DIRECTING NETWORK SOLUTIONS TO TRANSFER THE WIRELESS-NETWORKS DOMAIN NAMES TO DEFENDANT. |

Plaintiff Charles M. Brown hereby opposes defendant Wireless Networks, Inc.'s ex parte application for an order shortening time as unnecessary, and requests that the court simply issue an order directing Network Solutions to transfer the "wireless-networks.com" domain name to the defendant. As Ms. Brenner concedes in paragraph 6 of her declaration, the reason the domain was not transferred back in February of 2008 was due to defendant's decision to "concentrate" on other matters, as a result of which defendant "did not contact Network Solutions."

Attached hereto as exhibit A is a true and correct copy of Mr. Brown's June 20, 2008 email to Kim Gaspar at Network Solutions authorizing and requesting that Network Solutions transfer the wireless-networks domain names to wherever Ms. Brenner might direct. While Plaintiff has now twice done everything within his power to rid himself of defendant's domain names, it seems defendant and its counsel are still more interested in filing papers with false,

misleading and hostile accusations than they are in resolving any aspect of this case - even when it is solely within defendant's own power to do so.

Since plaintiff and his counsel, and presumably this Court, have more productive things to do than prepare an unnecessary motion on an expedited basis, plaintiff requests that this court direct Network Solutions to transfer the Wireless-networks domain to defendant.

DATED: June 26, 2008

RYAN & STEINER
An Association of Attorneys

By: /s/ Jeffrey F. Ryan
JEFFREY F. RYAN, Attorneys for
Plaintiff CHARLES M. BROWN

# EXHIBIT "A"

CC: cbrown@flyingcircuit.com
From: cbrown@flyingcircuit.com
To: KGasper@networksolutions.com
Subject: Re: Regarding domain name: WIRELESS-NETWORKS.NET
Date: Fri, 20 Jun 2008 10:03:50 -0700

Dear Kim,

I hereby authorize to transfer these domain names wherever Mr. Brenner directs as long as it is out of my account:

wireless-networks.com
wireless-networks.us
wireless-networks.net

I don't understand why any of this is necessary but go ahead do what you need to do and let me know whatever you need from me to transfer the domains.

Regards,

Charlie

---

Need to know now? Get instant answers with Windows Live Messenger. IM on your terms.

6/26/2008