1  JEFFREY F. RYAN, ESQ. SBN 129079
   RYAN & STEINER
2  An Association of Attorneys
3  455 North Whisman Road, Suite 200
   Mountain View, CA 94043-5721
4  Telephone:    (650) 691-1430
   Facsimile:    (650) 968-2685
5
   Attorneys for Plaintiff
6  CHARLES M. BROWN

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
    CHARLES M. BROWN,                    Case No.:  C-07-04301 EDL
11
              Plaintiff,
12
    vs.
13
    WIRELESS NETWORKS, INC., a Delaware
14  corporation, and DOES 1 THROUGH 50,
                                         **NOTICE OF UNAVAILABILTY OF**
15            Defendants.                **COUNSEL**
16

17  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18      NOTICE IS HEREBY GIVEN that Jeffrey F. Ryan will be unavailable for any purpose,

19  whatsoever, including, but not limited to, receiving notices of any kind, responding to *ex parte*

20  applications, appearing in court, attending depositions or responding to discovery from July 15,

21  2008 through, and including, July 28, 2008.

22      Purposefully scheduling a conflicting proceeding without good cause is sanctionable

23  conduct. <u>Tenderloin Housing Clinic v. Sparks</u> (1992) 10 Cal. Rptr.2d 371.

24                                    RYAN & STEINER, An Association of Attorneys

25  Dated: July 15, 2008        By:  /s/ Jeffrey F. Ryan
                                     JEFFREY F. RYAN
26                                   Attorneys for Counter-defendant CHARLES M.
27                                   BROWN

28                                    1
    NOTICE OF UNAVAILABLITY OF COUNSEL
    BROWN V. WIRELESS                              Case No.: C-07-04301 EDL