1  Lina M. Brenner (SBN 191075)
   Jessica E. La Londe (SBN 235744)
2  **DUANE MORRIS LLP**
   One Market, Spear Tower, Suite 2000
3  San Francisco, CA 94105-1104
   Telephone: 415.957.3000
4  Facsimile: 415.957.3001
   E-mail:   lmbrenner@duanemorris.com
5             jelalonde@duanemorris.com

6  Daniel J. Herling (SBN 103711)
   **KELLER & HECKMAN LLP**
7  Three Embarcadero Center, Suite 450
   San Francisco, California  94111
8  T:  (415) 948-2800
   F:  (415) 948-2808
9  E-mail:  herling@khlaw.com

10
   Attorneys for Defendant and Counterclaimant
11 WIRELESS NETWORKS, INC.

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO

| | |
|---|---|
| 16  CHARLES M. BROWN, | Case No. C-07-04301 EDL |
| 17           Plaintiff, | **NOTICE OF WITHDRAWAL OF DEFENDANT WIRELESS NETWORKS, INC.'S *EX PARTE* APPLICATION SEEKING ORDER SHORTENING TIME IN WHICH TO BRIEF AND HEAR MOTION TO COMPEL TRANSFER OF DOMAIN NAME WIRELESS-NETWORKS.COM** |
| 18      v. | |
| 19  WIRELESS NETWORKS, INC., a Delaware corporation, | |
| 20           Defendant. | |
| 21 | |
| 22  WIRELESS NETWORKS, INC., a Delaware corporation, | Dept:     Courtroom E, 15th Floor |
| 23           Counter-claimant, | Judge:    Mag. Elizabeth D. Laporte |
| 24      v. | |
| 25  CHARLES M. BROWN, | |
| 26           Counter-defendant. | |
| 27 | |

28
DM1\1364622.1
NOTICE OF WITHDRAWAL OF WNI'S *EX PARTE* APPLICATION SEEKING ORDER     CASE NO. 07-4301 EDL
SHORTENING TIME IN WHICH TO BRIEF AND HEAR MTC TRANSFER OF DOMAIN NAME

**TO PLAINTIFF, HIS ATTORNEY, AND THE COURT:**

Defendant and Counter-claimant Wireless Networks, Inc. ("WNI") hereby withdraws its *Ex Parte* Application Seeking an Order Shortening Time in Which to Brief and Hear Its Motion to Compel Transfer of the Domain Name Wireless-Networks.com, filed on June 24, 2008, as the issues sought to be addressed in that Motion to Compel have been resolved.

Dated: July 17, 2008                                    DUANE MORRIS LLP


By:   /s/ Lina M. Brenner
        Lina M. Brenner
        Jessica E. La Londe
        Attorneys for Defendant and Counterclaimant
        WIRELESS NETWORKS, INC.