1  Lina M. Brenner (SBN 191075)
   Jessica E. La Londe (SBN 235744)
2  **DUANE MORRIS LLP**
   One Market, Spear Tower, Suite 2000
3  San Francisco, CA 94105-1104
   Telephone: 415.957.3000
4  Facsimile: 415.957.3001
   E-mail:  lmbrenner@duanemorris.com
5           jelalonde@duanemorris.com

6  Daniel J. Herling (SBN 103711)
   **KELLER & HECKMAN LLP**
7  Three Embarcadero Center, Suite 450
   San Francisco, California  94111
8  T:  (415) 948-2800
   F:  (415) 948-2808
9  E-mail:  herling@khlaw.com

10 Attorneys for Defendant
   WIRELESS NETWORKS, INC.
11

Jeffrey F. Ryan (SBN 129079)
**RYAN & STEINER**
An Association of Attorneys
455 North Whisman Road, Suite 200
Mountain View, CA 94043-5721
Telephone: 650.691.1430
Facsimile: 650.968.2685
E-mail:  jr@ryansteiner.com

Attorneys for Plaintiff
CHARLES M. BROWN

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO

15 CHARLES M. BROWN,

16            Plaintiff,

17      v.

18 WIRELESS NETWORKS, INC., a Delaware
   corporation,
19
              Defendant.
20

21 WIRELESS NETWORKS, INC., a Delaware
   corporation,
22
              Counter-claimant,
23
       v.
24
   CHARLES M. BROWN,
25
              Counter-defendant.
26

27

28

Case No. C-07-04301 EDL

**STIPULATION TO EXTEND EXPERT
DISCOVERY CUTOFF DATE;**

**[PROPOSED] ORDER**

Dept:    Courtroom E, 15th Floor
Judge:   Mag. Elizabeth D. Laporte

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This stipulation is entered into by and between plaintiff and counter-defendant Charles M. Brown ("Plaintiff") and defendant and counter-claimant Wireless Networks, Inc. ("WNI") by and through their respective counsel of record as follows:

WHEREAS, the current expert discovery cutoff date is December 24, 2008;

WHEREAS, on December 2, 2008, Plaintiff served an amended notice of deposition to depose one of WNI's experts, Mark Bailey, on December 17, 2008;

WHEREAS, on December 10, 2008, WNI served a notice of deposition to depose Plaintiff's expert, David Yosifon, on December 22, 2008;

WHEREAS, due to the schedules of Messrs. Bailey and Yosifon, the only remaining expert deponents, they cannot be deposed prior to the current expert discovery cutoff date of December 24, 2008;

WHEREAS, Plaintiff and WNI would like to extend the expert discovery cutoff to January 23, 2009;

///
///
///
///
///
///
///
///
///
///
///
///
///
///

DM1\1473594.1

STIPULATION TO EXTEND EXPERT
DISCOVERY CUTOFF DATE

CASE NO. 07-4301 EDL

IT IS THEREFORE STIPULATED AND AGREED that the Court enter an order as follows:

(1) The expert discovery cutoff date is extended to January 23, 2009.

The parties may enter into and present to the Court additional stipulations to modify this date, if warranted.

The parties hereby request that the Court adopt the above-referenced stipulation as the Order of this Court.

Respectfully submitted,

Dated: _Dec 16_, 2008          **DUANE MORRIS LLP**

By: _____

Lina M. Brenner
Jessica E. La Londe
Attorneys for Defendant and Counter-Claimant
Wireless Networks, Inc.

Dated: _Dec 15_, 2008          **RYAN & STEINER**

By: _____

Jeffrey F. Ryan
Attorney for Plaintiff and Counter-Claimant
Charles M. Brown

DM1\1473594.1

2

STIPULATION TO EXTEND EXPERT
DISCOVERY CUTOFF DATE

CASE NO. 07-4301 EDL

1

2                                  [PROPOSED] ORDER

3

4          Based on the foregoing Stipulation, and good cause appearing therefor, the expert discovery

5  cutoff date is extended to January 23, 2009.

6          IT IS SO ORDERED.

7

8  Dated:  _____December 16, 2008_____



9                                              The Hon. _____ Laporte

10                                             United States Magistrate

                                               Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28