| | |
|---|---|
| Lina M. Brenner (SBN 191075)<br>Jessica E. La Londe (SBN 235744)<br>**DUANE MORRIS LLP**<br>One Market, Spear Tower, Suite 2000<br>San Francisco, CA 94105-1104<br>Telephone: 415.957.3000<br>Facsimile: 415.957.3001<br>E-mail:  lmbrenner@duanemorris.com<br>            jelalonde@duanemorris.com<br><br>Daniel J. Herling (SBN 103711)<br>**KELLER & HECKMAN LLP**<br>Three Embarcadero Center, Suite 450<br>San Francisco, California 94111<br>T: (415) 948-2800<br>F: (415) 948-2808<br>E-mail: herling@khlaw.com<br><br>Attorneys for Defendant<br>WIRELESS NETWORKS, INC. | Jeffrey F. Ryan (SBN 129079)<br>**RYAN & STEINER**<br>An Association of Attorneys<br>455 North Whisman Road, Suite 200<br>Mountain View, CA 94043-5721<br>Telephone: 650.691.1430<br>Facsimile: 650.968.2685<br>E-mail: jr@ryansteiner.com<br><br>Attorneys for Plaintiff<br>CHARLES M. BROWN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CHARLES M. BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>        Defendant.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>        Counter-claimant,<br><br>    v.<br><br>CHARLES M. BROWN,<br><br>        Counter-defendant. | Case No. C-07-04301 EDL<br><br>**STIPULATION TO RELEASE BOND POSTED BY WNI;**<br><br>[~~PROPOSED~~] **ORDER**<br><br>Dept:    Courtroom E, 15th Floor<br>Judge:   Mag. Elizabeth D. Laporte |

---

STIPULATION TO RELEASE BOND POSTED BY WNI; [~~PROPOSED~~] ORDER         CASE NO. 07-4301 EDL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    This stipulation is entered into by and between plaintiff and counter-defendant Charles M. Brown ("Plaintiff") and defendant and counter-claimant Wireless Networks, Inc. ("WNI") by and through their respective counsel of record as follows:

    WHEREAS, on August 22, 2007, Plaintiff filed an Emergency *Ex Parte* Application for Right to Attach Order, pursuant to Federal Rule of Civil Procedure 64 and California Code of Civil Procedure sections 483.010, 485.010, 485.210, and 572, for the attachment of certain source code;

    WHEREAS, the Court ordered Defendant to file an opposition by August 28, 2007, and Plaintiff to file a reply to the opposition by August 29, 2007, and the parties timely filed such papers;

    WHEREAS, after an August 31, 2007 hearing on Plaintiff's Application for Right to Attach Order, the Court ordered WNI to post either a bond or a bank guarantee by September 6, 2007 in the amount of $51,617.32 to satisfy a potential judgment, in lieu of attaching the source code;

    WHEREAS, the parties could not agree whether WNI would post a bond or a bank guarantee and so, in a September 4, 2007 order, the Court ordered WNI to post a surety bond from a company licensed in California by September 6, 2007 in the amount of $51,617.32;

    WHEREAS, on September 6, 2007, the Court issued an order enlarging the time within which WNI could post such bond to September 14, 2007;

    WHEREAS, on September 13, 2007, WNI filed a Notice of a Bond on Attachment Order, which provided that the surety, International Fidelity Insurance Company, a corporation authorized to transact surety business in California, "obligates itself jointly and severally to Plaintiff Charles M. Brown under the aforesaid order in the sum of Fifty One Thousand Six Hundred Seventeen Dollars and Thirty-Two Cents ($51,617.32)."

    WHEREAS, Plaintiff and WNI have reached a confidential settlement of this lawsuit that: resolves Plaintiffs' claims in this lawsuit in toto; resolves WNI's counterclaims against Brown in

toto; and pursuant to which Plaintiff will dismiss its lawsuit against WNI with prejudice, and WNI will dismiss its counterclaims against Plaintiff with prejudice; and

WHEREAS, Plaintiff and WNI agree that there is no longer any need for the bond to be posted, and that this Court should order that such bond may be released.

IT IS THEREFORE STIPULATED AND AGREED that the Court enter an order as follows:

(1) The bond posted by WNI on September 13, 2007, in the amount of $51,617.32, is hereby released.

The parties hereby request that the Court adopt the above-referenced stipulation as the Order of this Court.

Respectfully submitted,

Dated: March 13, 2009

DUANE MORRIS LLP

By: _____
Lina M. Brenner
Jessica E. La Londe
Attorneys for Defendant and Counter-Claimant
Wireless Networks, Inc.

Dated: March 12, 2009

RYAN & STEINER

By: _____
Jeffrey F. Ryan
Attorney for Plaintiff and Counter-Claimant
Charles M. Brown

# [PROPOSED] ORDER

Based on the foregoing Stipulation, and good cause appearing therefor, the bond posted by WNI on September 13, 2007, in the amount of $51,617.32, is hereby released.

IT IS SO ORDERED.

Dated:  March 13, 2009

*Elizabeth D. Laporte*
The Honorable Elizabeth D. Laporte
United States Magistrate
Northern District of California