| | |
|---|---|
| Lina M. Brenner (SBN 191075)<br>Jessica E. La Londe (SBN 235744)<br>**DUANE MORRIS LLP**<br>One Market, Spear Tower, Suite 2000<br>San Francisco, CA 94105-1104<br>Telephone: 415.957.3000<br>Facsimile: 415.957.3001<br>E-mail:  lmbrenner@duanemorris.com<br>            jelalonde@duanemorris.com<br><br>Daniel J. Herling (SBN 103711)<br>**KELLER & HECKMAN LLP**<br>Three Embarcadero Center, Suite 450<br>San Francisco, California  94111<br>T:  (415) 948-2800<br>F:  (415) 948-2808<br>E-mail:  herling@khlaw.com<br><br>Attorneys for Defendant<br>WIRELESS NETWORKS, INC. | Jeffrey F. Ryan (SBN 129079)<br>**RYAN & STEINER**<br>An Association of Attorneys<br>455 North Whisman Road, Suite 200<br>Mountain View, CA 94043-5721<br>Telephone: 650.691.1430<br>Facsimile: 650.968.2685<br>E-mail: jr@ryansteiner.com<br><br>Attorneys for Plaintiff<br>CHARLES M. BROWN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CHARLES M. BROWN,<br><br>            Plaintiff,<br><br>    v.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>            Defendant.<br><br>WIRELESS NETWORKS, INC., a Delaware corporation,<br><br>            Counter-claimant,<br><br>    v.<br><br>CHARLES M. BROWN,<br><br>            Counter-defendant. | Case No. C-07-04301 EDL<br><br>**REQUEST FOR DISMISSAL OF ALL CLAIMS AND COUNTER-CLAIMS WITH PREJUDICE;**<br><br>[~~PROPOSED~~] ORDER<br><br>Dept:        Courtroom E, 15th Floor<br>Judge:      Mag. Elizabeth D. Laporte |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff and counter-defendant Charles M. Brown ("Plaintiff") and defendant and counter-claimant Wireless Networks, Inc. ("WNI") have entered into a confidential settlement of this matter that resolves the claims and counter-claims in this lawsuit in toto. Plaintiff and WNI agree that the claims and counter-claims in the above-entitled action should be dismissed with prejudice. Therefore, Plaintiff hereby requests that Plaintiff's Third Amended Complaint against WNI be dismissed with prejudice, and WNI hereby requests that WNI's Counter-Claim against Plaintiff be dismissed with prejudice. Plaintiff and WNI also agree that each party shall bear his, her or its own costs and fees incurred in this action.

Respectfully submitted,

Dated: March 13, 2009

**DUANE MORRIS LLP**

By: _____
Lina M. Brenner
Jessica E. La Londe
Attorneys for Defendant and Counter-Claimant
Wireless Networks, Inc.

Dated: March 12, 2009

**RYAN & STEINER**

By: _____
Jeffrey F. Ryan
Attorney for Plaintiff and Counter-Claimant
Charles M. Brown

## [~~PROPOSED~~] ORDER

For good cause as contained in the Request for Dismissal of All Claims and Counter-Claims With Prejudice, the Court Orders that Plaintiff's Third Amended Complaint and WNI's Counter-Complaint be dismissed with prejudice so that this action is dismissed in its entirety. Each party is to bear its, his or her own costs and fees.

IT IS SO ORDERED.

Dated: March 13, 2009

*Elizabeth D. Laporte*
The Honorable Elizabeth D. Laporte
United States Magistrate
Northern District of California